BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROBLOX CHILD SEXUAL EXPLOITATION/ASSAULT LITIGATION | MDL Docket No. |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of Ohio (Eastern Division) | 5:25-cv-01980 | Sara Lioi |
| Plaintiff(s):<br>Jane Doe a minor, by and through her guardian ad litem, Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Central District of California (Western Division - Los Angeles) | 2:25-cv-07154 | Alicia G. Rosenberg |
| Plaintiff(s):<br>Jane G.C. Doe<br>Jane A.C. Doe<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Eastern District of Missouri (St. Louis) | 4:25-cv-01402 | Not yet assigned |
| Plaintiff(s):<br>Jane A.P. Doe<br>A Minor, By And Through Her Parent And Natural Guardian Jane L.P. Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Eastern District of Pennsylvania (Philadelphia) | 2:25-cv-4256 | Chad F. Kenney |

| Plaintiff(s):<br>Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (Oakland) | 4:25-cv-03520 | Yvonne Gonzalez Rogers |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe<br>a minor, represented by her proposed court-appointed guardian ad litem, Mary Doe<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-04329 | Rita F. Lin |
| Plaintiff(s):<br>John Doe<br>Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-05753 | Jacqueline Scott Corley |
| Plaintiff(s):<br>Jane Doe R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O.<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06087 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe S.G as guardian and next friend of minor plaintiff Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06812 | Susan Illston |
| Plaintiff(s):<br>Jane Doe M.P;<br>Jane Doe D.P<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06886 | Vince Chhabria |
| Plaintiff(s):<br>Jane Doe GS 1 a minor by | U.S. District Court | 3:25-cv-07143 | Araceli Martinez-Olguin |

| | | | |
|---|---|---|---|
| and through her parent, PARENT GS 1<br><br>Defendant(s):<br>Roblox Corporation;<br>Meta Platforms, Inc. | Northern District of California (San Francisco) | | |
| Plaintiff(s):<br>Jane Doe, a minor;<br>Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07174 | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Jane Doe I.V. as guardian and next friend of minor plaintiff, JANE DOE G.K.;<br>JANE DOE G.K.<br><br>Defendant(s):<br>Roblox Corporation; | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07192 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe a minor, by and through next friend Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07291 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe Z.P.;<br>Jane Doe B.E. as guardian and next friend of minor Plaintiff Jane Doe Z.P.<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07393 | Maxine M. Chesney |
| Plaintiff(s):<br>Jane Doe M.J.;<br>Jane Doe T.J.<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07486 | Vince Chhabria |
| Plaintiff(s):<br>Jane Doe A.L.;<br>Jane Doe N.L. | U.S. District Court Northern | 4:25-cv-07676 | Jon S. Tigar |

| | | | |
|---|---|---|---|
| Defendant(s):<br>Roblox Corporation | District of California (Oakland) | | |
| Plaintiff(s):<br>Mary Doe;<br>Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07686 | Richard Seeborg |
| Plaintiff(s):<br>JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07852 | Thomas S. Hixson |
| Plaintiff(s):<br>JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M.<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07859 | Thomas S. Hixson |
| Plaintiff(s):<br>JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07899 | Kandis A. Westmore |
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07909 | Laurel Beeler |
| Plaintiff(s): | U.S. District Court Northern | 3:25-cv-07925 | Alex G. Tse |

| | | | |
|---|---|---|---|
| Defendant(s):<br>Roblox Corporation;<br>Discord, Inc. | District of California (San Francisco) | | |
| Plaintiff(s):<br>Jane Doe individually as next friend of minor plaintiff John Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>John Doe | U.S. District Court Northern District of Georgia (Atlanta) | 1:25-cv-04953 | Sarah E. Geraghty |
| Plaintiff(s):<br>John Doe<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Northern District of Texas (Dallas) | 3:25-cv-02175 | Sam A. Lindsay |
| Plaintiff(s):<br>Mary Doe<br>as next friend of minor plaintiff, Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Southern District of Texas (Galveston) | 3:25-cv-00128 | Jeffrey Vincent Brown |
| Plaintiff(s):<br>Jane Doe<br>as guardian and next friend of minor plaintiff, JOHN DOE<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Southern District of Texas (Brownsville) | 1:25-cv-00172 | Rolando Olvera |
| Plaintiff(s):<br>J. S. individually and as the parent and next friend of minor D.H.<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Western District of Missouri (Springfield) | 6:25-cv-03254 | Roseann A. Ketchmark |
| Plaintiff(s):<br>AE, Individually;<br>AE as the parent and next of friend of minor GE<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Western District of Oklahoma (Oklahoma City) | 5:25-cv-00959 | Scott L. Palk |

| Plaintiff(s):<br>T.T. Next friend;<br>D.H.<br><br>Defendant(s):<br>Roblox Corporation; | U.S. District Court Southern District of Iowa | 4:25-cv-00314 | Rebecca Goodgame Ebinger |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | United States District Court Western District of Michigan (Southern Division) | 2:25-cv-00208 | Paul L. Maloney |

Dated: September 18, 2025

Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

By: */s/ Sarah London*
Sarah London
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

*Attorneys for Movant-Plaintiff*