# APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| 4:25-cv-03520 | N.D. Cal. | 4/21/25 (removed 4/22/25) | Roblox and Discord | 2019-2022 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 391) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, masturbation |
| 3:25-cv-00128 | S.D. Tex. | 4/30/25 | Roblox and Discord | 2019-2024 | Yes | Fraud, Negligence, Failure to Warn, Design Defect, Failure to Warn | (¶ 324) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, recorded sexual abuse, vaginal penetration |
| 3:25-cv-04329 | N.D. Cal. | 5/19/25 (removed 5/20/25) | Roblox | 2023-2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 270) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, oral sex, recorded sexual abuse, vaginal penetration |
| 3:25-cv-05753 | N.D. Cal. | 7/9/25 | Roblox and Discord | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 359) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Transmitted sexually explicit images, attempted penetration |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| 3:25-cv-06087 | N.D. Cal. | 7/17/25 (removed 7/18/25) | Roblox and Discord | 2022 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 374) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Oral sex, vaginal penetration |
| 2:25-cv-4256 | E.D. Pa. | 7/29/25 | Roblox and Snap | 2023-2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Strict Products Liability, Breach of Implied Warranty of Merchantability, Breach of Express Warranty, Violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law, Violation of the Trafficking Victim's Protection Act, | (¶ 316) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, masturbation |
| 2:25-cv-07154 | C.D. Cal. | 7/31/25 (removed 8/2/25) | Roblox and Snap | 2020 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 255) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-00172 | S.D. Tex. | 8/6/25 | Roblox | 2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 243) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Transmitted sexually explicit images |
| 3:25-cv-06812 | N.D. Cal. | 8/12/25 | Roblox and Discord | 2022 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 359) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Transmitted sexually explicit images, attempted kidnapping |
| 3:25-cv-02175 | N.D. Tex. | 8/13/25 | Roblox | 2007 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 176) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images, sexual molestation |
| 3:25-cv-06886 | N.D. Cal. | 8/14/25 | Roblox | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 287) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| 3:25-cv-07143 | N.D. Cal. | 8/22/25 | Roblox and Meta | 2023-2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 376) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images, masturbation |
| 5:25-cv-00959 | W.D. Okla. | 8/22/25 | Roblox | 2020 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn, Violation of the Oklahoma Consumer Protection Act, Loss of Consortium | (¶ 177) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 3:25-cv-07174 | N.D. Cal. | 8/25/25 | Roblox and Snap | 2021-2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 324) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images, masturbation |
| 2:25-cv-00208 | W.D. Mich. | 8/25/25 | Roblox and Discord | 2016 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn, Violation of Michigan | (¶ 246) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between | Coerced sexually explicit images, transmitted sexually explicit images, recorded sexual abuse, coerced |

4

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Consumer Protection Act | Adults and Minors, User Bans, Reporting Protocols | sexual conduct, sexual assault |
| 3:25-cv-07192 | N.D. Cal. | 8/26/25 | Roblox | 2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 287) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 4:25-cv-00314 | S.D. Iowa | 7/29/25 (removed 8/28/25) | Roblox | 2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Loss of Consortium, | (¶ 175) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images, Kidnapping, rape, trafficking |
| 3:25-cv-07291 | N.D. Cal. | 8/28/25 | Roblox and Discord | 2023 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 356) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images, coerced masturbation and sexual conduct |
| 1:25-cv-04953 | N.D. Ga. | 8/4/25 (removed 8/29/25) | Roblox | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 243) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between | Transmitted sexually explicit images |

5

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Adults and Minors, User Bans, Reporting Protocols | |
| 3:25-cv-07393 | N.D. Cal. | 9/3/25 | Roblox | 2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 289) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images |
| 3:25-cv-07486 | N.D. Cal. | 9/4/25 | Roblox and Discord | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 359) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, coerced self-harm |
| 6:25-cv-03254 | W.D. Mo. | 9/8/25 | Roblox | 2023 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn, Loss of Consortium | (¶ 178) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 3:25-cv-07686 | N.D. Cal | 9/9/25 | Roblox and Discord | 2020 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 360) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between | Transmitted sexually explicit images, attempted kidnapping |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Adults and Minors, User Bans, Reporting Protocols | |
| 4:25-cv-07676 | N.D. Cal | 9/9/25 | Roblox | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 243) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 4:25-cv-07852 | N.D. Cal. | 9/16/25 | Roblox | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 258) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images, transmitted sexually explicit images |
| 3:25-cv-07859 | N.D. Cal. | 9/16/25 | Roblox and Discord | Not specified | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 315) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 3:25-cv-07899 | N.D. Cal. | 9/16/25 | Roblox | 2024 | Yes | Negligence, Design Defect, Failure to Warn | (¶ 210) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between | Coerced oral sex |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Adults and Minors, User Bans, Reporting Protocols | |
| 3:25-cv-07909 | N.D. Cal. | 9/17/25 | Roblox and Snap | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 272) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 4:25-cv-01402 | E.D. Mo. | 9/17/25 | Roblox | 2025 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 200) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 3:25-cv-07925 | N.D. Cal. | 9/17/25 | Roblox and Discord | 2022-2023 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn, Loss of Consortium | (¶ 297) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between Adults and Minors, User Bans, Reporting Protocols | Coerced sexually explicit images |
| 5:25-cv-01980 | N.D. Ohio | 9/18/25 | Roblox and Discord | 2024 | Yes | Fraud, Negligent Misrepresentation, Negligence, Design Defect, Failure to Warn | (¶ 272) Parental Control and Notifications, Age and Identity Verification, Default Safety Settings, Safety Notices, Restrictions on Communications Between | Coerced sexually explicit images |

**APPENDIX – CHART OF ALL PENDING ROBLOX SEX EXPLOITATION/ASSAULT CASES**

| CASE | COURT | DATE OF FILING | DEFENDANT(S) | TIMEFRAME | MINOR DURING ABUSE | CLAIMS | FEATURES CHALLENGED | TYPE OF ABUSE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Adults and Minors, User Bans, Reporting Protocols | |

9