# Exhibit A-2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-07154-AGR

Jane Doe v. Roblox Corporation et al
Assigned to: Magistrate Judge Alicia G. Rosenberg
Case in other court:  Los Angeles Superior Court, 25STCV22702
Cause: 28:1441 Notice of Removal - Fraud

Date Filed: 08/02/2025
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Jane Doe**
*a minor, by and through her guardian ad
litem, Mary Doe*

represented by **William L Smith**
Anapol Weiss
6060 Center Drive 10th Floor
Los Angeles, CA 90045
202-780-3014
Fax: 215-875-7707
Email: wsmith@anapolweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Walsh**
Anapol Weiss
14 Ridge Square NW, Suite 328
Washington, DC 20016
202-780-4127
Fax: 215-735-2211
Email: awalsh@anapolweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Huyett**
Anapol Weiss
One Logan Square
130 North 18th Street. No. 1600
Philadelphia, PA 19103
215-825-3200
Email: phuyett@anapolweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Feden**
Anapol Weiss
One Logan Square
130 North 18th Street Suite 1600
Philadelphia, PA 19103
215-608-9645
Fax: 215-735-2211
Email: kfeden@anapolweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## V.

### Defendant

Roblox Corporation                  represented by    **Max A Bernstein**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111-4004
415-693-2000
Fax: 415-693-2222
Email: mbernstein@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Aaron Rome**
Cooley LLP
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
213-461-3250
Fax: 213-561-3244
Email: mrome@cooley.com
*ATTORNEY TO BE NOTICED*

**Tiana A. Demas**
Cooley LLP
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
312-881-6500
Fax: 312-881-6598
Email: tdemas@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Defendant

**Snap Inc.**

### Defendant

**Does**
*1-50, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2025 | 1 | NOTICE OF REMOVAL from Los Angeles Superior, case number 25STCV22702 Receipt No: ACACDC-40229193 - Fee: $405, filed by Defendant Roblox Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Attorney Max A Bernstein added to party Roblox Corporation(pty:dft)) (Bernstein, Max) (Entered: 08/02/2025) |
| 08/02/2025 | 2 | CIVIL COVER SHEET filed by Defendant Roblox Corporation. (Bernstein, Max) (Entered: 08/02/2025) |

| 08/02/2025 | 3 | CERTIFICATE of Interested Parties filed by Defendant Roblox Corporation, (Bernstein, Max) (Entered: 08/02/2025) |
|---|---|---|
| 08/02/2025 | | CONFORMED FILED COPY OF COMPLAINT against Defendants Does 1-50m inclusive, Roblox Corporation, Snap Inc. Jury Demanded., filed by plaintiff Jane Doe. (FILED IN STATE COURT ON 7/31/2025 SUBMITTED ATTACHED EXHIBIT A) (ghap) (Entered: 08/06/2025) |
| 08/06/2025 | 4 | NOTICE OF ASSIGNMENT to a U.S. Magistrate Judge and Declination of Consent. This case has been randomly assigned to Magistrate Judge Alicia G. Rosenberg. (ghap) (Entered: 08/06/2025) |
| 08/06/2025 | 5 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Tiana Demas on behalf of Defendant. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 08/06/2025) |
| 08/06/2025 | 6 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Kristen Feden on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 08/06/2025) |
| 08/06/2025 | 7 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney D. Patrick Huyett on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 08/06/2025) |
| 08/06/2025 | 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non-Resident Attorney Alexander M Walsh on behalf of Plaintiff. A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G-64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 08/06/2025) |

| 08/06/2025 | 9 | CERTIFICATE OF SERVICE filed by Defendant Roblox Corporation, re Notice of Assignment to U.S. Magistrate Judge and Declination of Consent CV-20B optional html form 4 , Notice of Removal (Attorney Civil Case Opening), 1 , Civil Cover Sheet (CV-71) 2 served on August 6, 2025. (Bernstein, Max) (Entered: 08/06/2025) |
|---|---|---|
| 08/07/2025 | 10 | CERTIFICATE OF SERVICE filed by Defendant Roblox Corporation, *Amended Certificate of Service re Removal to Federal Court* served on August 6, 2025. (Bernstein, Max) (Entered: 08/07/2025) |
| 08/11/2025 | 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Michael Aaron Rome counsel for Defendant Roblox Corporation. Adding Michael Rome as counsel of record for Defendant Roblox Corporation for the reason indicated in the G-123 Notice. Filed by Defendant Roblox Corporation. (Attorney Michael Aaron Rome added to party Roblox Corporation(pty:dft))(Rome, Michael) (Entered: 08/11/2025) |
| 08/11/2025 | 12 | APPLICATION of Non-Resident Attorney Tiana Demas to Appear Pro Hac Vice on behalf of Defendant Roblox Corporation (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40282588) filed by Defendant Roblox Corporation. (Rome, Michael) (Entered: 08/11/2025) |
| 08/14/2025 | 13 | Request for Clerk to Issue Summons on Notice of Removal (Attorney Civil Case Opening), 1 filed by Plaintiff Jane Doe. (Boldt, Paige) (Entered: 08/14/2025) |
| 08/14/2025 | 14 | Request for Clerk to Issue Summons on Notice of Removal (Attorney Civil Case Opening), 1 filed by Plaintiff Jane Doe. (Smith, William) (Entered: 08/14/2025) |
| 08/15/2025 | 15 | ORDER by Magistrate Judge Alicia G. Rosenberg: granting 12 Non-Resident Attorney Tiana Demas' APPLICATION to Appear Pro Hac Vice on behalf of Defendant Roblox Corporation, designating Michael Rome as local counsel. (hr) (Entered: 08/15/2025) |
| 08/15/2025 | 16 | 21 DAY Summons Issued re Complaint, Notice of Removal (Attorney Civil Case Opening) 1 as to Defendants Roblox Corporation, Snap Inc. (hr) (Entered: 08/15/2025) |
| 08/21/2025 | 17 | CERTIFICATE of Interested Parties filed by Plaintiff Jane Doe, (Smith, William) (Entered: 08/21/2025) |
| 08/21/2025 | 18 | Declination of Consent form received on August 19, 2025 was not submitted within deadline set forth in L.R. 73-2.1. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kl) TEXT ONLY ENTRY (Entered: 08/21/2025) |
| 08/21/2025 | 19 | MINUTE (IN CHAMBERS) ORDER RE: NOTICE OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM DUE by Magistrate Judge Alicia G. Rosenberg: IT IS ORDERED that Plaintiff file a petition for appointment as guardian ad litem within 14 days after entry of this order. Plaintiff is hereby notified that, If Plaintiff does not file a timely petition for appointment of guardian ad litem, this action is subject to dismissal without prejudice. (et) (Entered: 08/21/2025) |
| 08/21/2025 | 20 | APPLICATION of Non-Resident Attorney Daniel P. Huyett to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40349790) filed by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order) (Smith, William) (Entered: 08/21/2025) |
| 08/22/2025 | 21 | ORDER by Magistrate Judge Alicia G. Rosenberg: Granting 20 Non-Resident Attorney Daniel P. Huyett APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe, designating William L. Smith as local counsel. (et) (Entered: 08/22/2025) |
| 08/29/2025 | 22 | APPLICATION of Non-Resident Attorney Alexandra M. Walsh to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC- |

| | | 40406266) filed by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order) (Smith, William) (Entered: 08/29/2025) |
|---|---|---|
| 08/29/2025 | 23 | APPLICATION of Non-Resident Attorney Kristen Gibbons Feden to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40406527) filed by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order) (Smith, William) (Entered: 08/29/2025) |
| 09/03/2025 | 26 | ORDER by Magistrate Judge Alicia G. Rosenberg: granting 22 Non-Resident Attorney Alexandra M. Walsh's APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe, designating William L. Smith as local counsel. (hr) (Entered: 09/05/2025) |
| 09/03/2025 | 27 | ORDER by Magistrate Judge Alicia G. Rosenberg: granting 23 Non-Resident Attorney Kristen Gibbons Feden's APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe, designating William L. Smith as local counsel. (hr) (Entered: 09/05/2025) |
| 09/04/2025 | 24 | PETITION for Appointment of Mary Doe as Guardian ad Litem for A.Y. filed by Plaintiff Jane Doe. (Attachments: # 1 Declaration of Mary Doe, # 2 Proposed Order) (Smith, William) (Entered: 09/04/2025) |
| 09/04/2025 | 25 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Kristen Gibbons Feden to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40406527) 23 , APPLICATION of Non-Resident Attorney Alexandra M. Walsh to Appear Pro Hac Vice on behalf of Plaintiff Jane Doe (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-40406266) 22 . The following error(s) was/were found: Local Rule 83-2.1.3.3(a) Application not complete: state courts to which the applicant has been admitted are not listed. (sbou) (Entered: 09/04/2025) |
| 09/09/2025 | 28 | ORDER by Magistrate Judge Alicia G. Rosenberg: granting 24 PETITION to Appoint Guardian ad Litem, appointing Mary Doe as Guardian ad Litem for Jane Doe. (SEE DOCUMENT FOR DETAILS) (hr) (Entered: 09/11/2025) |
| 09/12/2025 | 29 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Jane Doe. upon Roblox Corporation waiver sent by Plaintiff on 9/10/2025, answer due 11/10/2025. Waiver of Service signed by Max Bernstein. (Smith, William) (Entered: 09/12/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/15/2025 13:51:04 | | | |
| **PACER Login:** | Willsmith1990 | **Client Code:** | 1234567 |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-07154-AGR End date: 9/15/2025 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/31/2025 12:47 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Gnade, Deputy Clerk

WILLIAM SMITH (SBN 324235)
wsmith@anapolweiss.com
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: (202) 780-3014
Facsimile: (215) 875-7707

KRISTEN FEDEN*
kfeden@anapolweiss.com
D. PATRICK HUYETT*
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

ALEXANDRA M. WALSH*
awalsh@anapolweiss.com
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211

*Attorneys for Plaintiff and Her Proposed Guardian ad Litem*

**Pro Hac Vice** applications forthcoming

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; SNAP INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  25STCV22702<br><br>**COMPLAINT**<br><br>(1) Fraudulent Concealment and Misrepresentations<br>(2) Negligent Misrepresentation<br>(3) Negligence – General<br>(4) Negligence – Failure to Warn<br>(5) Negligence – Unreasonable Design<br>(6) Negligent Undertaking<br>(7) Strict Liability – Design Defect<br>(8) Strict Liability – Failure to Warn<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.

1

## <u>TABLE OF CONTENTS</u>

2   I.    INTRODUCTION ...................................................................................................1

3   II.   PARTIES ...............................................................................................................3

4         A.    Plaintiff ....................................................................................................3

5         B.    Defendants ...............................................................................................3

6   III.  JURISDICTION AND VENUE ...........................................................................4

7   IV.   FACTUAL ALLEGATIONS AS TO ROBLOX ..................................................4

8         A.    Roblox Offers a Gaming App for Children. ............................................4

9
          B.    Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of
10              Safety. ......................................................................................................8

11        C.    In Reality, Roblox Is a Digital and Real-Life Nightmare for Children. ...............15

12              1.    Roblox hosts and promotes graphic, sexually explicit content....................15

13              2.    Roblox provides a hunting ground for child-sex predators. ........................23

14        D.    Roblox Knowingly Causes and Facilitates the Sexual Exploitation of
15              Children....................................................................................................31

16              1.    Roblox prioritizes growth over child safety.................................................31

17              2.    Roblox facilitates child sexual exploitation through the design of its
18                    app, inadequate safety features, and refusal to invest in basic safety
                      protections...........................................................................................36

19              3.    Roblox's recent safety changes are woefully inadequate and fail to
20                    address years of neglect and harm caused by its app..................................45

21  V.    FACTUAL ALLEGATIONS AS TO SNAP.......................................................51

22        A.    Snap Offers a Social Media App Designed for Young People. ..............51

23        B.    Snap Lures Parents into Letting Their Kids Use Snap with Promises of
24              Safety. ....................................................................................................53

25        C.    In Reality, Snapchat Is a Digital and Real-Life Nightmare for Children. ..............56

26              1.    Snapchat hosts and promotes dangerous and illegal sexual content...........56

27              2.    Snap provides a hunting ground for child-sex predators. ...........................64

28              3.    Roblox and Snap work in tandem to facilitate child sexual

exploitation. ...............................................................................................69

D.    Snap Knowingly Causes and Facilitates the Sexual Exploitation of
      Children.................................................................................................72

      1.    Snap prioritizes growth over the safety of children. ...................72

      2.    Snap facilitates child sexual exploitation through the design of its
            app, inadequate safety features, and refusal to invest in basic safety
            protections.................................................................................74

VI.   PLAINTIFF-SPECIFIC ALLEGATIONS .........................................................79

VII.  CAUSES OF ACTION .................................................................................83

      FIRST CAUSE OF ACTION
      FRAUDULENT CONCEALMENT AND MISREPRESENTATIONS
      (By Plaintiff Against Defendant Roblox).......................................................83

      SECOND CAUSE OF ACTION
      NEGLIGENT MISREPRESENTATION
      (By Plaintiff Against Defendant Roblox).......................................................85

      THIRD CAUSE OF ACTION
      NEGLIGENCE – GENERAL
      (By Plaintiff Against Each Defendant)...........................................................86

      FOURTH CAUSE OF ACTION
      NEGLIGENCE – FAILURE TO WARN
      (By Plaintiff Against Each Defendant)...........................................................92

      FIFTH CAUSE OF ACTION
      NEGLIGENCE – UNREASONABLE DESIGN
      (By Plaintiff Against Each Defendant)...........................................................96

      SIXTH CAUSE OF ACTION
      NEGLIGENT UNDERTAKING
      (By Plaintiff Against Defendant Roblox).....................................................100

      SEVENTH CAUSE OF ACTION
      STRICT LIABILITY – DESIGN DEFECT
      (By Plaintiff Against Each Defendant).........................................................101

      EIGHTH CAUSE OF ACTION
      STRICT LIABILITY – FAILURE TO WARN
      (By Plaintiff Against Each Defendant).........................................................106

VIII. PRAYER FOR RELIEF ..............................................................................109

IX.   DEMAND FOR A JURY TRIAL...................................................................110

Plaintiff Jane Doe, a minor, represented by her mother and guardian *ad litem* Mary Doe ("Plaintiff"), brings this action against Roblox Corporation ("Roblox") and Snap Inc. ("Snap") (collectively, "Defendants") to recover damages arising from the severe injuries that Plaintiff suffered because of Defendants' respective conduct in creating, designing, marketing, and distributing their mobile- and web-based applications ("apps"), and alleges as follows:

## I.    **INTRODUCTION**

1.    This action seeks to hold Roblox and Snap accountable for recklessly operating their businesses in ways that led to the sexual exploitation of Plaintiff. The heinous acts against Plaintiff were committed by a dangerous child predator whose actions were possible only because of the egregiously tortious conduct of Defendants.

2.    Through their pervasive patterns of misrepresentations about safety, Defendants portray their apps—Roblox and Snapchat—as safe and appropriate places for children to play. In reality, and as Defendants well know, the design of their apps makes children easy prey for pedophiles, and Defendants had no appropriate safeguards to ensure that children were in fact safe or that predators were screened. There are steps that Defendants could have taken to protect children and to make their apps safer. But time and again Defendants have refused to invest in basic safety features to protect against exactly the kind of exploitation that Plaintiff suffered.

3.    The reason for Defendants' unlawful conduct is simple: Defendants prioritize growing the number of users of their apps over child safety. As one former Roblox employee explained in describing the company's approach to child safety, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[1] Snap has taken the same approach to child safety on its app. Defendants' prioritization of growth over the safety of children has devastated the lives of children who use their apps.

---

[1] *Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

4.      Plaintiff was an avid user of Roblox and Snapchat who relied heavily on the apps for social interaction, making her a prime target for the countless predators that Defendants knew were freely roaming the apps looking for vulnerable children. Plaintiff was targeted on Roblox by a serial predator who engaged in textbook grooming behavior that Roblox has known about for years. Through Roblox, the predator transitioned their interactions to Snapchat—a well-known cross-platform exploitation pathway that both Roblox and Snap profit from and refuse to disrupt.

5.      When Plaintiff was 10 years old, she was identified and targeted in a Roblox game by a man who presented himself as a peer. Leveraging the trust cultivated on Roblox, the predator manipulated Plaintiff into adding him on Snapchat. Using Snapchat, he coerced and manipulated Plaintiff into sending explicit images and videos of herself, including by giving her Robux, the virtual currency that drives Roblox's online economy.

6.      In May 2020, the FBI arrived at Plaintiff's home and informed her mother that Plaintiff was being sexually exploited through Roblox and Snapchat. The FBI revealed that Plaintiff was one of numerous children targeted by this criminal predator. The predator was subsequently convicted and sentenced to 25 years in prison.

7.      Plaintiff suffered this sexual exploitation and abuse as the direct result of Defendants' conduct. Had Plaintiff's mother known the truth about Roblox, she never would have permitted Plaintiff to use the app. Had Defendants implemented even the most basic system of screening or age and identity verification, as well as other basic safety measures, Plaintiff never would have interacted with this predator and never would have suffered the harm that she did.

8.      Plaintiff has suffered unimaginable harm. Her innocence has been snatched from her forever. Tragically, what happened to her is far from an isolated event. Indeed, Plaintiff is just one of countless children whose lives have been devastated as a result of Defendants' gross negligence and defectively designed apps. This action, therefore, is not just a battle to vindicate Plaintiff's rights—it is a stand against Defendants' systemic failures to protect society's most vulnerable from unthinkable harm in pursuit of financial gain over child safety.

## II.   PARTIES

### A.   Plaintiff

9.      Plaintiff Jane Doe, and her mother and proposed guardian *ad litem* Mary Doe, are citizens and residents of the State of Michigan, with a principal place of residence in Cheboygan County.

10.     Plaintiff has suffered profound and enduring harm. This includes significant emotional distress, psychological trauma, and mental anguish. Plaintiff's experiences have led to a loss of trust, safety, and personal security, depriving her of the opportunity for a normal and healthy development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily life and emotional health in lasting and immeasurable ways.

11.     Plaintiff never entered into any contract with Defendants. To the extent Defendants claim that Plaintiff attempted to accept an electronic terms and conditions clause by clicking buttons on a screen that included language that Plaintiff did not read or understand, such an assertion is legally erroneous, invalid, and unenforceable, including because Plaintiff disaffirms any such contract, including any forced arbitration clause and any delegation clause in any contract.

### B.   Defendants

12.     Defendant Roblox Corporation is a Delaware corporation with its principal place of business in San Mateo, California. Roblox owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Roblox app. Roblox is widely available to consumers throughout the United States.

13.     Defendant Snap Inc. is a Delaware corporation with its principal place of business in Santa Monica, California. Snap owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Snapchat app. Snapchat is widely available to consumers throughout the United States.

14.     The true names or capacities, whether individual, corporate, or otherwise, of Defendants DOES 1 through 50, inclusive, are unknown to Plaintiff who is therefore ignorant of their true names and sues said Defendants by such fictitious names. Plaintiff believes and alleges

---

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                              3

1  that each of the Defendants designated herein by fictitious names is in some manner legally

2  responsible for the events and happenings herein referred to and caused damages proximately and

3  foreseeably to Plaintiff as alleged herein.

4  **III.    JURISDICTION AND VENUE**

5          15.    This Court has personal jurisdiction over Defendants because their principal places

6  of business are in California and because they have contacts with California that are so continuous

7  and systematic that they are essentially at home in this State. Defendant Roblox maintains its

8  principal place of business in this State. Defendant Snap maintains its principal place of business

9  in this county. Defendants regularly conduct and solicit business in California, provide products

10  and/or services by or to persons here, and derive substantial revenue from the same. Defendants

11  affirmatively and extensively engage with a significant percentage of this State's residents through

12  messages, notifications, recommendations, and other communications.

13          16.    Venue is proper in this Court because this Complaint seeks damages arising and

14  resulting from the acts and omissions of Defendant Snap that caused the injuries complained of

15  herein, and the County of Los Angeles is Snap's county of residence and the location of its principal

16  place of business.

17  **IV.    FACTUAL ALLEGATIONS AS TO ROBLOX**

18          A.    **Roblox Offers a Gaming App for Children.**

19          17.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad

20  games, which the company refers to as "experiences." There are currently more than 40 million

21  experiences within the Roblox ecosystem. Most experiences on Roblox are created not by Roblox

22  but by individuals (often Roblox users) or companies that develop their own games and make them

23  available on Roblox for others to play.

24          18.    Roblox is easily accessible, including to children. It is free to download and play and

25  is available on gaming consoles, computers, tablets, and cellular devices.

26          19.    Roblox is designed to be an interactive experience, allowing and encouraging users

27  to communicate with each other. Gameplay interactions, user hubs, direct messaging, and voice chat

28  all promote social interactions between users. Roblox's co-founder and CEO David Baszucki has

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                          4

explained that his vision is for Roblox to bring about "the next phase of human interaction," which he also has described as "a new category of human coexperience."[2] Roblox has similarly explained that it "operates a human co-experience platform . . . where users interact with each other to explore and develop immersive, user-generated, 3D experiences."[3]

20.    Roblox designed its app for children. Roblox has marketed its app not only as the "#1 gaming site for kids and teens"[4] but also as an educational experience for young users. Roblox claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and more, Roblox experiences bring concepts to life in ways that immerse learners and motivate exploration, play, and deep thinking."[5] These offerings, according to Roblox, include "high-quality, standards-aligned, immersive educational experiences designed by curriculum experts."[6]



*Roblox webpage – "A New Era of Engaged Learning"*

21.    Roblox's popularity among children exploded during the pandemic when the app

[2] David Baszucki, Co-founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022), https://hbr.org/2022/03/the-ceo-of-roblox-on-scaling-community-sourced-innovation.
[3] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021).
[4] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[5] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited Feb. 11, 2025).
[6] *Id.*

was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

22.     That growth has continued unabated. In Roblox's 2023 Annual Report, the company reported an average of 68.5 million daily active users, with 21% under 9 years of age; 21% from 9-12 years of age; 16% from 13-16 years of age; and 41% over 17 years of age.

23.     Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[7]

24.     Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. Users of any age can create an account. There is no age minimum. Roblox does not require users to verify their age upon sign-up, so they can easily represent that they are younger or older than their actual age.



*Roblox Sign-up Screen*

---

[7] Qustodio, *Research by App Category – Gaming*, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited Feb. 11, 2025).

25.    Although Roblox states that children must have parental permission before signing up for an account, nothing prevents them from creating their own accounts and playing on Roblox. Roblox does nothing to confirm or document that parental permission has been given, no matter how young a child is. Nor does Roblox require a parent to confirm the age given when a child signs up to use Roblox.

26.    After creating an account, all users are assigned a default player avatar—a cartoonish character that represents the individual user within certain games.



*Example default avatar on Roblox.*

27.    They can then play in millions of experiences on the app. These games are sorted into different genres/categories, such as Sports, Role-Playing Games, Fighting, First Person Shooters, Fashion, Horror, Comedy, Military, and Naval. The games recommended to a user will vary based on the age the user entered when generating their account and Roblox's algorithm that recommends games to the user.



*Examples of games available on Roblox.*

28.    Until November 2024, Roblox configured its app to default to settings that allowed adults to easily communicate with children. Adult strangers could "friend" and chat with a child of any age via direct (*i.e.*, private) message. Further, even without being "friends," adults could also chat with a child of any age within a Roblox experience through direct messages.

29.    Now, under Roblox's default settings, adults cannot directly message children under 13, but Roblox still does nothing to prevent children this young from creating accounts with fake 13+ birthdates, which gives them full access to Roblox's direct-messaging options. Roblox still relies on self-reported birthdates for age verification. Further, children 13 and over are still vulnerable to receiving friend requests—or direct messages within Roblox experiences—from adult strangers. There is also nothing that prohibits adults from entering fake birthdays and posing as children in their attempts to friend or otherwise communicate with children users.

30.    Roblox generates revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars. Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also offers Robux gift cards that anyone can purchase and send to any user.

31.    Children frequently become obsessed with purchasing or otherwise obtaining Robux to buy items for their avatars and to spend in their favorite experiences on Roblox. In Roblox's Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of hair for an avatar, which children seek to purchase to keep up with or outdo their peers on Roblox. As a result, children often tell others, including strangers, that they will do "Anything for Robux."[8]

**B.    Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of Safety.**

32.    Roblox's success and continued growth have hinged on its constant, false assurances to parents that its app is safe for children. The company has offered such assurances throughout its

---

[8] Olivia Carville & Cecilia D'Anastosio, *Roblox's Pedophile Problem*, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.

1  history and in every forum possible—on its website, through public promises of its highest

2  executives, in news articles, on podcasts, and on and on.

3          33.     Over the years, Roblox has repeatedly represented on its website that its app is safe

4  for children and has touted the safety controls it has in place. As early as 2007, Roblox's website

5  assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely

6  interact, create, have fun, and learn."[9]

7          34.     From 2008 to 2016, the website continued to promise parents, "We take every

8  precaution possible to make sure kids are protected from inappropriate and offensive individuals as

9  well as from indecent and distasteful content."[10] It also assured parents that Roblox had a zero-

10  tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature,

11  and any sort of aggressive or threatening communication," and "immediately suspended or

12  permanently expelled" any offenders.[11]

13          35.     The website has consistently sought to paint Roblox as "family friendly" and safe for

14  children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very

15  seriously" and "strive[s] to continually develop new and innovative technologies that will protect

16  the safety of our community while allowing players to imagine, create, and play together in a family-

17  friendly environment."[12] Roblox similarly has advertised its app as "a safe, moderated place to meet,

18  play, chat, and collaborate on creative projects."[13]

19

20

_____

21  [9] Roblox, *Frequently Asked Questions (FAQs)*,

22  https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx
   (archived Nov. 5, 2007).

23  [10] Roblox, *Keeping Kids Safe*,

24  https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.a
   spx (archived May 1, 2008); *see also* Roblox, *Information for Parents*,

25  https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31,
   2016).

26  [11] *Id.*

   [12] Roblox, *Parents' Guide*,

27  https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived Jul. 16,
   2017).

28  [13] *Id.*

1

2

As the largest growing social platform for play, Roblox gives players a safe, moderated place to meet, play, chat, and collaborate on creative projects. If so inclined, they can even go on to learn how to build and code immersive experiences for others, all at their own pace.

3

4

5

6

7

8

9

10

11

12



*Excerpt from Roblox Parent's Guide in 2017*

13    36.    Roblox's website representations have remained largely unchanged since then. In

14    2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies

15    to ensure that the Roblox platform remains a safe and fun space for players all over the world."[14]

16    Roblox claimed that the company was "dedicated to working together with parents and digital safety

17    experts to promote a family-friendly environment that allows all players to imagine, create, and play

18    online."[15] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place

19    for everyone."[16] According to Roblox, it "goes above and beyond to foster an environment where

20    people of any age can create, play, learn, and imagine safely. We've kept children's privacy and

21    safety top-of-mind when designing our platform, especially through the implementation of advanced

22

23

24

25    [14] Roblox, *For Parents*,
https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived
26    Apr. 5, 2023).

27    [15] *Id.*
[16] Roblox, *Roblox FAQ*,
https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar.
28    28, 2023).

1  text filters that block inappropriate language or other unsafe content."[17]

2      37.    Roblox's website today contains similar assurances. It claims, "Safety is in our DNA:

3  when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day

4  with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety

5  was their top priority, and they made constant improvements in their moderation, both for content

6  and for communication on the platform."[18]

7      38.    According to the current website, Roblox "won't allow language that is used to

8  harass, discriminate, incite violence, threaten others, or used in a sexual context."[19] Roblox touts a

9  "stringent safety system and policies,"[20] which include its "expertly trained team with thousands of

10  members dedicated to protecting our users and monitoring for inappropriate content"; its "safety

11  review of every uploaded image, audio, and video file, using a combination of review by a large

12  team of human moderators and machine detection before they become available on our platform";

13  and its chat filters for inappropriate content, which "are even stricter" for children under 13 and

14  "include any potentially identifiable personal information, slang etc." [21]

15      39.    These false promises and assurances are not confined to Roblox's website. They are

16  repeated in statements by the company's highest executives—including in direct response to

17  concerns raised by parents.

18      40.    In 2009, a blogger wrote about blocking Roblox because he doubted its safety for his

19  children. CEO David Baszucki responded to the blogger reassuring him that Roblox flags

20  "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as

21

22  _____

23  [17] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en-us/articles/4406238486676-Roblox-User-Data-FAQ (last visited Feb. 11, 2025).

24  [18] Roblox, *Safety Comes First on Roblox*,  https://corp.roblox.com/safety-civility-resources?section=news&article=safety-comes-first-on-roblox (last visited Feb. 11, 2025).

25  [19] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-

26  Filtering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200than%20younger%20players (last visited Feb. 11, 2025).

27  [20] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-us/articles/4407444339348-Safety-Civility-at-Roblox (last visited Feb. 11, 2025).

28  [21] *Id.*

inappropriate," Roblox "investigate[s] immediately."[22]

41.    In a 2013 *Wired* interview, when asked whether a parent should be concerned about whom his child was chatting with in-game, Baszucki declared, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content," taking a sentence verbatim from Roblox's webpage for parents.[23]

42.    Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has doubled down on these promises in statements to parenting magazines, news outlets, and podcasts— all aimed at persuading parents to let their children use Roblox. She also has contacted international online safety experts in an effort to sell Roblox's safety story.

43.    As recently as 2024, Bhaumik told *Parents Magazine* that "[w]e have a responsibility to make sure our players can learn, create, and play safely. This continues to be our most important priority and that will never change."[24]

# Parents

In response to safety concerns, Roblox notes that the platform was designed for kids and teens from the beginning, and they're committed to making safety a priority. "We have a responsibility to make sure our players can learn, create, and play safely," notes Tami Bhaumik, Vice President of Civility & Partnerships at Roblox. "This continues to be our most important priority and that will never change."

44.    Such statements by Bhaumik date back years. In 2018, Bhaumik told the *Washington*

---

[22] Eric Frenchman, *Revisiting Roblox*, Pardon My French (Oct. 5, 2009), https://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html.
[23] Tony Sims, *Interview with David Baszucki, Founder & CEO of Roblox*, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.
[24] Maressa Brown, *Is Roblox Safe for Kids? Here's What the Experts Have to Say*, Parents Magazine (Apr. 29, 2024), https://www.parents.com/kids/safety/internet/is-roblox-safe-forkids/.

*Post* that Roblox "focus[es] on making sure that everything is done in a safe and appropriate way."[25] That year, she also claimed to another newspaper that Roblox's "safety team reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[26] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[27]

45.    In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized that "[w]e make sure there's a safe environment," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team that reacts very, very quickly."[28] On that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children—Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[29] She added later, "It's still very early days for us. This whole digital civility focus for Roblox is still there, we're just still establishing it."[30]

46.    In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and civility has always been baked into everything that we do."[31] That year, on a podcast, she also

[25] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's Virtual 'Rape'*, Wash. Post. (Jul. 17, 2018), https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-how-hack-allowed-characters-virtual-rape/.
[26] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App*, The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.
[27] *Id.*
[28] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNSL-CuL&index=6.
[29] *Id.*
[30] *Id.*
[31] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs-vp-of-digital-civility-partnerships/1338989609901259/.

bragged about Roblox's purported safety protections, including "thousands of human moderators on the front lines" and "machine learning that is constantly taking a look at chat filters."[32] With these and other measures, she exclaimed, "[a]ny sort of bad actor that comes onto the platform is dealt with swiftly" and "[w]e remove any content that's reported to us within minutes."[33]

47.    In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety narrative.

48.    In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent almost two decades working to make the platform one of the safest online environments for our users, particularly the youngest users. Our guiding vision is to create the safest and most civil community in the world."[34] According to Kaufman, "For users under 13, our filters block sharing of personal information and attempts to take conversations off Roblox, where safety standards and moderation are less stringent."[35] A few months later, he added, "Safety is and always has been foundational to everything we do at Roblox."[36]

49.    In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[37]

50.    Kaufman also recently told *NPR* that "any time anything happens to a child that puts them at risk is one too many."[38]

---

[32] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe & Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.
[33] *Id.*
[34] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22, 2024), https://corp.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-allusers.
[35] *Id.*
[36] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-our-safety-systems-and-parental-controls.
[37] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.
[38] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

1    **C.**    **In Reality, Roblox Is a Digital and Real-Life Nightmare for Children.**

2    51.    Roblox's public statements and promises are carefully crafted to paint the picture of

3    a digital playground that is safe and appropriate for children. When parents, the press, or child

4    advocates raise questions and concerns, the company's highest executives respond with comforting

5    promises of safety.

6    52.    This campaign of reassurance masks the truth about Roblox. Far from creating a

7    safe place for children, Roblox designed, built, and maintains a toxic environment that has enabled

8    obscene material to flourish and, worse, enables predatory pedophiles to hunt, groom, and sexually

9    exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a

10   digital and real-life nightmare for kids.

11   **1.    Roblox hosts and promotes graphic, sexually explicit content.**

12   53.    Roblox is a vast ecosystem offering an endless array of not just online games but

13   also immersive virtual worlds where children's customized avatars can engage in activities like

14   playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

15   54.    These games and virtual worlds are brought to life through developer tools that

16   Roblox designs, controls, and makes available to third parties. These tools, which include scripting

17   capabilities, 3D modeling systems, and other software supply the infrastructure needed to create

18   content for the Roblox platform. Roblox has the power to control the use of these tools. Instead,

19   over the years, the company has given third parties essentially unfettered access to use the tools to

20   build what they want, with no meaningful oversight or safeguards. The results are deplorable.

21   55.    As early as 2010, Roblox's virtual games had already devolved into hosting and

22   promoting sexually explicit content. Roblox's scripting language, which allows developers to

23   manipulate avatar activity and interactions any way they want, was deployed to create scenarios

24   where avatars engaged in simulated sexual activity.[39]

25

26   _____

27   [39] *See, e.g.*, YouTube, *How to Do Roblox Sex Glitch*,

28   https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*,
     https://www.youtube.com/watch?v=hyqCHG6nUYI.

56.     This simulated sexual activity pervades Roblox. There have been numerous reports of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience, which was witnessed by the girl's mother.[40] In describing the aftermath of this traumatic experience, the girl's mother exclaimed, "I never in my wildest dreams would've ever imagined that I would have to talk with my seven-year-old about rape."[41]

57.     Roblox also hosts a staggering number of experiences centered on simulated sexual activity. For instance, children can play in "condo games"—predatory digital environments, including houses, where users can remove their avatars' virtual clothing, revealing nudity, and engage in disturbing simulated sexual activities with other Roblox users.[42] They can also play games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine years old and enables users to simulate sexual activity in virtual bathrooms,[43] as well as virtual strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[44]

---

[40] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018), https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged-after-roblox-game-depicts-violent-acts-including-rape/83-569498171.

[41] *Id.*

[42] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox,* Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.

[43] Hindenburg, *supra* note 1.

[44] Dickson, *supra* note 42.



(Source: Roblox "Public Bathroom Simulator / Game)

*Roblox's Public Bathroom Simulator Game is rated ages nine and up and allows users to simulate sexual activity.*[45]

58. A recent investigative report also exposed a multitude of other exploitative experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy was recently indicted and is on trial for sex trafficking of minors and other grievous criminal charges regarding allegations surrounding reports about "freak-off" parties—events which, according to multiple lawsuits and media reports, allegedly involved forced drug use, violent assaults, and the sex trafficking of minors, including victims as young as 10 years old.

---

[45] Hindenburg Research, *supra* note 1.



*Examples of Roblox games modeled after Diddy's sex trafficking ventures.*[46]

59.    This report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox actively permitted to be openly engaged in children's games. Roblox also allowed games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.*[47]

---

[46] *Id.*
[47] *Id.*

60.     Roblox played a direct role in enabling these rampant, sexually exploitative experiences. Roblox is fully aware that these experiences pervade its app, and it allows them to continue to exist unchecked despite the ability to control or eliminate them. Leaked internal Roblox documents reveal that Roblox monitored this type of content and made decisions such as "[h]ow big of a 'bulge'" was acceptable, and, with the introduction of layered clothing for avatars (*i.e.*, allowing avatars to wear multiple layers of clothing), whether players could be nude.[48] By allowing this type of content to exist and be easily accessible, Roblox directly contributed to the proliferation of games simulating sexual activity, such as condo games and virtual strip clubs.

61.     The effects of these games on children can be devastating. Playing video games with explicit sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous, exciting, or rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

62.     Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[49] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[50]

63.     The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate

---

[48] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

[49] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019).

[50] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325. doi:10.1037/a0036058.

harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This environment not only desensitizes children but also makes them more likely to replicate these actions in real-world interactions.

64.    The dangerous content on Roblox is not limited to online games. The recent investigative report discussed above found that a basic search for "adult" in Roblox revealed a group with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[51] And tracking these members unearthed additional Roblox groups engaged in the same criminal conduct, including one massive group with 103,000 members.[52] Yet Roblox failed to implement any age restrictions on these criminal groups, deliberately leaving them accessible to all users.[53]



*Public chat wall for a group named "Adult Studios," where users openly solicited child pornography.[54]*

---

[51] Hindenburg Research, *supra* note 1.
[52] *Id.*
[53] *Id.*
[54] *Id.*

65.    Roblox has also enabled individuals to create an entire category of pornographic content. Using Roblox's tools and software, users make virtual sex videos between avatars on Roblox. These videos are clearly marked with the .rbxl file extension—Roblox's proprietary file format—establishing that this content was created within the Roblox application. Moreover, on XVideos, a porn website, Roblox users seek out other users to simulate sexual acts within seemingly innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is available to all users, regardless of age.





*This Roblox user advertised their Roblox account on porn website, XVideos, where they had uploaded videos of their avatar having sex with other Roblox users.*[55]



*Searching "Roblox" on XVideos, a porn website, yields more than 250,000 results.*[56]

---

[55] *Id.*
[56] *Id.*



*The comment section on a Roblox porn video on XVideos – Brookhaven is one of Roblox's most popular games and is available to users of all ages.*[57]

66.     In sum, the online environment that Roblox hosts and enables contradicts its representations of providing a safe product, demonstrating Roblox's blatant disregard for the safety of its youngest users and revealing the company's prioritization of user engagement over its fundamental duty to protect young users.

**2.  Roblox provides a hunting ground for child-sex predators.**

67.     For years, Roblox has served as the online platform of choice for predators seeking to find, groom, abuse, and exploit children. Roblox provides predators with easy access to tens of millions of children and allows these predators to freely move between inappropriate content and popular games to identify and target vulnerable young users. By doing so, Roblox has demonstrated reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

68.     These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically

---

[57] *Id.*

befriends the vulnerable young victim, and then strategically manipulates the child to move the conversation off Roblox to other popular apps, such as Snapchat.

69.    As the recent *Bloomberg Businessweek* article titled *Roblox's Pedophile Problem* put it, "These predators weren't just lurking outside the world's largest virtual playground. They were hanging from the jungle gym, using Roblox to lure kids into sending photographs or developing relationships with them that moved to other online platforms and, eventually, offline."[58]

70.    Roblox, in effect, serves as an initial access point to children for predators. Media reports have repeatedly highlighted that Roblox "is being used as a first point of contact for predators."[59] The children, due to their underdeveloped brains, are more trusting and naïve, and often fail to recognize the danger of providing their usernames on other sites.

71.    Once on another app, like Snapchat, predators escalate their exploitation by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate acts, all of which constitute child pornography. And while the ultimate solicitation of explicit photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that enables these predators to first identify, target, and gain the trust of young victims through its app's design and inadequate safety measures.

72.    Roblox's app and profit-driven virtual currency system enable predators to exploit children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems and social dynamics, intentionally designed to exploit children's developmental vulnerabilities, create psychological pressures that predators weaponize for extortion.

73.    Despite full awareness of how its app facilitates such exploitation, Roblox continues to profit from these tactics by collecting transaction fees on Robux exchanges. Its reckless

---

[58] Carville & D'Anastosio, *supra* note 8.
[59] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox*, https://endsexualexploitation.org/roblox/ (last updated Dec. 4, 2024).

1    indifference to the consequences of its deliberately engineered app mechanics highlights its

2    prioritization of profits over the safety and well-being of its young users.

3        74.    Roblox enables another pattern of predatory grooming in which predators employ

4    immediate blackmail tactics and make no attempt to ingratiate themselves with the children, but

5    instead threaten them from the outset. The predator will often threaten to post nude photos of others

6    online, but claim that the child victim is the person depicted unless the child complies with the

7    predator's demands. Through its deliberately insufficient monitoring systems, Roblox allows

8    predators to threaten children with false claims about possessing and potentially releasing explicit

9    photos, coercing young victims into complying with criminal demands.

10        75.    Regardless of how the initial grooming relationship begins, which is often as simple

11    as someone asking the child to be their boyfriend or girlfriend, the predators also often attempt to

12    make in-person contact with the child. The dangerous progression from Roblox's online app to

13    real-world violence reveals the devastating consequences of the company's product. Roblox's app

14    enables predators to escalate from virtual contact to orchestrating physical meetings, leading to

15    harassment, kidnapping, trafficking, violence, and sexual assault of minors, all instances of which

16    these children suffered as a direct result of Roblox's actions.

17        76.    Through numerous well-documented and publicized cases, Roblox has long been

18    aware of the systemic exploitation that its app enables and facilitates. For years, countless children

19    have been sexually exploited and abused by predators they met on Roblox.

20        77.    For example, in 2017, Roblox's app enabled a predator to target an eight-year-old

21    child and solicit explicit photos, prompting one mother to observe that Roblox had created "the

22    perfect place for pedophiles."[60]

23        78.    In 2018, Roblox's app enabled a predator posing as a child to coerce a nine-year-old

24    girl into performing and filming sexually abusive acts on her four-year-old brother through violent

---

[60] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017), https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-site-investigation-what-to-know/87438/.

threats, including of death, against her family.[61] That year, 24 men in New Jersey were also charged with soliciting sex from minors as part of a sting operation, where the New Jersey State Police Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else" in order "to gain someone's trust."[62]

79.    In 2019, a Florida predator systematically used Roblox to target children ages 10-12, moving them to another dangerous app called Discord to coerce the children into sending him naked pictures of themselves.[63] That year, a man in Wales encouraged 150 children to engage in sexual activity by contacting them through Roblox, where he pretended to be a child and used fake names.[64]

80.    During the pandemic, reports of child sex abuse facilitated by Roblox accelerated. In 2020, for example, Roblox enabled a 47-year-old predator to pose as a teenager, target a 16-year-old girl, move the conversation to Facebook, solicit explicit photos and videos, all of which constituted child pornography,[65] and ultimately traffic her across state lines, raping her multiple times.[66] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos of herself, in various stages of undress, in exchange for Robux.[67] The perpetrator had been arrested

---

[61] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar. 27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.

[62] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, Fox 13 Tampa Bay (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.

[63] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.

[64] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-news/paedophile-groomed-150-children-engage-16258877.

[65] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.

[66] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).

[67] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.

---

for similar offenses three years earlier and was a registered sex offender in Kansas. This perpetrator was not the only convicted sex offender who was able to freely create accounts on Roblox: in 2021, a convicted sex offender used Roblox to sexually solicit a 12-year-old child.[68] And in 2022, a 33-year-old man groomed a 13-year-old girl on Roblox, transported her from her home in Kansas to his home in Georgia, and raped her multiple times.[69]

81.     2023 was more of the same. For example, a 30-year-old man was arrested for soliciting illicit photos from young victims and authorities reported that he had three separate Roblox accounts.[70] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he met on Roblox.[71] A 23-year-old New Jersey man, who was a prominent Roblox developer with a known history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming a 15-year-old girl, transporting her to his house, and sexually abusing her.[72]

82.     Similar incidents continued throughout 2024. For example, a 21-year-old Chilean man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he had "spent several months manipulating and grooming" her.[73] A 21-year-old in California pled guilty for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[74] A

---

[68] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (Jul. 23, 2021), https://www.shawlocal.com/daily-journal/.

[69] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13-year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022), https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of-kansas-girl.

[70] City of Fontana Police Department, *Internet Predator Arrested*, Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.

[71] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home: Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-grooming/13927383/.

[72] U.S. Dep't of Justice, *New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex* (Aug. 30, 2023), https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after-grooming-minor-online-and.

[73] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024), https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.

[74] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte*

---

64-year-old man admitted to posing as a 13-year-old boy on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[75] A 29-year-old Michigan man befriended and groomed an 11-year-old girl on Roblox by posing as a teenager and then coerced the girl into sending multiple explicit photos of herself.[76] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[77]

83.     Despite supposed "parental controls" that Roblox implemented in 2024 and 2025, predators continue to enjoy easy access to children on the app, causing devastating harm. For example, in April 2025, a California man was arrested and charged with kidnapping and engaging in unlawful sexual conduct with 10-year-old girl whom he met and communicated with on Roblox.[78] The next month, a 17-year-old Florida teenager was arrested after authorities learned he had been communicating on Roblox with numerous children, some as young as eight-years-old, over the course of a year, and convinced them to send him sexually explicit images of themselves.[79] And just a few days later, a New York man who used Roblox to connect with 11- and 13-year-old girls was arrested and federally charged with enticement and possession of child pornography.[80]

---

*County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-year-old-on-roblox-pleads-guilty-in-butte-county.

[75] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (Jul. 26, 2024), https://ktla.com/news/california/man-64-admits-to-catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.

[76] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of-grooming-west-michigan-child-for-illicit-photos.

[77] Martin Robinson, *Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years*, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.

[78] *Elk Grove Man Accused of Kidnapping Kern County Girl He Communicated with on Roblox*, CBS News (Apr. 18, 2025), https://www.cbsnews.com/sacramento/news/elk-grove-man-accused-kidnapping-kern-county-girl-roblox/.

[79] Briana Trujillo, *Ocala 17-Year-Old Convinced Kids to Send Him Sex Abuse Material on Roblox*, NBC (May 2, 2025), https://www.nbcmiami.com/news/local/ocala-17-year-old-convinced-kids-to-send-him-sex-abuse-material-on-roblox/3605691/.

[80] U.S. Dep't of Justice, *Fairport Man Who Used Roblox to Attempt to Communicate with Minors for Sex Arrested* (May 6, 2025), https://www.justice.gov/usao-wdny/pr/fairport-man-who-used-roblox-attempt-communicate-minors-sex-arrested.

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    28

84.    While most predators on Roblox lure children into their grasp by pretending to also be children, many predators do not even hide their intentions, roaming Roblox with usernames like like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.



*Results from an account search for "earlbrianbradley."*[81]

85.    Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCSE blasts Roblox for "treat[ing] child protection like a game."[82] According to the NCSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[83]

86.    Parent reviews of Roblox on sites like *Common Sense Media* also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[84]

---

[81] Hindenburg Research, *supra* note 1.
[82] National Center on Sexual Exploitation, *supra* note 59.
[83] *Id.*
[84] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited Feb. 11, 2025).

87.     The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem where former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims tomorrow's perpetrators. Indeed, researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers and adults who then exploit younger users in the same ways.[85] In effect, Roblox contributes to this "raising of" predators who perpetuate the cycle of exploitation.

88.     The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, schools and the public, Roblox minimizes these dangers through repeated misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly enriching part of their life."[86] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[87] Roblox simultaneously admitted to investors that it was "unable to prevent all such [inappropriate] interactions from taking place."[88] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

---

[85] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001).
[86] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[87] *Id.*
[88] Roblox Corp., S-1 (Securities Registration Statement) 24 (Nov. 19, 2020).

D. **Roblox Knowingly Causes and Facilitates the Sexual Exploitation of Children.**

89.     The reason that Roblox is overrun with harmful content and predators is simple: Roblox prioritizes user growth, revenue, and eventual profits over child safety. For years, Roblox has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

**1. Roblox prioritizes growth over child safety.**

86.     From its inception, Roblox has focused on growth above all else, which has meant deliberately targeting, exploiting, and capitalizing on the underdeveloped child market, positioning itself as a place where kids can learn and play games in a safe environment. Recognizing that children have more free time, underdeveloped cognitive functioning, and diminished impulse control, Roblox has exploited their vulnerability to lure them to its app.

87.     Roblox's business model allowed the company to attract significant venture capital funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous pressure on the company to prioritize growing and monetizing its users. To do so, Roblox made deliberate decisions that placed children at risk. For example, while other digital platforms (including other video game platforms) verified users' ages and restricted communications between children and adults, Roblox did not require age verification and did not restrict communications between children and adults. Similarly, while other digital platforms required children's accounts to be connected to the account of a parent or guardian during set-up, with various parental controls turned on by default, it is easy for children (including very young children) to download and install Roblox without involving an adult. While other platforms implemented reliable, accurate age ratings for games and videos that correctly informed parents about the type of content their children would see, Roblox's deeply flawed "content label" system gave parents a false sense of security, incorrectly labeling graphic sexual and violent games as safe for kids. And while other platforms restricted access if a child fell below a certain age, Roblox welcomed and encouraged children of any age, despite its knowledge of significant harms that children routinely experience there.

88.     In 2021, riding the explosive growth in users generated by the pandemic and the pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41

billion, which brought new pressures. To satisfy the scrutiny and demands of public market investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user engagement metrics—like new user acquisition, daily active users, and average hours spent on the app—on the theory that profitability would follow once the business achieved sufficient scale and operating costs decreased as a percentage of revenue.[89]

89.    In pursuit of growth, Roblox deprioritized safety measures even further so that it could report strong numbers to Wall Street. For instance, Roblox executives rejected employee proposals for parental approval requirements that would protect children on the platform.[90] Employees also reported feeling explicit pressure to avoid any changes that could reduce platform engagement, even when those changes would protect children from predators.[91]

90.    As one former Roblox employee explained, "You're supposed to make sure that your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the leadership doesn't want that."[92] That same employee added, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[93]

91.    By limiting safety measures, Roblox not only increased its users but also reduced the company's safety expenses as a percentage of its revenue—a key metric for Wall Steet, which views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example,

---

[89] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years . . . . That's a long-term growth path, and we believe that continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*, CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at-64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*
[90] Hindenburg Research, *supra* note 1.
[91] *Id.*
[92] *Id.*
[93] *Id.*

identified its "downside case" for Roblox's stock as "additional safety investments due to its younger demographic . . . becom[ing] a drag on [earnings] margins."[94] Barclays also wrote that it viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[95]

92.    During earnings calls for investors, Roblox frequently addresses questions from analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its revenue, showing that the company is not investing as much proportionally in trust and safety as the company continues to grow and attract millions of additional users.

93.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the "really high level of efficiency" seen in the numbers for infrastructure and trust and safety expenditures and then asked how those figures would evolve over time.[96] In response, Mike Guthrie, Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . *they're working hard to drive that down . . . .* [L]ike you said, it's about 11% now, ultimately with higher efficiency . . . we see that as a high-single-digit number over the next few years."[97] He added, "[W]e still think there's more to do there."[98]

94.    At other times, Guthrie has reassured investors stating, "look for trust and safety [costs] to scale below linear as we grow"[99] and that Roblox was "quite happy with" trust and safety costs growing "at a lower rate than our bookings growth."[100]

95.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that, "[i]mportantly, our infrastructure and trust and safety expenditures were 8% lower year-on-year."[101]

---

[94] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024)
[95] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024)
[96] Q4 2023 Earnings Call (Feb. 7, 2024).
[97] *Id.* (emphasis added).
[98] *Id.*
[99] Q4 2022 Earnings Call (Feb. 15, 2023)
[100] Q3 2022 Earnings Cal (Nov. 8, 2023).
[101] Q2 2024 Earnings Call (Aug. 1, 2024).

---

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    33

96.    Once public, Roblox also decided to try to attract more adult users to its app—which it had historically touted as the "#1 gaming site for kids and teens."[102] With the market for underage users near saturation, Roblox shifted its growth strategy to attracting older users.

97.    In its public offering filings, Roblox identified "age demographic expansion" as a key strategy, explaining that it planned to develop experiences and content that appealed to older users.[103] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable. Older users offered a distinct financial advantage. While children spend more hours on Roblox, they do not "monetize" as well because they are more constrained in their ability to spend. In contrast, older users, who "have more direct control over their spend" and "monetize better," are far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[104]

98.    Roblox's executives repeatedly emphasized their strategy of "aging up" the app to attract older users. At the company's inaugural conference with an investment bank in September 2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of nine to twelve year-olds," and was focused on adding users over the age of 13.[105] One plan was to "improve the search algorithms such that older users were finding older content," or content tailored to their age-related demographic.[106]

99.    And at its annual Developer Conference, CEO David Baszucki encouraged developers to create experiences for older audiences, explaining that Roblox was rolling out features designed to appeal to older users, including use of real names, screen capture and sharing capabilities, video calls, and relaxed chat moderation.[107] These decisions, while framed as growth

---

[102] Roblox, *What Is Roblox*,
http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[103] Roblox Corp., S-1 (Securities Registration Statement) 7 (Nov. 19, 2020).
[104] Q2 2022 Earnings Call (Aug. 10, 2022).
[105] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021),
https://ir.roblox.com/events-and-presentations/events/event-details/2021/Goldman-Sachs-Communicopia/default.aspx.
[106] *Id.*
[107] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023),
https://www.youtube.com/watch?v=CwLThCghzA4.

1  strategies, reflected Roblox's willingness to compromise safety, creating new vulnerabilities and

2  more dangerous circumstances for children in its pursuit of a more profitable, older user base.

3      100.    Roblox executives consistently highlighted progress with the company's "aging up"

4  strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO

5  Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We

6  are a platform for all ages."[108] He also revealed that developers had started to "build specific 17-

7  plus experiences."[109] This progress was praised by Wall Street investment banks, who noted that

8  aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for

9  Roblox," reinforcing the company's pivot toward maximizing profitability.[110]

10     101.    Despite Roblox's deliberate targeting of older users, it failed to implement any

11  meaningful restrictions on contact between adult and child users or limit the mature content and

12  experiences it solicited from developers to attract older audiences. When asked by an equity

13  research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I

14  want to highlight right now that *we don't have any only 13 and up experiences*. We have 28% of

15  the top thousand experiences having a majority of 13-plus [users] but *those are still experiences*

16  *that are open to all ages.*"[111] Similarly, despite urging developers to build more mature experiences,

17  Roblox continued to allow users to set up accounts without any type of age verification.[112] Even

18  investors recognized the connection between older users and the increased risks for children,

19  questioning how Roblox planned to prevent inappropriate content from reaching younger users.[113]

20     102.    Not only did Roblox seek to increase adult users while knowing the risks that

21  strategy posed to children, but it also sought to encourage relationships between users. At Roblox's

22  2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life

23  relationships" between users—*i.e.*, dating. While he deliberately avoided the word "dating," he

---

25  [108] Q2 2023 Earnings Call (Aug. 9, 2023).

26  [109] Q2 2023 Earnings Call (Aug. 9, 2023).
     [110] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).

27  [111] Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added).
     [112] Q4 2022 Earnings Call (Feb. 15, 2023).

28  [113] Q3 2021 Earnings Call, *supra* note 111.

then announced plans to build a product to support it: "I'm not going to use the D word but subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform to support that."[114]

103.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within our current policy right now"—to which the audience shared in laughter.[115]

104.    In short, for years, Roblox has deliberately sacrificed child protection—a longstanding issue for the company—in pursuit of growth and profit. This systematic subordination of child safety to business objectives reflects Roblox's continued choice to maximize its business goals while knowingly exposing children to preventable dangers on its app.

**2. Roblox facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.**

105.    Roblox's pursuit of growth and profit over child safety is reflected in numerous actions it took and decisions it made related to the design and safety of its app. Had Roblox acted differently, the harm suffered by countless children would not have occurred.

106.    Roblox designed its app so that anyone can easily communicate with children, creating a virtual world where predators can freely target and groom children. Until November 2024, adult strangers could "friend" and chat with children of any age via direct messages and chat with them in an experience through direct messages even if they were not friends. While Roblox offered some adjustable parental controls for users under the age of 13, these children could bypass those controls simply by creating an alternate account falsely identifying as a 13+-year-old user. By designing its app this way, Roblox stripped parents of basic protective options to prevent adult strangers from communicating with their children.

---

[114] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[115] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

107.    This practice contrasts sharply with other gaming products like Nintendo, which use preprogrammed dialogue options to tightly control user interactions.[116] By adopting a similar approach, Roblox could have significantly reduced—if not eliminated—the grooming and child abuse facilitated by its app because predators would not have been able to solicit any personal information or send any coercive or sexually suggestive messages.

108.    Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children."[117]

109.    As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous incidents, including criminal cases involving child pornography. In November 2023, the same month Roblox launched Roblox Connect, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[118] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[119] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

---

[116] Carville & D'Anastosio, *supra* note 8.

[117] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice-call-feature-2384564/.

[118] Omegle, https://www.omegle.com/ (last visited Feb. 11, 2025).

[119] *Id.*

110.    Roblox also refused to implement simple measures that would have protected children using its app. For example, despite having the ability to require basic identity verification, Roblox instead chose to allow users to create accounts without providing their name or email address—a policy that enables predators to easily create multiple anonymous accounts. Roblox also could have implemented basic screening measures before allowing users on the app, which would have ensured that known predators are not permitted on the app.

111.    Roblox also could have required children to provide their names and email addresses and obtain parental approval—a fundamental protection against predators—but refused to do so. This decision allowed the company to bypass certain protections that are mandated by federal law and designed to protect children. The Children's Online Privacy Protection Act ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal information of children under 13 without verifiable parental consent. COPPA was enacted because Congress recognized the heightened vulnerability of children on the internet. As the Federal Trade Commission ("FTC") noted, children under 13 lack the capacity to "understand fully the potential serious safety and privacy implications" of sharing their personal information.[120] More recent international regulations are stricter. For example, the European Union's General Data Protection Regulation (GDPR) requires verifiable parental consent for children under 16.[121]

112.    The FTC has outlined clear and acceptable methods for obtaining verifiable parental consent. These include: (a) providing a form for parents to sign and return; (b) requiring the use of a credit card or online payment that notifies parents of each transaction; (c) connecting parents to trained personnel via video conference; (d) offering a staffed toll-free number for parental

---

[120] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998), https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.
[121] Art. 8 GDPR; *see also* Consent to Use Data on Children, EU Agency for Fundamental Rights (https://fra.europa.eu/en/publication/2017/mapping-minimum-age-requirements-concerning-rights-child-eu/consent-use-data-children). Note that member states can lower the cutoff to 13, 14 or 15 if they choose.

verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's photo-ID by comparing it to a second photo using facial recognition technology.[122]

113.    Yet instead of implementing safeguards to comply with COPPA, Roblox chose to bypass these protections altogether. Roblox intentionally avoids requesting a name or email address during sign-up to sidestep the requirement of verifiable parental consent. In fact, former employees revealed that Roblox considered requiring verifiable consent, but ultimately resisted its implementation out of fear that such requirements might drive users away.[123] Consequently, creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful oversight—a choice that prioritizes growth over the safety of its youngest users.[124]

114.    Another easy-to-implement feature that would have improved safety is adding pop-up safety notices within chats and games to warn users about their behavior or the dangerous behavior of others. But Roblox executives also rejected this change.[125]

115.    Additionally, although Roblox knew that predators routinely operate dozens of Roblox accounts at the same time, the company chose not to implement basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[126]

116.    Similarly, Roblox chose not to require adult users to verify phone numbers—which would create significant barriers to predators creating multiple accounts—despite knowing that this enables bad actors to easily create numerous anonymous accounts to target children.[127]

---

[122] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions*, July 2020, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.
[123] Hindenburg Research, *supra* note 1.
[124] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.
[125] Carville & D'Anastosio, *supra* note 8.
[126] *Id.*

117.     Roblox also opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily mispresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[128]

118.     Roblox could easily have restricted communications between adult accounts and children's accounts, something that many other platforms have done. It could also have restricted adult accounts from sending Robux to children's accounts, a feature that sexual predators frequently use to lure children.

119.     Roblox likewise could have created a separate, gated platform for younger children that excludes adults. If supported by age verification using facial recognition (a service that is widely commercially available), the company could create a space for young children to enjoy Roblox games with very few, if any, adults present. Many digital service companies have adopted separate platforms for children of young ages, including, for example, Amazon and Netflix.

120.     Roblox could have placed a higher age rating on its application in the iOS App Store and other app stores, to signal to parents that the app presented risks for children. Roblox also could have provided clear warnings to parents about the presence of sexual predators on the platform, so that parents could make an informed decision about allowing their child on the platform and/or educate their child on how to stay safe on the platform. Roblox could also have provided clear warnings to children about the presence of sexual predators on the platform, and instructed children on how to stay safe on the platform.

---

[128] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo-predator-in-his-eight-year-old-sons-roblox-ipad-game/.

121.    Despite these glaring failures, Roblox aggressively markets and promotes itself as an "industry leader" when it comes to child safety.[129] Central to this self-serving narrative is its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems supposedly designed to scan and monitor all communications on the app and prevent the sharing of inappropriate content and personally identifiable information.[130]

122.    Yet this technology has proven grossly inadequate and insufficient to protect children. For example, Roblox's filters have inexplicable omissions. While Roblox blocks certain words, like "Snap" and "Snapchat," to supposedly prevent off-app communications, it allows workarounds such as the use of the ghost emoji (👻), which is widely recognized as a symbol for Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord" is blocked, users can bypass this filter by using the disc emoji (💿) or typing variations, like "iscord" or "cord."[131] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord" reveals that Roblox is fully aware of the dangers of off-app inappropriate communications yet chooses not to close these loopholes. And while Roblox prevents users from sharing phone numbers in numerical format, it does nothing to stop users from spelling out the numbers.[132]

123.    Similarly, while Roblox attempts to block the word "condo"—a term that, until recently, was widely used to identify sexualized experiences—countless external groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit and harmful content. External groups have capitalized on Roblox's weak moderation by guiding

---

[129] Q1 2021 Earnings Call (May 11, 2021).
[130] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://web.archive.org/web/20240714130904/https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering (archived Jul. 14, 2024).
[131] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[132] *Id.*

1    predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups

2    dedicated to exploiting Roblox's lack of robust enforcement.[133]

3        124.    Beyond Roblox's ineffective technology, the company also employs a woefully

4    inadequate number of human moderators to analyze and manage content on its platform. With only

5    about 3,000 moderators, Roblox pales in comparison to platforms like TikTok, which, despite

6    having only three times the number of users, employs more than ten times the number of

7    moderators at 40,000.[134] Roblox attempts to justify this disparity by claiming "[y]ou really can't

8    judge the quality of these moderation systems by the number of people."[135] But the reality tells a

9    different story. Roblox's moderators, many of them overseas contractors, report being

10   overwhelmed by an unmanageable volume of child safety reports, making it impossible to address

11   all concerns effectively and leaving countless safety issues unresolved.[136]

12        125.    Even the safety data that Roblox touts is flawed and only underscores the growing

13   dangers created by the company's app. For example, Roblox proudly points to its low percentage

14   of reports to the National Center for Missing and Exploited Children ("NCMEC")—the leading

15   U.S. nonprofit organization tasked with preventing child exploitation and assisting in the recovery

16   of missing children. Roblox claims that it accounts for less than .04% of reports made to

17   NCMEC.[137] But this data is entirely self-reported and therefore depends on Roblox's ineffective

18   content moderation and safety team. This self-reported data to NCMEC—flawed and limited as it

19

20

21

22   _____

23   [133] Burt Helm, Sex, Lies and Video Games: *Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn.

24   [134] Carville & D'Anastosio, *supra* note 8.

25   [135] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024),

26   https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

     [136] Carville & D'Anastosio, *supra* note 8.

27   [137] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024),

28   https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

is—also reveals a disturbing trend: Roblox's reports about suspected child sexual exploitation have surged over the years, from 675 reports in 2019 to 13,316 reports in 2023.[138]

126.    Roblox also boasts that just "0.0063% of [its] total content was flagged for violating" policies. But Roblox itself controls the systems responsible for identifying and flagging violative content.[139] These lower percentages are thus a reflection not of safety but of Roblox's ability to minimize the appearance of problems through its own inadequate reporting and enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful action, Roblox has fostered an environment where children are subjected to irreparable harm while the company continues to reap financial rewards.

127.    The very existence of Roblox's trust and safety "data" on inappropriate communications to train its AI systems contradicts its claim that "one is too many" when it comes to the sexual exploitation of children. This data exists only because countless instances of abuse, exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to train its AI systems exposes the reality that its so-called safety measures are not designed to prevent these atrocities but to react to them after the damage has been done. Instead of creating a secure environment where such harm never occurs and ensuring that such interactions never happen in the first place, Roblox uses the suffering and trauma of children as the foundation for its trust and safety systems. This cycle underscores the company's prioritization of optics over genuine protection, leaving its youngest users at the mercy of its neglect.

---

[138] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP), https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.
[139] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and Exploited Children in 2023*, GamesIndustry.biz (Jul. 23, 2024), https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-missing-and-exploited-children-in-2023.

128.    Roblox's own developers even admit that Roblox is unsafe for children.[140] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

    a.  "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower . . . . Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[141]

    b.  "No. Roblox is not safe for children. The amount of NSFW [Not Safe for Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[142]

    c.  "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[143]

    d.  "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[144]

90.    These statements, coming from individuals familiar with Roblox's operations, paint a picture of an environment rife with neglect, where harmful content flourishes, predators thrive, and Roblox repeatedly fails to act—even in the face of widespread and urgent warnings.

---

[140] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[141] *Id.*
[142] *Id.*
[143] *Id.*
[144] *Id.*

### 3. Roblox's recent safety changes are woefully inadequate and fail to address years of neglect and harm caused by its app.

91.    After years of mounting pressure, Roblox recently announced changes to its child safety features. These changes were prompted not by the years of police reports and widespread media coverage but by a scathing report published by a well-known short seller accusing the platform of being a "pedophile hellscape for kids."[145] Released on October 8, 2024, the report sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

92.    A little more than a month later, Roblox announced a series of changes, including permanently removing the ability to message others outside of games on its app for under 13-year-old users;[146] giving parents a separate dashboard where they can monitor a child's Roblox account, view the child's friend list, set spending control, and manage screen time;[147] preventing games from using chalkboard writings where people could get around the censoring of communications;[148] and implementing restrictions to stop under 13-year-old users from accessing new Roblox games that are awaiting maturity ratings.[149]

93.    These changes could all have been implemented years ago. None of them involve any new or groundbreaking technology. Roblox only moved forward when its stock was threatened.

94.    And these changes are little more than window dressing—too little, too late, and woefully inadequate. Most fundamentally, Roblox *still allows* adults to contact and message children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of games*. Predators can still message children on public chats while playing games; indeed, Roblox

---

[145] Hindenburg Research, *supra* note 1.

[146] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov. 18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users-amid-abuse-concerns-2024-11-18/.

[147] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings Over Grooming*, The Guardian, (Nov. 18, 2024), https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-their-childrens-activity.

[148] *Id.*

[149] *Id.*

has left child predators' blueprint for finding children on the application intact since predators have always found children by playing games they know that children will frequent.

95.      Roblox also failed to address core issues like the app's lack of age verification and refusal to require parental consent to make an account. The restrictions described above work only if children correctly state their age during sign-up. Any child can easily bypass them—including parental controls and limits on messaging—by lying about their birthday. Roblox likewise did not commit to hiring more moderators or increasing its trust and safety budget, nor did it implement any sort of identity check to prevent registered sex offenders from making accounts.

96.      In fact, recently, in April 2025, a research firm in the U.K. demonstrated just how easy it still is for predators to find children and move the conversation to another application, such as Snapchat or Discord, despite Roblox's ban on direct messaging with users under the age of 13.[150] Because Roblox still allows adult users to message children *in games*, predators can use the public chat functions in games to groom child users and ask for their usernames on other platforms. And, for chat within games, Roblox's default settings for children under the age of 13 is to allow "everyone" to chat with these children, seamlessly facilitating predators' access to children.[151] The key findings from this report included that "[a]dults and children can chat with no obvious supervision" and that "[t]he safety controls that exist are limited in their effectiveness and there are still significant risks for children on the platform."[152]

---

[150] Revealing Reality, *A Digital Playground: The Real Guide to Roblox* (Apr. 13, 2025), https://think.revealingreality.co.uk/roblox-real-guide.

[151] Parental Controls Overview, Roblox, https://en.help.roblox.com/hc/en-us/articles/30428310121620-Parental-Controls-Overview (last accessed May 10, 2025).

[152] Revealing Reality, *supra* note 150.



*In April 2025, a research agency demonstrated how easy it was for a 42-year-old account to find a five-year-old user on Roblox and get the child to move the conversation to Snapchat.*[153]

97.     Just as Roblox rolled out these changes, it simultaneously introduced a new "Parties" feature in an attempt to counteract any potential loss in user engagement.[154] Because Roblox knew that users often turned to other apps like Snapchat and Discord to communicate while playing video games and because Roblox knew that its safety changes would reduce key user engagement metrics, it sought to capture that traffic (and revenue) and replace any loss of engagement with the Parties feature. While the Parties feature is currently available only for users aged 13 and older, such limitations are hollow without robust age verification. And the fact that Roblox has stated that it is exploring making such a feature available to younger users demonstrates that, far from prioritizing safety, Roblox's real focus is protecting its bottom-line.[155]

98.     Roblox has also engaged in a deceptive public relations campaign using ostensibly independent online safety organizations to influence the narrative around these changes. For instance, Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI"). An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing

---

[153] *Id.*
[154] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.
[155] *Id.*

Roblox's new features as a win for child safety.[156] What the article omitted, however, is that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board chair—an obvious conflict of interest.[157] This calculated relationship exposes how Roblox manipulates public perception by using seemingly independent safety organizations as mouthpieces to shape the narrative in its favor.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.*[158]

99.    Most recently, in April 2025, Roblox repeated this same deceptive playbook of bragging about new safety features that, in reality, are glaringly deficient. This update included three new features: first, allowing parents to block children from playing specific games; second,

---

[156] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.

[157] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.

[158] LinkedIn, Stephen Balkam's Post, https://www.linkedin.com/posts/stephenbalkam_what-roblox-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited Jan. 6, 2025).

1  granting parents the power to block people on their child's friends list; and third, giving parents

2  visibility into the games that their child spends the most time in.[159]

3      100.    None of these parental controls address the underlying deficiency with Roblox that

4  facilitates grooming and predation on children—adult access to and communication with children.

5  Without allowing parents to see who their child is messaging and what the messages say, parents

6  lack the information necessary to determine which accounts to block on their child's friend list. A

7  list of the top twenty games that a child plays does not tell a parent which games children are

8  interacting with adults in. Moreover, blocking specific games is ineffective when, as discussed

9  above, inappropriate games are re-posted as soon as they are taken down. Indeed, barely a week

10  later, the U.K. research firm discussed above demonstrated just how easy it is for adults to continue

11  to find children, groom them, and then move the communications off Roblox, even after Roblox

12  announced these safety updates.[160]

13      101.    And, yet again, all of these controls could have been introduced *years ago*, as none

14  are facilitated by previously unavailable technology.

15      102.    Roblox's deceptive playbook would not be complete without a misleading public

16  relations campaign, where industry-funded safety "experts" praise Roblox's safety update. For

17  example, Roblox's press release announcing these updates quotes Larry Magid, the CEO of

18  ConnectSafely, as saying, "Roblox has consistently provided parents with tools that enable their

19  children to enjoy the platform, while helping protect them against online risks. These new friend-

20  and experience-blocking tools provide parents with even more ways to help ensure their children

21  are using it safely. Safety, fun, and adventure are not mutually exclusive."[161] What the press release

22

23

24

25

---

26  [159] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox*,
   Roblox (Apr. 2, 2025), https://corp.roblox.com/newsroom/2025/04/new-parental-controls-on-
27  roblox.
   [160] *A Digital Playground: The Real Guide to Roblox.*
28  [161] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox.*

---

did not say is that ConnectSafely—a non-profit ostensibly focused on educating people about internet safety—is funded by tech companies and lists Roblox as one of its "supporters."[162]



*ConnectSafely's list of supporters on its website.*

103.    A few weeks later, Magid was quoted again in praise of Roblox, this time in a *Newsweek* article championing Roblox as a "trusted playground" for kids: "I would put them very high up on the list of companies that seem to care. They actually have a vice president of civility. It's unheard of to have somebody at that level of the company that focuses on civility. They really work very hard to make it a friendly, comfortable, civil environment for young people."[163] Again, this article made no mention of Magid's organization's financial ties to Roblox.

104.    FOSI CEO Stephen Balkam was also quoted in the *Newsweek* piece, claiming that Roblox was "top-of-class" for its safety features and even repeating Roblox's own party line that safety is "part of [Roblox's] DNA."[164] Again, this article omitted FOSI's ties to Roblox, financial and otherwise, thereby deceptively pushing a narrative of Roblox as a "safe" application for kids.

---

[162] ConnectSafely, *Supporters*, https://connectsafely.org/about-us/supporters/ (last accessed May 10, 2025).
[163] Katherine Fung, *How Roblox Became a Trusted Playground for Millions of Kids*, Newsweek (Apr. 23, 2025), https://www.newsweek.com/how-roblox-became-trusted-playground-millions-kids-2057601.
[164] *Id.*

V.    **FACTUAL ALLEGATIONS AS TO SNAP**

A.    **Snap Offers a Social Media App Designed for Young People.**

105.    Snap's main product, Snapchat, is a social media app that allows users to send and receive photos and short videos, form groups to share content, and track other users' locations and affairs via a live map. Users can also send private messages via voice, video, or text. Snapchat is best known for the self-destructiveness of its pictorial messages—once a photo has been viewed by the recipient, it "disappears." Similarly, text messages are visible only for a limited period and disappear after a matter of hours or days. The ephemeral nature of a "Snap" is reflected in Snapchat's logo, a ghost.

106.    Snap was founded in 2011 by three college students, who specifically sought to appeal to the youth market by creating an application that deleted photos by default. The fundamental goal behind this feature was to prevent the existence of embarrassing social media posts, which could come back to haunt users when they applied to college or to jobs.[165] Snapchat caught on quickly, and was initially most popular among high-school students who used the app during class to "pass notes," which Snap saw reflected in its server data: "peaks of activity during the school day and dips on the weekends."[166]

107.    By 2015, Pew Research Center found that 41% of all teens age 13-17 used Snapchat,[167] and by 2017, a study by the Associated Press-NORC Center for Public Affairs Research found that a staggering 75% of teens used the app.[168] In 2023, the company itself reported that it reached 90% of the 13-24-year-olds in the United States.[169]

---

[165] Evan Spiegel, *Let's chat.*, Snap (May 10, 2012), https://newsroom.snap.com/lets-chat.
[166] *Id.*
[167] Amanda Lenhart, *Teens, Social Media & Technology Overview 2015*, Pew Research Center (Apr. 9, 2015), https://www.pewresearch.org/internet/2015/04/09/teens-social-media-technology-2015/.
[168] *Instagram and Snapchat Are Most Popular Social Networks for Teens*, AP-NORC Center at the University of Chicago (Dec. 27, 2017), https://apnorc.org/wp-content/uploads/2020/02/Teens_Social_Media_Topline_final.pdf.
[169] Investor Presentation, Snap (Apr. 2023), https://investor.snap.com/events-and-presentations/presentations/default.aspx.

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    51

108.    Although various regulations prevent data tracking on users under the age 13, it was and is widely known that Snapchat has a sizable child user base as well.[170] For example, in 2023, researchers at Harvard and Boston Children's Hospital estimated that Snapchat had 2.9 million users under the age of 13 in the United States.[171] Snap has deliberately targeted this population, telling advertisers that "Snapchat Works for Gen Z" and that the app "delivers on the emotions that Gen Z seeks and it does so consistently" in all areas of the application.[172]

109.    Creating a Snapchat account is extremely easy. Although Snapchat's terms of service limit usage to users ages 13 years and older, Snap does not employ any age verification measures and instead only asks users to enter their birthdate (before 2013, users were not asked to supply their date of birth). In fact, Snap executives themselves admitted, in a hearing before the U.K. Parliament in 2019, that the Snapchat interface could not prevent users from lying about their ages in creating accounts.[173] And, for every year since Snap's initial public offering, it has admitted to investors that its age-demographic data could be "incomplete or inaccurate" and thus "differ from our users' actual ages" because users self-report their dates of birth.[174] Indeed, Snap's own executives expressed misgivings about representing that Snapchat actually verifies ages, as "any child who knows how to type a fake birthday can create an account."[175]

[170] KJ Dell'Antonia, *Are Your Children Using Snapchat?*, N.Y. Times (Jul. 2, 2013), https://archive.nytimes.com/parenting.blogs.nytimes.com/2013/07/02/are-your-children-using-snapchat/ ("In theory, the app is limited to users over 13; in practice, "an overwhelming number of the 100 million photos shared every day are from teenagers and tweens[.]").
[171] Amanda Raffoul et al., *Social Media Platforms Generate Billions of Dollars in Revenue from U.S. Youth: Findings from a Simulated Revenue Model*, PLOS One (Dec. 27, 2023), https://pmc.ncbi.nlm.nih.gov/articles/PMC10752512/pdf/pone.0295337.pdf.
[172] *What Does Gen Z Want From Brands?*, Snap Inc., https://perma.cc/LCM9-69NH.
[173] Isobel Asher Hamilton, *Snapchat Admits its Age Verification Safeguards Are Effectively Useless*, Business Insider (Mar. 19, 2019), https://www.businessinsider.com/snapchat-says-its-age-verification-safeguards-are-effectively-useless-2019-3.
[174] Snapchat S-1, EDGAR, https://www.sec.gov/Archives/edgar/data/1564408/000119312517029199/d270216ds1.htm.
[175] Plaintiffs' Amended Complaint 19, *New Mexico v. Snap Inc.*, No. D-101-CV-2024-02131 (1st Jud. D.C. N.M. Oct. 10, 2024), https://nmdoj.gov/wp-content/uploads/2024-10-01-SNAP-NM-Amended-Complaint_Redacted.pdf.

110.    Until late 2022, Snapchat did not have any parental control features, meaning that parents had no control over or visibility into their children making accounts public, adding strangers as friends, or sharing their live locations on Snap Map, an interface that shows users' real time locations on a map. In 2022, Snapchat created "Family Center," which allowed parents to see their child's full list of Snapchat friends and the accounts the child had communicated with over the past seven days.[176] Parents, however, were blocked from accessing children's messages, including images they had sent or received, and had no control over whether a child shared their live location on Snap Map. Furthermore, these parental controls did not include any control over what content children saw in the "Discover" section of the app, which routinely included inappropriate articles about alcohol, pornography, and adult-only video games.[177]

**B.    Snap Lures Parents into Letting Their Kids Use Snap with Promises of Safety.**

111.    Like Roblox, Snap's success and continued growth have hinged on its constant, false assurances to parents that its app is safe for children. Snap claims that safety has always been central to its app since the company's founding in 2011, since Snapchat was designed for personal communications between friends, not broadcasting.[178] According to the company, "Snapchat is built to help people share their full range of emotions and bring them closer to those who matter most, even when they're far away."[179] Snapchat "strengthens relationships," according to Jennifer Stout, Snap's Global Vice President of Global Public Policy.[180]

---

[176] Sarah Perez, *Snapchat Officially Introduces Parental Controls Through a New 'Family Center' Feature*, TechCrunch (Aug. 8, 2022), https://techcrunch.com/2022/08/08/snapchat-officially-introduces-parental-controls-through-a-new-family-center-feature/.

[177] *Id.*; Sarah Perez, *YouTube and Snapchat Were Asked to Defend Their Apps' Age Ratings in Senate Hearing*, TechCrunch (Oct. 26, 2021), https://techcrunch.com/2021/10/26/youtube-and-snapchat-were-asked-to-defend-their-apps-age-ratings-in-senate-hearing/.

[178] Snapchat Safety Center, Snap Inc., https://values.snap.com/safety/safety-center (last accessed Apr. 5, 2025).

[179] Snap Safety Milestones, Snap Inc. (Aug. 8, 2024), https://assets.ctfassets.net/kw9k15zxztrs/2REJfs8ovicIregDy1WRCe/1f0966fd9b380db16af0b4da d44e2154/Snap_Safety_Timeline.pdf.

[180] Testimony of Jennifer Stout, Subcommittee on Consumer Protection, Product Safety, and Data Security (Oct. 26, 2021), https://www.commerce.senate.gov/services/files/0AACA9BA-49C8-4AC3-8C2E-E62ACC3F73BC.

112.    Snap promises parents that Snapchat is safe for children to use. For example, Snap's website states, "We take our responsibility to help protect teens on Snapchat extremely seriously."[181] Snap tells parents, "We prohibit any activity that involves sexual exploitation or abuse of a minor, including sharing child sexual exploitation or abuse imagery, grooming, or sexual extortion (sextortion), or the sexualization of children. We report all identified instances of child sexual exploitation to authorities, including attempts to engage in such conduct."[182] Similarly, Snap claims to "prohibit promoting, distributing, or sharing pornographic content, as well as commercial activities that relate to pornography or sexual interactions (whether online or offline)."[183] And Snap promises parents it has "zero tolerance for people who violate our rules by committing severe offenses, such as causing serious physical or emotional harm to another Snapchatter. If we discover this type of behavior, we immediately disable their accounts and apply measures to prevent them from getting back on Snapchat."[184] Snap also claims that it "escalates emergencies to law enforcement and work[s] to support their investigations."[185]

113.    Snap has repeatedly sought to portray Snapchat as "different" from other social media apps and their associated risks to children. For example, one Snap ad campaign is entitled, "Less Social Media. More Snapchat," and claims, "Our goal is to provide a healthy and safe environment for all Snapchatters – and especially the youngest members of our community. We designed our platform differently to prioritize real friendships and prevent unwanted contact and we offer extra safeguards for teen Snapchatters."[186] A website dedicated to this campaign states,

---

[181] *Tools and Resources for Parents*, Snapchat, https://parents.snapchat.com/parental-controls (last accessed Jan. 6, 2025).

[182] Community Guidelines, Snap Inc., https://values.snap.com/privacy/transparency/community-guidelines (last accessed Jan. 6, 2025).

[183] *Id.*

[184] Safeguards for Teens, Snap Inc., https://parents.snapchat.com/safeguards-for-teens?lang=en-US (last accessed Apr. 5, 2025).

[185] *Id.*

[186] *Less Social Media. More Snapchat.*, Snap Inc. (Feb. 2, 2024), https://newsroom.snap.com/less-social-media-more-snapchat.

"But Snapchat is not social media. It never was. In fact, it was built as an antidote to social media."[187]

114.    Snap's Head of Global Platform Safety, Jacqueline Beauchere, also sought to distinguish Snapchat by claiming that the app "doesn't facilitate connections with unfamiliar people like some social media platforms."[188] Jennifer Stout, Snap's Vice President of Global Public Policy, testified at a Senate subcommittee meeting that, compared to traditional social media, "Snapchat was a decidedly different platform that was private, that was safe."[189] And even CEO Evan Spiegel told employees that "while our competitors are connecting pedophiles . . . we know that Snapchat makes people happy."[190]

115.    Snap specifically assures parents that its app is built on safety. Stout also testified at the Senate subcommittee hearing that, "From the start . . . we prioritized privacy and safety." In her written statements, she added that Snap "tak[es] into account the unique sensitives and considerations of minors when we design products."[191] And Beauchere, Snap's Head of Global Platform safety, wrote in a blog post that "Snap applies privacy-by-design principles when developing new features . . . meaning safety is considered in the design phase of our features – no retro-fitting or bolting on safety machinery after the fact."[192]

116.    Snap claims that safety is built into Snapchat because accounts for under-18-year-olds are set to private by default, and other features, like Snap Map, are also off by default.[193] Stout

---

[187] Moresnapchat.com (last accessed Jan. 6, 2025).
[188] Meet Our Head of Global Platform Safety, Snap Inc., https://values.snap.com/news/meet-our-head-of-global-platform-safety (last accessed Apr. 4, 2025).
[189] Testimony of Jennifer Stout, Subcommittee on Consumer Protection, Product Safety, and Data Security.
[190] *Snapchat's Evan Spiegel Takes Shots at Facebook, Instagram in a Leaked Memo: 'Social Media is Dead'*, Benzinga (Jan. 10, 2024), https://www.benzinga.com/news/24/01/36571122/snapchats-evan-spiegel-takes-shots-at-facebook-instagram-in-a-leaked-memo-social-media-is-dead.
[191] Testimony of Jennifer Stout, Subcommittee on Consumer Protection, Product Safety, and Data Security (Oct. 26, 2021).
[192] Snap, Meet Our Head of Global Platform Safety, https://values.snap.com/news/meet-our-head-of-global-platform-safety (last visited June 24, 2025).
[193] Additional Protections for Teens on Snapchat, Snap Inc., https://values.snap.com/privacy/teens (last accessed Apr. 5, 2025).

---

also told the Senate subcommittee that because, "with respect to grooming, this is an area where we spend a tremendous amount of time and resources to try to prevent," Snap does not allow open profiles or browsable pictures.[194] In fact, regarding harassment, Stout told Senator Richard Blumenthal that "as a platform that reaches so many young people, we see this as a responsibility to get in front of this issue and do everything we can to stop it."[195]

117.    Likewise, according to Snap's Family Safety Hub, launched in 2022, Snapchat claims to offer "extra protections for teens to help keep the focus on connecting with close friends, preventing unwanted contact from strangers, and providing age-appropriate content experience."[196] These protections include supposedly preventing communication between users unless they are friends on Snapchat or an existing contact in their phone, and sending teen users regular reminders to check their privacy settings.[197]

**C.    In Reality, Snapchat Is a Digital and Real-Life Nightmare for Children.**

118.    Although Snap assures parents that it has zero tolerance for content or conduct that endangers children and that its app is built on safety, the company, in fact, has created and maintains an environment in which the sexual exploitation of children is rampant and thriving. The result has been devastating, with countless children suffering irreversible harm.

**1.    Snapchat hosts and promotes dangerous and illegal sexual content.**

119.    From the beginning, the very same ephemerality of photos that Snap claims facilitates "real connections" between people has been leveraged for sexual exploitation. In fact, one co-founder has said that the idea for the app came from a desire to facilitate sexting via disappearing photos.[198] Because Snap claims that images self-delete after opening, users are lured

---

[194] Testimony of Jennifer Stout, Subcommittee on Consumer Protection, Product Safety, and Data Security.

[195] *Id.*

[196] Safeguards for Teens, Snap Inc., https://parents.snapchat.com/safeguards-for-teens?lang=en-US (last accessed Apr. 5, 2025).

[197] Snapchat Safety Center, Snap Inc., https://values.snap.com/safety/safety-center (last accessed Apr. 5, 2025).

[198] Ingrid Lunden, *Snapchat Paid Reggie Brown $157.5M to Settle His 'Ousted Founder' Lawsuit*, TechCrunch (Feb. 2, 2017), https://techcrunch.com/2017/02/02/snapchat-reggie-brown/.

into the false belief that there will be no record of what they send. Thus, immediately after launch, Snapchat unsurprisingly gained a reputation for being a "sexting app,"[199] widely viewed to be used "primarily by insatiable teenagers for sending explicit 'sexting' messages."[200]

120.     Numerous underage users were duped by this promise and sent nude images to other users, only to discover that Snapchat's automatic deletion promise was illusory, since users could always use their phones' screenshotting capacity to save the images. In 2013, less than two years after Snapchat was launched, prosecutors in Ridgewood, New Jersey contemplated filing charges when a high school boy screenshotted and publicly uploaded nude photos that his female classmate sent, which she thought would delete after sending.[201] Similarly, that same year, Montreal police arrested 10 teen boys on child-pornography charges for passing around images of girls, ages 13-15, in sexual poses or performing sexual acts, who thought they were safe because they were using Snapchat.[202] The ephemerality of messages is dangerous not only because it gives users a false sense of security that the photos will self-delete, but also because it makes it harder for parents to know what their child is doing on the app, allowing exploitation to go undetected.

121.     The quickly apparent dangers of Snapchat were not limited to teens exploiting each other—adults too realized how easy it was to exploit underage users with Snapchat. Also in 2013, a 32-year-old high school teacher was sentenced to ten days of jail and eighteen months of probation after he sent a photo of his crotch to an underage female student, in response to her sending photos of herself in underwear.[203] The teacher had also invited her over to his apartment

---

[199] Megan Rose Dickey, *Let's Be Real: Snapchat is Totally Used for Sexting*, Business Insider (Nov. 30, 2012), https://www.businessinsider.com/snapchat-growth-sexting-2012-11.

[200] Matt Warman, *Snapchat's Evan Spiegel: 'Deleting should be the default'*, The Telegraph (Nov. 16, 2013), https://www.telegraph.co.uk/technology/social-media/10452668/Snapchats-Evan-Spiegel-Deleting-should-be-the-default.html.

[201] Jeremy Tanner & James Ford, *'Snapchat' Sexting Scandal at NJ High School Could Result in Child Porn Charges*, PIX11 (Mar. 14, 2013), https://pix11.com/news/snapchat-sexting-scandal-at-nj-high-school-could-result-in-child-porn-charges/#axzz2keMS3q1h.

[202] Kaja Whitehouse, *Snapchat Sexting Scandal Could Scare Off Investors*, New York Post (Nov. 14, 2013), https://nypost.com/2013/11/14/snapchat-sexting-scandal-could-scare-off-investors/.

[203] Steve Mayes, *Snapchat Sexting Sends Former Oregon City High School Teacher to Jail for 10 Days*, OregonLive: The Oregonian (Aug. 27, 2013), https://www.oregonlive.com/oregon-city/2013/08/snapchat_sexting_sends_former.html.

---

via Snapchat's direct messaging.[204] And a district attorney investigator in Colorado reported to CBS that Snapchat was "being used by somebody to send inappropriate pictures to a kid, or someone is asking a kid to send their inappropriate pictures."[205]

122.    These criminal prosecutions in Snapchat's early years followed a predictable pattern: predators were teachers or coaches who often already knew the child victims in real life, and they used Snapchat to inappropriately communicate with the children. For instance, in 2014, a high school teacher in Brooklyn was arrested for sending an underage student a photo of his penis, and an investigation afterwards revealed that he had exchanged inappropriate photos and text messages with many more students, as well as had sex with two students immediately after they reached the legal age of consent.[206] In 2015, a Virginia youth hockey coach was arrested for using Snapchat to contact middle-school-aged boys who played hockey, and then send them videos of child pornography.[207] That same year, a substitute teacher used Snapchat to contact underage girls, send them nude photos and videos, and then ask for nude photos and videos in exchange.[208] In 2016, a former Louisville teacher and coach was sentenced to more than 40 years in prison for producing child pornography and confessed to using Snapchat to communicate with minors.[209]

---

[204] *Id.*

[205] *Hidden Dangers in App Nicknamed the 'Sexting' App*, CBS News Colorado (May 5, 2013), https://www.cbsnews.com/colorado/news/hidden-dangers-in-smartphone-app-nicknamed-the-sexting-app/.

[206] Kim Barker & Kate Taylor, *Brooklyn Tech Teacher Was Known as Cool Friend, Until His Arrest*, N.Y. Times (Oct. 1, 2014), https://www.nytimes.com/2014/10/02/nyregion/brooklyn-teacher-accused-of-abuse-beat-a-boy-in-2005-records-show.html.

[207] Julia Carey, *Hockey Coach Tim Bodenheimer Accused of Possessing Child Porn*, 4Washington (Jan. 12, 2015), https://www.nbcwashington.com/news/local/hockey-coach-tim-bodenheimer-accused-of-possessing-child-porn/1965405/.

[208] *Sub Teacher Arrested on Sex and Child Porn Charges*, Shreveport Times (May 14, 2015), https://www.shreveporttimes.com/story/news/2015/05/14/bossier-sub-arrested-child-porn/27295373/.

[209] *Former Louisville Teacher Sentenced to 504 Months in Prison for Violating Child Exploitation Laws*, U.S. Attorney's Office, Western District of Kentucky (Jan. 6, 2016), https://www.justice.gov/usao-wdky/pr/former-louisville-teacher-sentenced-504-months-prison-violating-child-exploitation-laws.

123.    This rampant sexual exploitation of minors by adults previously known to the underage victims directly contradicts Snap's claim that it has always implemented "safety-by-design" by only facilitating communication between users who already know each other. Plainly, there is still a risk of exploitation between users who already know each other, particularly between adults and underage users. In fact, the risk of inappropriate communications between adults and children is arguably even greater when there is a preexisting relationship, as the adult can leverage their position of power over the student as a teacher or coach, to coerce the child into complying with the adult predator's demand for nude images.

124.    Predators even explicitly explain how they exploit Snapchat's ephemerality to make underage users feel more comfortable sending explicit photographs. For example, one dark web handbook describes Snapchat as ideal for sextortion because "[g]irls on Snapchat are more comfortable sending sexually explicit content since they believe that the receiver will not take a screenshot due to the risk of being discovered and blocked."[210]

---

[210] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc*.

*Dark web "guides" to using Snapchat to sexually exploit children.*[211]

125.    Not only does Snapchat facilitate the creation of child sex abuse material ("CSAM") but users also openly trade CSAM on the app. For example, countless accounts on the app have usernames indicating that the users are focused on finding minors or collecting explicit images of them. And Snapchat may recommend these accounts to add as "friends" to underage users.

---

[211] *Id.*







*Examples of accounts whose usernames demonstrate their usage of Snapchat to find minors.*[212]

126.    Other account usernames are even more explicit and openly describe that they are looking for "cp," short for child pornography, or other terms that have become proxies for selling child porn, like "pizza seller," since "cheese pizza" shares the same initials with child pornography.



*Accounts with the word "trade" in them, indicating their trade of child pornography.*[213]

---

[212] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*

[213] *Id.*

127.    There are also accounts with usernames that reflect crimes against children, including "r4pe_allkids," "rape_baby," and "dead_rapebaby."[214] Not only does Snap allow these phrases to be used as usernames, but it also allows users to search for them via Snap's algorithm.

128.    CSAM does not stay on the app. Rather, it is distributed widely on the dark web by predators. For example, the New Mexico Attorney General's office identified dark web marketplaces for CSAM where predators openly advertise and sell sexually explicit images.[215] Sexually explicit images taken from Snapchat are also widely found on Telegram, Reddit, and other applications.[216]



*An example of a Reddit forum where users openly sell and buy pornography.[217]*

129.    The inappropriate and exploitative content on Snapchat is not limited to direct messaging between users. Snapchat's "Discover" page, launched in early 2015, is also well-known for displaying inappropriate content to minor users, which normalizes explicit sexual content to children and thereby makes it easier for predators to exploit children. For example, one 14-year-old boy in California was shown sexually explicit content, including an article with the title, "23

---

[214] *Id.*
[215] *Id.*
[216] *Id.*
[217] *Id.*

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    62

Pictures That Are Too Real If You've Ever Had Sex with a Penis,"[218] and another with the title, "What It Is Really Like to Let People Finger You in Public."[219]

 

*Examples of content served to underage users in Snapchat's "Discover" page.[220]*

130.    Though Snap attempted to address the issue by implementing new rules that restricted what publishers could post on the "Discover" page, inappropriate content continues to be shown to minors.[221] For example, in 2021, Senator Mike Lee described his staff's experience creating a Snapchat account for a 15-year-old. Immediately, the Discover page, with its default settings, served an "invite to play an online sexualized video game that is marketed itself to people

---

[218] Casey Newton, *Snapchat Hit with Class-Action Lawsuit Over Sexual Content in Discover*, The Verge (Jul. 7, 2016), https://www.theverge.com/2016/7/7/12122998/snapchat-discover-lawsuit-sexual-content-minors.

[219]

[220] Class Complaint for Damages, *Doe v. Snapchat, Inc.*, No. 2:16-cv-04955 (C.D. Cal. Jul. 7, 2016), https://embed.documentcloud.org/documents/3399338-Snapchat-Complaint/?embed=1.

[221] Katie Benner, *Snapchat Discover Takes a Hard Line on Misleading and Explicit Images*, N.Y. Times (Jan. 23, 2017), https://www.nytimes.com/2017/01/23/technology/snapchat-discover-takes-a-hard-line-on-misleading-and-explicit-images.html.

1  who are 18 and up, tips on 'why you shouldn't go to bars alone;' notices for video games that are

2  rated for ages 17 and up, and articles about porn stores."[222]

3          **2.  Snapchat provides a hunting ground for child-sex predators.**

4          131.    Snap has also created a haven for predators seeking to groom, traffic, and sexually

5  abuse minors by providing predators with endless opportunities for unmitigated interactions with

6  children through direct messaging and video and voice calls.

7          132.    Snapchat is well aware of the features within its application that allow predators to

8  find and exploit children. For example, in 2018, a Baltimore college student was arrested after

9  using the "quick add" feature on Snapchat to find underage victims, whom he bribed with gift cards

10  in exchange for photos of children performing perverted practices with pillows and teddy bears.[223]

11  Notably, at this time, the "quick add" feature for finding users allowed predators to send friend

12  requests to people they did not know in real life, contradicting Snap's claim that it facilitates

13  connection only between people who know each other.

14          133.    Snapchat also facilitates sexual exploitation by allowing predators to pose as much

15  younger users, since Snap refuses to verify the ages of its users. For example, in 2022, a California

16  man was indicted for communicating with a 13-year-old girl and requesting sexually explicit

17  content.[224] Investigators then found that he had been in contact with as many as 175 victims on

18  Snapchat and misrepresented his age as 16 or 17 to the child victims. In 2023, a 43-year-old man

19  was sentenced to 25 years in prison after using Snapchat to pose as an 18-year-old boy and persuade

20  each underage victim to send him numerous sexually explicit videos depicting them

21  masturbating.[225] Senator Marsha Blackburn, in a speech on the Senate floor, also recounted the

22  _____

23  [222] Statement of Hon. Mike Lee, U.S. Senator from Utah (Oct. 26, 2021),
   https://www.congress.gov/event/117th-congress/senate-event/330808/text.

24  [223] Jeff Hager, *UMBC Student Arrested on Child Porn Charges*, WMAR2 Baltimore (Dec. 17,
   2018), https://www.wmar2news.com/news/crime-checker/baltimore-county-crime/21-year-old-
25  arrested-for-using-snapchat-to-sexually-solicit-minors.

26  [224] *Modesto Man Indicted for Sexual Exploitation of Numerous Children Using Snapchat*, US
   Attorney's Office Eastern District of California (Nov. 18, 2022), https://www.justice.gov/usao-
27  edca/pr/modesto-man-indicted-sexual-exploitation-numerous-children-using-snapchat.

28  [225] *HSI Charleston Investigation Lands Former West Virginia Elementary School Counselor 25*

_____

1  story of an adult male who posed as a teenage girl to extort nude pictures from a middle-school-

2  aged boy via Snapchat.[226] And most recently, *The New York Times* published several articles about

3  a math teacher at a New York private school who posed as a teenage boy on Snapchat to solicit

4  sexual photographs and videos from his students.[227]

5       134.    Snapchat's live video chat feature serves as a tool for exploitation. In 2020, a 58-

6  year old Massachusetts man was indicted on charges that he used Snapchat to video chat with

7  children and either asked the children to watch him masturbate or asked the children to masturbate

8  in front of him, which he sometimes recorded.[228] The next year, a 59-year-old man was sentenced

9  to over 10 years in prison for using Snapchat to solicit and receive child pornography over

10  Snapchat, including the app's video chat feature.[229] In 2023, a 42-year-old man pled guilty to child

11  pornography and enticement charges after he used Snapchat to engage in sexually explicit conduct

12  via video-chat with minor victims, some as young as nine years old, and then to screenshot images

13  and videos of them.[230]

14       135.    Another common form of sexual exploitation on Snapchat is sextortion, where the

15  predator coerces or blackmails the child into providing sexual images by threatening to expose

16

17  _____

18  *Years in Prison for Child Exploitation Crimes*, US Immigration & Customs Enforcement (Dec.
    20, 2022), https://www.ice.gov/news/releases/hsi-charleston-investigation-lands-former-west-
19  virginia-elementary-school-counselor.
    [226] Blackburn: Snapchat is a Child Predator's Dream, Blackburn.Senate.Gov (Jul. 11, 2019),
20  https://www.blackburn.senate.gov/index.php/2019/7/blackburn-snapchat-child-predators-dream.
    [227] Katherine Rosman, *An Elite School and the Criminal It Hired to Teach Math*, N.Y. Times
21  (Dec. 9, 2024), https://www.nytimes.com/2024/12/09/nyregion/saint-anns-winston-nguyen-
    crime.html.
22  [228] Steph Solis, *Massachusetts Man Indicted by Federal Authorities on Child Pornography
    Charges Involving Snapchat Account*, MassLive (Sep. 9, 2020), https://www.masslive.com/police-
23  fire/2020/09/massachusetts-man-indicted-by-federal-authorities-on-child-pornography-charges-
    involving-snapchat-account.html.
24  [229] *Attleboro Man Sentenced for Child Pornography Offenses*, US Attorney's Office District of
25  Massachusetts (Jul. 12, 2021), https://www.justice.gov/usao-ma/pr/attleboro-man-sentenced-child-
    pornography-offenses.
26  [230] *West Los Angeles Man Pleads Guilty to Federal Charges for Using Snapchat to Entice Child
    into Producing Sexually Explicit Videos*, US Attorney's Office Central District of California (Jan.
27  6, 2023), https://www.justice.gov/usao-cdca/pr/west-los-angeles-man-pleads-guilty-federal-
    charges-using-snapchat-entice-child.

1   private or sensitive material that the predator already possesses or claims to have. In 2018, a

2   Chicago man was arrested for exploiting an underage girl on Snapchat by first collecting semi-nude

3   photos of the victim, then threatening to post the images online unless she sent him additional,

4   more explicit images.[231] In 2019, a 25-year-old Virginia man was arrested for communicating

5   online via Snapchat with a 13-year-old where he threatened to kill himself if she did not send him

6   sexually explicit photographs.[232] That year, a 23-year-old Georgia man was also arrested after using

7   Snapchat to contact dozens of teenage girls across the country and persuade them to send him nude

8   photographs and videos, sometimes in exchange for money.[233] He also threatened to publicly share

9   these photos if they refused to continue to send him sexually explicit images.

10         136.    Even though Snap is fully aware of the exploitative usage of its app, it still allows

11  convicted sex offenders to make accounts. For example, just this past year, a 45-year-old man with

12  two prior sex-offender convictions was sentenced to 20 years in prison for using Snapchat to engage

13  in sexually inappropriate chats where he openly admitted to being a sex offender.[234] And while

14  Snap claims to have "zero tolerance" for users who violate its rules prohibiting CSAM materials,

15  there are countless instances of serial offenders whose exploitation of children went unchecked by

16  Snap for years. In 2024 alone, a 42-year-old Iowa man pled guilty to possession of child

17  pornography after he admitted to using Snapchat to meet minors and send child pornography on at

---

[231] *Chicago-area Man Faces Child Pornography, Extortion Charges*, U.S. Immigration & Customs Enforcement (Oct. 24, 2018), https://www.ice.gov/news/releases/chicago-area-man-faces-child-pornography-extortion-charges.
[232] *Newport News Man Charged with Production of Child Pornography*, US Attorney's Office Eastern District of Virginia (Sep. 12, 2019), https://www.justice.gov/usao-edva/pr/newport-news-man-charged-production-child-pornography-1.
[233] *Forsyth County Man Arrested for Soliciting Child Pornography from Teenage Girls on Snapchat*, US Attorney's Office Northern District of Georgia (Aug. 21, 2019), https://www.justice.gov/usao-ndga/pr/forsyth-county-man-arrested-soliciting-child-pornography-teenage-girls-snapchat.
[234] *Convicted Sex Offender Sentenced for Child Pornography*, US Attorney's Office Eastern District of Virginia (Mar. 14, 2024), https://www.justice.gov/usao-edva/pr/convicted-sex-offender-sentenced-child-pornography.

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    66

least five different occasions,[235] and a University of Florida student was arrested for soliciting sexual content from minors age 13-15 and receiving over 70 images from the minors.[236]

137.    Predators themselves even admit that Snapchat is a go-to app for them to contact children. In February 2024, a non-profit based in Helsinki, Finland, released a report, *Tech Platforms Used by Online Child Sexual Abuse Offenders*, which contained survey data from anonymous individuals searching for CSAM on the dark web. That survey revealed that 23% of individuals who admitted to using social media to contact children used Snapchat.[237] Additionally, 10% of those who admitted to searching, viewing, and sharing CSAM said that they used Snapchat for disseminating CSAM.[238] Similarly, the National Society for the Prevention of Cruelty to Children in the United Kingdom determined that Snapchat was the most widely used platform for online grooming, with more than 7,000 offenses reported in just the first three months of 2024.[239]

138.    In the United States, the National Center on Missing and Exploited Children named Snapchat the #1 app where children reported receiving unwanted sexual advances from predators in 2024.[240] The organization Parents Together also found that Snapchat was the "single most named platform where kids share sexual images of themselves," and the third most reported platform for sexually explicit requests from children.[241] According to the Human Trafficking Institute, Snapchat

---

[235] *Sioux City, Iowa, Man Pled Guilty to Possession of Child Pornography*, US Attorneys' Office Northern District of Iowa (Nov. 20, 2024), https://www.justice.gov/usao-ndia/pr/sioux-city-iowa-man-pled-guilty-possession-child-pornography.

[236] Bailey Diem, *UF Student Arrested on Charges of Child Pornography*, Alligator (Nov. 8, 2024), https://www.alligator.org/article/2024/11/uf-student-arrested-on-charges-of-child-pornography.

[237] Protect Children, *Tech Platforms Used by Online Child Sexual Abuse Offenders* (Feb. 2024), https://bd9606b6-40f8-4128-b03a-9282bdcfff0f.usrfiles.com/ugd/bd9606_0d8ae7365a8f4bfc977d8e7aeb2a1e1a.pdf.

[238] *Id.*

[239] Imran Rahman-Jones, *Snapchat Most-Used App for Grooming, Says NSPCC*, BBC (Oct. 31, 2024), https://www.bbc.com/news/articles/cze3p1j710ko.

[240] *Snapchat*, National Center on Sexual Exploitation, https://endsexualexploitation.org/snapchat/ (last accessed Apr. 5, 2025).

[241] *Afraid, Uncertain and Overwhelmed: A Survey of Parents on Online Sexual Exploitation of Children*, Parents Together (Mar. 2023), https://parentstogetheraction.org/wp-content/uploads/2023/03/PT_PDF_final-2.pdf.

was the most identified platform for the recruitment of sex trafficking victims from 2021-2023.[242]

As explained by the National Center on Sexual Exploitation's Director of Corporate and Strategic

Initiatives:

> In my conversations with law enforcement, child safety experts, lawyers, survivors, and youth, I ask them what the most dangerous app is, and without fail, Snap is in the top two. Just in the past few months, three separate child protection agencies noted Snapchat to be the top app together with Instagram for sextortion, one of the top three places children were most likely to view pornography outside of pornography sites, and the number one online site where children were most likely to have a sexual interaction, including with someone they believe to be an adult.[243]

139.    Snap has known of these dangers for years. In January 2018, a professor at John Jay

College of Criminal Justice spoke to an outlet about the exact predatory behavior described in this

complaint:

> Snapchat has become a haven for child predators to be able to both exchange child pornography with each other, and to be able to induce children to send pictures of them to the predator. And we're also seeing difficulty in law enforcement being able to investigate due to the safeguards Snapchat has in deleting both snaps and "stories" after certain amounts of time.[244]

140.    Although Snap claims to have designed its app for safety, the number of its *self-*

*reported* instances of suspected online exploitation of children, including CSAM material and

online enticement, has skyrocketed over time. In 2019, Snapchat reported a staggering 82,030

instances of suspected child exploitation.[245] In 2020, this number increased to 144,095 instances,

second only to Google and Facebook among all internet service providers.[246] In 2021, Snap's

---

[242] 2023 Federal Human Trafficking Report, Human Trafficking Institute (Jun. 2024), https://traffickinginstitute.org/wp-content/uploads/2024/06/2023-Federal-Human-Trafficking-Report-WEB-Spreads-LR.pdf.
[243] *Snap's Dangerous New AI Risks Exposing Children to Sexual Exploitation and Abuse*, National Center on Sexual Exploitation (Mar. 20, 2023), https://endsexualexploitation.org/articles/snaps-dangerous-new-ai-risks-exposing-children-to-sexual-exploitation-and-abuse/.
[244] *Snapchat 'Has Become a Haven' for Child Predators, Criminal Justice Scholar Says*, WBUR (Jan. 23, 2018), https://www.wbur.org/hereandnow/2018/01/22/snapchat-child-predators.
[245] *2019 CyberTipline Reports by Electronic Service Providers (ESP)*, National Center for Missing & Exploited Children, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf.
[246] *2020 CyberTipline Reports by Electronic Service Providers (ESP)*, National Center for Missing

1    reports *nearly* tripled to 512,522 instances.[247] And in the most recent year for which data is

2    available, Snap reported more than 700,000 instances of suspected child abuse.[248] The sheer volume

3    of suspected child abuse, which has only gone up over time, starkly contradicts Snapchat's claim

4    that it has "zero-tolerance" for such exploitation.

5        141.    Snap's knowledge of this abuse is also evident from its own internal research. Snap

6    received an astronomical 10,000 reports of sextortion a month, an amount that the company itself

7    acknowledged to be an underreported total.[249] Internal research—whose very commission

8    demonstrates that Snap was aware of the child sex abuse on its platform—showed that roughly a

9    third of girls and boys reported experiencing unwanted contact on the application, and a staggering

10   25% of Gen-Z users reported experiencing sextortion.[250]

11       **3.  Roblox and Snapchat work in tandem to facilitate child sexual exploitation.**

12       142.    Roblox and Snapchat serve as preferred apps for predators seeking to identify and

13   then sexually exploit children. As explained above, the tried-and-true playbook these predators

14   follow is to misrepresent their age on Roblox to child users, pretending to be a fellow child, befriend

15   the vulnerable young victims, and then manipulate the children to move the conversation off

16   Roblox to Snapchat, where they coerce the children into sending sexually explicit images or into

17   meeting in person so the predator can sexually abuse the minor.

18

19

20   & Exploited Children, https://www.missingkids.org/content/dam/missingkids/pdfs/2020-reports-by-esp.pdf.

21   [247] *2021 CyberTipline Reports by Electronic Service Providers (ESP)*, National Center for Missing & Exploited Children, https://www.missingkids.org/content/dam/missingkids/pdfs/2021-reports-by-esp.pdf.

22   [248] *2023 CyberTipline Reports by Electronic Service Providers (ESP)*, National Center for Missing

23   & Exploited Children, https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.

24   [249] Dara Kerr, *Snapchat Brushed Aside Warnings of Child Harm, Documents Show*, NPR (Oct. 4,

25   2024), https://www.npr.org/2024/10/04/nx-s1-5137218/snapchat-brushed-aside-warnings-of-child-harm-documents-show; *Attorney General Raúl Torrez Files Unredacted Complaint Against*

26   *Snapchat, Exposing Internal Messages that Snap Knowingly Contributed to Harm Amongst Children*, New Mexico Dep't of Justice (Oct. 2, 2024), https://nmdoj.gov/press-release/31302/.

27   [250] *Attorney General Raúl Torrez Files Unredacted Complaint Against Snapchat, Exposing Internal Messages that Snap Knowingly Contributed to Harm Amongst Children*, New Mexico

28   Dep't of Justice (Oct. 2, 2024), https://nmdoj.gov/press-release/31302/.

143.    Although Roblox claims to block off-platform communication, the company makes it shockingly easy for predators to move the conversation off platform. Roblox itself has admitted that it monitors how users move communications outside of the Roblox application: Roblox CEO Dave Baszucki told investors, "When we speak about Roblox, we are an immersive 3D, metaverse platform company. There are complementary product categories . . . one, we might call it the social communication and community platform area. We're really interested in the way these types of products work together. We see our people who play Roblox use various apps sometimes to hop from place to place and communicate outside of those apps."[251]

144.    Roblox also knows that predators use its app to find children and then move communications to Snapchat because its algorithms block the term "Snapchat." Yet predators have used countless ways to evade that limitation because Roblox's algorithms do not block other obvious references to Snapchat, including the "ghost" emoji ( 👻 ), which is widely recognized for its similarity to Snapchat's own ghost icon. There are other obvious workarounds—users can write, for example, "What's your pans (read that backwards)" or "S nap" (with a space between the "s" and the "n"), which, as highlighted above, researchers recently demonstrated allows adult users to evade Roblox's algorithms and communicate with other users as young as five-years-old.[252]



*In April 2025, a research agency demonstrated how easy it was for a 42-year-old account to find a five-year-old user on Roblox and get the child to move the conversation to Snapchat.*[253]

---

[251] Q2 2021 Earnings Call (Aug. 17, 2021).
[252] *A Digital Playground The Real Guide to Roblox*, Revealing Reality (Apr. 13, 2025), https://think.revealingreality.co.uk/roblox-real-guide.
[253] *Id.*

145.    Through numerous media reports and well publicized criminal cases, Roblox and Snap have long known that their apps jointly enable predators to systematically harm children. Additionally, the Roblox-to-Snapchat pipeline, where predators target children on gaming apps before moving the conversation to private message apps, is well-known to child safety experts and law enforcement.[254] For example, in 2023, the Alberta police explained that they had seen an increase in the number of young children lured from Roblox to Snapchat, where predators then asked the child for nude photos or to perform sexual acts.[255]

146.    This pattern has resulted in numerous criminal investigations and convictions. Over the course of 2020, a nine-year-old girl met adult men through Roblox, who then encouraged her to sign up for Snapchat to communicate with them, where they then proceeded to sexually exploit her.[256] In 2021, a blogger told the story of a girl who met an "11-year-old boy from Sweden" on Roblox, who then told her they should connect on Snapchat, where he then proceeded to send her nude photos of himself—a grown adult.[257] And in 2024, a 23-year-old Detroit man was arrested for meeting children on Roblox, then urging the children to continue the discussions on Snapchat, where he solicited and received sexually explicit photos of children, including one as young as 10-years-old.[258] A 27-year-old Kentucky man was arrested for using a combination of Roblox, TikTok, Snapchat, and Discord to meet an 11-year-old child, kidnap her from her home in New Jersey to

---

[254] Megan Kelly, *Baton Rouge Man Arrested for Allegedly Targeting Minors Through Roblox and Discord – What Experts Want Parents to Know*, Unfiltered with Kiran (Jan. 31, 2025), https://unfilteredwithkiran.com/baton-rouge-man-arrested-for-allegedly-targeting-minors-through-roblox-and-discord-what-experts-want-parents-to-know/.

[255] Sean Amato, *What is Roblox? Alberta Police Warn Parents About Predators on Online Gaming Platform*, CTV News (Apr. 24, 2023), https://www.ctvnews.ca/edmonton/article/what-is-roblox-alberta-police-warn-parents-about-predators-on-online-gaming-platform/.

[256] Brendan Pierson, *Game Company Roblox Enabled Girl's Sexual Exploitation, Lawsuit Claims*, Reuters (Oct. 5, 2022), https://www.reuters.com/legal/game-company-roblox-enabled-girls-sexual-exploitation-lawsuit-claims-2022-10-05/.

[257] SG Buckley, *Our Kids and the Creeps on Social Media*, Modern Parent (Mar. 20, 2021), https://medium.com/modern-parent/our-kids-and-the-creeps-on-social-media-f2e026db3686.

[258] Charles E. Ramirez, *Monroe Co. Man Accused of Using Roblox, Snapchat to Sexually Exploit Children*, The Detroit News (Nov. 15, 2024), https://www.detroitnews.com/story/news/local/michigan/2024/11/15/monroe-co-man-accused-of-using-roblox-snapchat-to-sexually-exploit-children/76327994007/.

---

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    71

1  his home in Delaware, where he attempted to engage in sexual acts with her.[259] And a British man,

2  who had prior convictions for online child sex offense, was sentenced to five years for using

3  Snapchat and Roblox to engage in sexual communications with children under the age of 13.[260]

4  **D.    Snap Knowingly Causes and Facilitates the Sexual Exploitation of Children.**

5  147.    Like Roblox, Snapchat is overrun with predators because the company prioritizes

6  growth, revenue, and eventual profits over child safety. For years, Snap has knowingly prioritized

7  these numbers over the safety of children through the actions it has taken and decisions it has made

8  to increase and monetize users regardless of the consequences.

9  **1.  Snap prioritizes growth over the safety of children.**

10  148.    Although Snapchat began as a social media app for young people, particularly high

11  schoolers, it has actively sought to add adult users despite the vulnerability of its youth users. With

12  higher incomes, adult users are more attractive to advertisers, which increases Snap's revenue.[261]

13  In 2016, the L.A. Times reported that, in an effort to drive more adults to the app, Snap had put

14  billboards on hotels in Las Vegas and in Times Square for New Year's Eve.[262]

15  149.    Snap's efforts to reach adult users have been extraordinarily successful. In 2014, it

16  had 50 million daily active users; by 2016, this number had already tripled to 150 million daily

17  active users.[263] Today, in North America, Snapchat has 100 million daily active users, for an

18  estimated 22% penetration rate of all smartphone users.[264] For Americans aged 13-34, Snap

19

20

21

22  [259] Kate Linderman, *Man Used Snapchat to Sexually Abuse 11-Year-Old and Coerce Her into His Home, Feds Say*, Lexington Herald Leader (Jan. 10, 2024),

23  https://www.kentucky.com/news/nation-world/national/article284072998.html.
[260] Beth Cruse, *Man Used Snapchat and Roblox for Child Offenses*, BBC (Dec. 5, 2024),

24  https://www.bbc.com/news/articles/cp8nm0d70xyo.
[261] Paresh Dave, *How Snapchat is Targeting the Over-35 Crowd*, L.A. Times (Jan. 13, 2016),

25  https://www.latimes.com/business/technology/la-fi-snapchat-over-35-20160113-story.html.
[262] *Id.*

26  [263] Snapchat S-1, SEC.GOV,

27  https://www.sec.gov/Archives/edgar/data/1564408/000119312517029199/d270216ds1.htm.
[264] Snap Inc. 2024 Investor Presentation, SNAP INC.,

28  https://s25.q4cdn.com/442043304/files/doc_financials/2024/q4/2024-Investor-Presentation.pdf.

estimates that it reaches a staggering 75% of all smartphone users.[265] And globally, Snapchat has an estimated 350 million daily active users.[266]

150.    Snap's growth enabled it to go public in 2017 at a valuation of $24 billion.[267] This valuation reached a peak of $131 billion during the height of the pandemic in September 2021. But since then, Snap's stock has struggled and is now trading at a hefty discount to its IPO valuation, worth approximately $13.6 billion dollars today. And, since going public in 2017, Snap has never earned an annual profit.[268] Without profits, Snap must convince its investors that the company will continue to grow users and thereby expand the base over which it can earn advertising revenue, reduce costs, or, alternatively, that the revenue per user will increase. The latter is why Snap has sought adult users, who are more valuable to advertisers because of their greater incomes.

151.    Snap's lack of profitability also incentivizes the company to invest little in developing safety features for its app. Indeed, Snap's own employees said as much: employees reported that their recommendations to improve child safety went unheeded by upper management, who pushed back against adding safety mechanisms to the platform.[269] One employee on Snap's trust and safety team said in February 2021 that, from 2015 to 2020, Snap's CEO Evan Spiegel was not interested in prioritizing safety issues.[270] And internal emails reveal Snapchat's true priority: the company refused to implement systems to identify grooming because it considered protecting children from predators too expensive, dismissing such safeguards as creating "disproportionate

---

[265] *Id.*

[266] *Id.*

[267] Michael J. de la Merced, *Snap Prices I.P.O at $17 a Share, Valuing Company at $24 Billion*, N.Y. Times (Mar. 1, 2017), https://www.nytimes.com/2017/03/01/business/dealbook/snap-ipo-snapchat.html.

[268] *See, e.g.*, *2024 Snap 10-K*, Snap Inc., https://s25.q4cdn.com/442043304/files/doc_financials/2024/q4/2024-Annual-Report.pdf; *2020 10-K*, Snap Inc., https://d1rn0p25nwr6d.cloudfront.net/CIK-0001564408/799dba00-c613-4d87-b858-916aff0d832a.pdf.

[269] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*

[270] Lauren Feiner, *Snap Employees Were Well Aware of the App's Child Safety Issues, Newly Unsealed Complaint Says*, The Verge (Oct. 1, 2024), https://www.theverge.com/2024/10/1/24259653/snap-new-mexico-ag-lawsuit-csam-kids-safety.

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                    73

admin costs."[271] Additionally, Snap employees stated that they wanted to add criteria for escalation of suspicious accounts, but expressed hesitation over doing so because they did not want to "overwhelm" employees.[272]

152.    Other internal emails demonstrate that Snapchat explicitly rejected that it had any responsibility for protecting children, with one employee claiming that "[i]t shouldn't be a private operator's responsibility to determine what constitutes grooming."[273] Indeed, employees recognized that Snap refused to actually investigate over 90% of reports of abuse, by design, and instead just prompted the reporting user to block the offending user.[274]

**2.    Snap facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.**

153.    Snap's pursuit of growth and profits over child safety is reflected in numerous actions it took and decisions it made relating to the design and safety of its app. Had Snap acted differently, the harm suffered by countless children would not have occurred.

154.    At the most fundamental level, Snap has refused to use age verification systems to prevent underage children from using the app and predators from misrepresenting their ages. Though Snap's official policy is to ban users under the age of 13, the lack of age verification systems has resulted in a huge population of extremely young children using the app.[275] The company itself admits in its public SEC filings that there are underage users using the app,[276] and internal emails show that Snap's own Senior Director of Public Policy lamented that "[a]ge assurance, in particular, remains a real weakness" and that a second executive noted that Snap could not "say that we actually verify."[277] Particularly because other social media and communications

---

[271] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*
[272] *Id.*
[273] *Id.*
[274] *Id.*
[275] KJ Dell'Antonia, *Are Your Children Using Snapchat?*, N.Y. Times (Jul. 2, 2013), https://archive.nytimes.com/parenting.blogs.nytimes.com/2013/07/02/are-your-children-using-snapchat/.
[276] Snap Inc. Annual Report (Form 10-K) (Feb. 7, 2024).
[277] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*

apps ban users under the age of 13 and have implemented various age-verification measures, predators know that they can communicate freely with young children on Snapchat. Requiring age verification would have prevented the exploitation of the youngest victims. Age and identify verification would also have prevented predators from misrepresenting their age on the platform, a preferred approach of abusers in targeting children and convincing them to share sexually explicit images.

155.    Snap likewise could have created a separate, gated platform for younger children that excludes adults. If supported by age verification using facial recognition (a service that is widely commercially available), the company could create a space for young children to enjoy Snapchat with very few, if any, adults present. Many digital service companies have adopted separate platforms for children of young ages, including (for example) Amazon and Netflix.

156.    Snap also could have placed a higher age rating on its application in the iOS App Store and other app stores to signal to parents that the app presented risks for children. Snap likewise could have provided clear warnings to parents about the presence of sexual predators on the platform, so that parents could make an informed decision about allowing their child on the app and/or educate their child on how to stay safe on the app. Snap could also have provided clear warnings to children about the presence of sexual predators on the app, and instructed children on how to stay safe on the app.

157.    Snap also could have easily prevented child exploitation by blocking direct messaging for underage accounts. For example, although TikTok is no model for child safety, it does not allow direct messaging for users under the age of 16, and for teenagers aged 16-17, the direct messaging setting is set to "no one" by default.[278] TikTok also does not allow anyone to send off-platform videos, images, or links.[279] In written testimony to Congress, TikTok said it made

---

[278] Prepared Statement of Michael Beckerman, Vice President and Head of Public Policy, Americas, TikTok (Oct. 26, 2021), https://www.congress.gov/event/117th-congress/senate-event/330808/text.

[279] *Id.*

1  these choices to restrict underage users' activity on the app because studies have shown that
2  exploitative material is spread through private messaging.[280]

3      158.   As explained above, Snap also made underage accounts easily discoverable by
4  predators via the "Quick Add" function, which suggests users to add as friends. This feature was
5  not ring-fenced to prevent adults from adding minors, something Snap's own employees
6  recognized.[281] While Snap announced in January 2022 that accounts of 13-17 years-old would no
7  longer appear within "Quick Add" unless accounts had a certain number of friends in common, this
8  change can be easily evaded by predators who are already in contact with children. And internal
9  Snap emails revealed that the company was aware that minors could be added to group chat without
10 being friends with the other people in the chats.[282]

11     159.   Other Snapchat features that facilitate child sex abuse include the Snap Map, which
12 tracks users' live locations. Access to live locations allows predators to identify children's home
13 addresses, which is information that the predator can use to coerce children into sending explicit
14 images, or even to locate children to kidnap and sex-traffic them.

15     160.   Snapchat's account search tool also fails to block searches for accounts with terms
16 like "nude" or "underage" in them, thereby facilitating predators' search of minor users. And the
17 "My Eyes Only" feature which keeps snaps "extra private" means that problematic photos are kept
18 hidden from parents and enables predators to retail illicit content away from Snap.[283]

19     161.   Snapchat also did not have any parental control settings until late 2022—more than
20 10 years after the app was launched and well after other social media platforms adopted parental
21 controls. So, for more than a decade, parents had no ability to limit or monitor their child's Snapchat
22 usage. When Snap did introduce parental controls, its own employees described them as
23 "meaningless" safeguards that deliberately filtered what parents could see about their children's

24
25
26  [280] *Id.*
27  [281] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*
    [282] *Id.*
28  [283] *How does My Eyes Only work?*, SNAP INC., https://bit.ly/4cJjrqS.

communications.[284] The National Center on Sexual Exploitation described Snapchat's new "Family Center" as "grossly inadequate—and arguably even dangerous as they give parents and the public a false sense of safety, security, care, and concern for Snap's young users."[285] Family Center is grossly inadequate because it is extremely burdensome for parents to monitor their children's Snapchat accounts. Minors themselves must approve the parent's request to monitor the account. And all Family Center does is give visibility into the accounts that the child is interacting with, but a list of usernames is meaningless if the parents are not allowed to also access messages between children and their Snapchat "friends." Additionally, Family Center does not give parents the ability to set privacy controls for their children.

162.    For example, Snap made false claims about its safety features, such as misrepresenting that teens had to "mutually accept each other" to begin communicating, while knowingly allowing inappropriate message requests.[286] Similarly, Snap claimed to only show content on the "Discover" feed that was vetted by media publishers, but then showed underage accounts sexually explicit material.[287]



---

[284] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*

[285] *Evidence of Exploitation on Snapchat*, National Center on Sexual Exploitation (Jul. 2023), https://endsexualexploitation.org/wp-content/uploads/Snapchat-Proof-Compilation_July-2023_DDL-2023.pdf.

[286] *Id.*

[287] *Id.*

*Snap Shows Child:*

*The user below is clearly an adult male and his username is common slang for an older man who provides younger women with weed in exchange for sex. His Story, which contained multiple extremely graphic videos of intercourse, appeared in teen's "Story area," but not in sender's public Stories profile (so parents would not be able to see the Story if they checked the adult account holder's public profile).*



*Snap Tells Parents:*



**Discover:** To the right of the Camera is our content platform, which only features content from ==vetted== media publishers and content creators. Across our app, we don't offer an open newsfeed, where anyone can broadcast un==vetted== content—and don't allow an opportunity for unmoderated content to 'go viral.'



**Spotlight:** To the right of Discover is Spotlight, our entertainment platform, which is proactively moderated using human review before a piece of content can reach more than 25 views.

*The National Center on Sexual Exploitation has collected examples of the inaccuracies of Snapchat's representations to parents.*[288]

163.    The Family Center settings are also inadequate because parents cannot see messages sent to the child, but rather only have access to messages that children send to others. Thus, parents are unable to identify potential predators until after a child has already communicated with them.

164.    Snap also chose not to implement technology that would have detected and limited CSAM on the app. In 2020, Parents Together, a nonprofit organization, delivered a petition to Snap,

---

[288] *Id.*

calling on the company to use PhotoDNA to proactively look for and report CSAM.[289] But Snap consciously decided not to store child sex abuse images so that it could avoid having to report incidents to law enforcement. In fact, CEO Spiegel revealed a shocking glibness to this possibility, shooting down the possibility of storing the offending material: "Yeah, except we don't want to be responsible for storing that stuff. Better if they screenshot and email ghostbusters to report."[290] While Snap did eventually implement PhotoDNA, it did not sync its database of CSAM images with known illegal content for *two years*; upon discovering this oversight, employees were directed to delete any record of matching content.[291]

165.     Moreover, Snapchat has implemented no technology to identify *new CSAM material*, which is especially problematic given the proliferation of predators who solicit new explicit photographs from children. In fact, Snap's Global Head of Public Policy, in written testimony to Senator Blumenthal's questions on preventing child sexual exploitation, admitted as much, explaining that Snap was still exploring "technologies to detect novel child sexual abuse imagery on Snapchat."

166.     Snap's failure to implement even the most basic child safety features is even more egregious because it actively profits from the vulnerable child demographic, with Pew Research Center estimating that 60% of teens aged 13-17 used the app.[292]

## VI.     PLAINTIFF-SPECIFIC ALLEGATIONS

166.     Plaintiff is a 15-year-old girl who was an avid Roblox and Snapchat user until she was sexually exploited by a prolific predator through Defendants' dangerous apps, which enabled and facilitated this man's crimes. As a direct result of Defendants' reckless disregard for child safety, Plaintiff has suffered devastating psychological trauma. Her life will never be the same.

---

[289] *Snapchat: Prevent Pedophiles from Sharing Abuse Videos*, Parents Together, https://parents-together.org/snapchat-petition/.
[290] Plaintiffs' Amended Complaint, *New Mexico v. Snap Inc.*
[291] *Id.*
[292] *Teens and Social Media Fact Sheet*, Pew Research Center (Jan. 5, 2024), https://www.pewresearch.org/internet/fact-sheet/teens-and-social-media-fact-sheet/.

167.     Plaintiff began using Roblox in 2020 when she was 10 years old. Plaintiff's mother believed that the app was safe for children. She had numerous friends whose children were using Roblox, and she went on the company's website, where she saw innocent-looking colorful avatars playing games for children, which she relied on in determining the app was a kid-friendly environment with adequate controls to keep younger kids safe. Unbeknownst to Plaintiff's mother at the time, this was nothing more than a false façade of safety.

168.     Plaintiff's mother then reviewed materials on Roblox's website dedicated to assuring parents of the supposed safety of the app for children. As discussed above, Roblox spent considerable time and money publicly touting the safety and security of Roblox. This created the public perception that Roblox had created a safe environment for kids.

169.     In 2020, Roblox's "For Parents" page on its website contained numerous representations about the purported safety of its app for children, including the following:

    a.  "We continually develop cutting-edge to ensure that the Roblox platform remains a safe and fun space for players all over the world"[293];

    b.  "Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform";[294] and

    c.  "We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create, and play online."[295]

170.     The "Roblox FAQ" page on Roblox's website also contained numerous representations about the purported safety of its app for children, including the following:

    a.  "We are committed to ensuring that Roblox is a safe and fun space for everyone"[296];

---

[293] Roblox, *For Parents*, https://web.archive.org/web/20200330234014/https://corp.roblox.com/parents/ (archived March 30, 2020).
[294] *Id.*
[295] *Id.*
[296] Roblox, *Roblox FAQ*, https://web.archive.org/web/20200406215923/https://corp.roblox.com/faq/ (archived April 6, 2020).

b. "For users age 12 and under, we take extra precautions to ensure their safety and privacy by automatically enforcing more restricted settings so they can only send a direct message to other users that are accepted as friends on Roblox"[297];

c. "Roblox's state-of-the-art filtering system is actively monitored and dynamically adjusted to create a safe chat experience everywhere on the site and in-game"[298]; and

d. "While users of all ages are on this filtering system, we go a step further for users age 12 and under by placing them on a more restricted chat system to protect their privacy and safety."[299]

171.    These assurances were false, misleading, and dangerously inadequate. By this time, Roblox had long been aware—from countless police reports and incidents reported in the media—that its app was widely used by predators to target, groom, and sexually exploit children. Yet rather than warn parents or take other measures to protect children from harm, Roblox continued with its deceptive campaign to portray the app as safe for children and to conceal information that it knew about the pervasive predatory conduct that its app enabled and facilitated.

172.    As a result, Plaintiff's mother was misled into believing that Roblox was a safe app for Plaintiff to use and therefore allowed Plaintiff to use Roblox.

173.    In 2020, soon after Plaintiff began using Roblox, she was identified and targeted in a Roblox game by a man who presented himself as a peer, falsely claiming to be a child of her age. Plaintiff's Roblox profile displayed that she was a 10-year-old female. Unbeknownst to Plaintiff at the time, this man was a serial child predator.

174.    The predator employed well-documented grooming tactics to lure Plaintiff into his grasp on Roblox, building trust with Plaintiff under the false pretense that he was a peer.

---

[297] *Id.*
[298] *Id.*
[299] *Id.*

175.     Leveraging the trust cultivated on Roblox, the predator manipulated Plaintiff into adding him on Snapchat. As discussed above, this cross-platform connection is a documented exploitation pathway that both Roblox and Snap profit from and refuse to disrupt.

176.     Using Snapchat, the predator escalated to more serious exploitation. He manipulated Plaintiff into sending explicit images and videos in exchange for Robux, including videos of herself doing cartwheels without a shirt, exposing her bare chest. The predator also coerced Plaintiff into sharing explicit images of herself by threatening suicide if she did not comply with his demands.

177.     In May 2020, the FBI arrived at Plaintiff's home and informed her mother that Plaintiff was being sexually exploited through Roblox and Snapchat. The FBI revealed that Plaintiff was one of numerous children targeted by this criminal predator.

178.     The predator was subsequently convicted and sentenced to 25 years in prison. Federal authorities required Plaintiff to provide a videotaped statement and testify against her abuser during criminal proceedings.

179.     Plaintiff has suffered profound harm from the sexual exploitation she experienced on Defendants' apps. Plaintiff suffers from depression, severe body image and self-esteem issues, and has engaged in self-harming behaviors to cope with ongoing emotional pain. She has been in continuous therapy for five years and required immediate support from the Women's Resource Center to cope with the trauma. She was also hospitalized recently for self-harming behaviors and suicidal ideation.

180.     Defendants are directly responsible for the immense harm that Plaintiff has suffered. Had Plaintiff's mother known the truth about Roblox, she never would have permitted Plaintiff to use the app. Had Defendants implemented even the most basic system of screening or age and identity verification, as well as other basic safety measures, Plaintiff never would have interacted with this predator and never would have suffered the harm that she did. Plaintiff's life has been devastated as a direct result of Defendants' conduct.

# VII.    CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## FRAUDULENT CONCEALMENT AND MISREPRESENTATIONS

### (By Plaintiff Against Defendant Roblox)

180.    Plaintiff incorporates each and every factual allegation set forth above.

181.    This claim is brought against Defendant Roblox.

182.    As set forth in more detail above, Defendant knew about the defective conditions of its app and that the app posed serious safety risks to child users.

183.    Defendant was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users. Instead of disclosing the truth, Defendant engaged in a widespread public campaign to tout the safety of its app in the media, and in the materials provided to potential users of the app, as described above.

184.    Defendant made numerous false representations about the safety of its app, as described above, which were specific and widespread. Plaintiff's mother and the public at large relied on Defendant's false representations in deciding to allow children to play on the app.

185.    Defendant was under a duty to tell the public, users, and their parents the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users because Defendant possessed superior knowledge about the dangers of its app through internal reviews, external studies known to Defendant, and parent and police reports made to Defendant.

186.    Defendant breached its duty to the public, users, and their parents by concealing and failing to disclose the serious safety risks presented by its app. Even though Defendant knew of those risks based on its internal reviews, external studies known to Defendant, and parent and police reports made to Defendant, Defendant intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use its app. Such risks were known only to Defendant, and the public, users, and their parents, including Plaintiff's mother, could not have discovered such serious safety risks.

187.    The public, users, and their parents, including Plaintiff's mother, did not know of the serious safety risks posed by the design of Defendant's app, which were known by Defendant.

188.    By intentionally concealing and failing to disclose defects inherent in the design of its app, Defendant knowingly and recklessly misled the public, users, and their parents, including Plaintiff's mother, into believing that its app was safe for children to use.

189.    Defendant knew that its concealment, omissions, and misrepresentations were material. A reasonable person, including Plaintiff's mother, would find information about the risk of grooming, sexual abuse, sexual exploitation, and other serious risks associated with the use of Defendant's app, to be important when deciding whether to allow children to use it.

190.    Defendant intended to deceive the public, users, and their parents, including Plaintiff's mother, by making misrepresentations and concealing the defects in the design of its app, which made the app unsafe.

191.    As a direct and proximate result of Defendant's concealment of material information and misrepresentations, Plaintiff's mother was not aware and could not have been aware of the facts that Defendant concealed, and therefore justifiably and reasonably believed that Defendant's app was safe for children to use.

192.    If the serious safety risks presented by the design of Defendant's app had been disclosed, the public, users, and their parents, including Plaintiff's mother, reasonably would have acted differently and/or would have not permitted children to use the app.

193.    As a direct and proximate result of Defendant's concealment of material information and misrepresentations, Plaintiff sustained serious injuries and harm.

194.    Defendant's concealment of material information and misrepresentations were a substantial factor in causing harm to Plaintiff.

195.    Defendant's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish Defendant and deter others from like conduct.

196.   Plaintiff demands judgment against Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## SECOND CAUSE OF ACTION

## NEGLIGENT MISREPRESENTATION

### (By Plaintiff Against Defendant Roblox)

184.   Plaintiff incorporates each and every factual allegation set forth above.

185.   This claim is brought against Defendant Roblox.

186.   As set forth in more detail above, Defendant knew about the defective conditions of its app and that the app posed serious safety risks to child users. Instead of disclosing the truth, Defendant engaged in a widespread public campaign to tout the safety of its platform in the media, and in the materials provided to potential users of the app, as described above.

187.   Defendant made numerous false representations about the safety of its app, as described above, which were specific and widespread. Plaintiff's mother and the public at large relied on Defendant's false representations in deciding to allow children to play on the app.

188.   By making numerous material representations downplaying any potential harm associated with its app and reassuring the public, users, and their parents, including Plaintiff's mother, that its app was safe, Defendant negligently misled the public, users, and their parents, including Plaintiff's mother, into believing its app was safe for children to use.

189.   Defendant had no reasonable grounds for believing that its misrepresentations that its app was safe for children to use were true.

190.   As a direct and proximate result of Defendant's material omissions, misrepresentations, and concealment of material information, Plaintiff's mother was not aware and could not have been aware of the facts that Defendant misstated, and therefore justifiably and reasonably believed that Defendant's app was safe for use.

191.   As a direct and proximate result of Defendant's material omissions and misrepresentations, Plaintiff sustained serious injuries and harm.

192.    Plaintiff's mother's reliance on Defendant's misrepresentations about the safety of its app were substantial factors in causing harm to Plaintiff.

193.    Defendant's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish them and deter others from like conduct.

194.    Plaintiff demands judgment against Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### **THIRD CAUSE OF ACTION**

### **NEGLIGENCE – GENERAL**

### **(By Plaintiff Against Each Defendant)**

195.    Plaintiff incorporates each and every factual allegation set forth above.

196.    This claim is brought against Defendants Roblox and Snap.

197.    At all relevant times, each Defendant developed, set up, managed, maintained, operated, marketed, advertised, promoted, supervised, controlled, and benefited from its respective app used by Plaintiff.

198.    Each Defendant owed Plaintiff a duty to exercise reasonable care in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its app and not to create an unreasonable risk of harm from and in the use of its app (including an unreasonable risk of grooming, sexual abuse, and sexual exploitation, and other associated physical or mental injuries); to protect Plaintiff from unreasonable risk of injury from and in the use of its app; and not to invite, encourage, or facilitate youth, such as Plaintiff, to foreseeably engage in dangerous or risky behavior through, on, or as a reasonably foreseeable result of using its app. These duties govern Defendants' own specific actions and are based on direct actions Defendants took in developing their apps and features.

199.    In addition, each Defendant owed a special relationship duty to Plaintiff to protect her against harm caused by its app and employees or by other users. This special relationship duty is based on the following:

    a.   As businesses, Defendants owe a duty to protect customers against reasonably foreseeable criminal acts of third parties and other dangers known to Defendants on their apps;

    b.   Plaintiff, as a minor, was vulnerable and dependent on Defendants for a safe environment on their apps, and Defendants have superior ability and control to provide that safety with respect to activities that they sponsor or control;

    c.   Plaintiff relied upon Defendants for protection against third-party misuse or misconduct;

    d.   The special relationship Plaintiff had with Defendants substantially benefits Defendants through profits and growth in users and user activity. Defendants could not successfully operate without the growth in users and user activity generated by children;

    e.   Defendants were far more to Plaintiff than a business. Defendants provided Plaintiff with opportunities for social interaction and a discrete community of other users. Plaintiff was dependent on Defendants to provide structure, guidance, and a safe environment;

    f.   Defendants have superior control over their app environments and the ability to protect their users. Defendants impose a variety of rules and restrictions to supposedly maintain a safe and orderly environment. Defendants employ internal staff to enforce these rules and restrictions and can monitor and discipline users when necessary. Defendants have the power to influence Plaintiff's values, consciousness, relationships, and behaviors; and

    g.   Defendants have voluntarily undertaken a responsibility to keep children safe on their apps. As alleged above, Defendants have publicly stated that they take

steps to keep children safe on their apps and therefore have undertaken a duty to act reasonably in taking such steps.

200. Plaintiff was a foreseeable user of each Defendant's app.

201. Each Defendant knew that minors such as Plaintiff would use its app.

202. Each Defendant invited, solicited, encouraged, or reasonably should have foreseen the fact, extent, and manner of Plaintiff's use of its app.

203. Each Defendant knew or, by the exercise of reasonable care, should have known, that the reasonably foreseeable use of its respective app (as developed, set up, managed, maintained, supervised, and operated by that Defendant) was dangerous, harmful, and injurious when used by youth such as Plaintiff in a reasonably foreseeable manner.

204. At all relevant times, each Defendant knew or, by the exercise of reasonable care, should have known that its respective app (as developed, set up, managed, maintained, supervised, and operated by that Defendant) posed unreasonable risks of harm to youth such as Plaintiff, which risks were known and knowable, including in light of the internal data and knowledge each Defendant had regarding its app.

205. Each Defendant knew, or by the exercise of reasonable care, should have known, that ordinary child users of its respective app, such as Plaintiff, would not have realized the potential risks and dangers of using the app, including a risk of grooming, sexual abuse, and sexual exploitation, which foreseeably can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects.

206. Each Defendant's conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

207.    Each Defendant could have avoided Plaintiff's injuries with minimal cost, including, for example, by not including certain features in its respective app which harmed Plaintiff.

208.    Imposing a duty on Defendants would benefit the community at large.

209.    Imposing a duty on Defendants would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to Plaintiff.

210.    Each Defendant owed a heightened duty of care to youth users of its app because children's brains are not fully developed, meaning young people are more neurologically vulnerable than adults to abusive contact facilitated by Defendants' apps because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

211.    Each Defendant breached its duties of care owed to Plaintiff through its affirmative malfeasance, actions, business decisions, and policies in the development, set up, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on Defendants' own actions in managing their own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

    a.   Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of grooming, sexual abuse, and sexual exploitation to youth, including Plaintiff;

    b.   Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of harm to the physical and mental health and well-being of youth users, including Plaintiff, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm,

post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects;

c. Maintaining unreasonably dangerous features in their apps after notice that such features, as structured and operated, posed a foreseeable risk of harm to the physical and mental health and well-being of youth users;

d. Facilitating unsupervised and/or hidden use of their respective apps by youth, including by adopting protocols that allow youth users to change their own safety settings or parental controls, and create multiple and private accounts;

e. Inviting children on their apps and marketing to children when Defendants knew that their apps, as designed, were not safe for children.

212. Each Defendant breached its duties of care owed to Plaintiff through its nonfeasance, failure to act, and omissions in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on Defendants' own actions in managing their own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

a. Failing to implement effective parental controls;

b. Failing to screen users before allowing them on the app;

c. Failing to implement effective parental notifications, such as when a child messages another user, particularly an adult user, or when a child interacts with accounts that have been blocked by other users or suspended in the past;

d. Failing to require adult users to provide a phone number when signing up for an account;

e. Failing to implement pop-up safety notices within chats and games to warn users about inappropriate behavior;

f. Failing to ban IP and MAC addresses of accounts associated with known abusers;

g. Failing to set default safety settings to the most protective options;

h.  Having an open chat function;

i.  Failing to provide a transcript of a child's communications to the parent;

j.  Failing to implement reasonably available means to monitor for, report, and prevent the use of their apps by sexual predators to victimize, abuse, and exploit youth users;

k.  Failing to provide effective mechanisms for youth users and their parents/guardians to report abuse or misuse of their apps;

l.  Failing to implement effective protocols to verify ages and identity of all users;

m.  Failing to place reasonable age restrictions on their apps;

n.  Failing to separate adults from children on the apps by, for example, creating separate apps for children;

o.  Failing to adequately fund their trust and safety programs; and

p.  Others as set forth herein.

213.    A reasonable company under the same or similar circumstances as Defendants would have developed, set up, managed, maintained, supervised, and operated its app in a manner that is safer for and more protective of youth users like Plaintiff.

214.    At all relevant times, Plaintiff used each Defendant's app in the manner in which it was intended to be used.

215.    As a direct and proximate result of each Defendant's breach of one or more of its duties, Plaintiff was harmed. Such harms include the sexual exploitation of Plaintiff by a child predator and a cascade of resulting negative effects, including but not limited to damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues such as depression, anxiety, and other harmful effects.

216.    Each Defendant's breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

217.    Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Plaintiff was injured by using both of Defendants' apps means that

1  Defendants are each jointly and severally responsible for the injuries caused by any one of
2  Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged
3  injuries and apportion responsibility for the alleged injuries.

4       218.    The nature of the fraudulent and unlawful acts that created safety concerns for
5  Plaintiff are not the type of risks that are immediately apparent from using Defendants' apps.

6       219.    Each Defendant's conduct, as described above, was intentional, fraudulent, willful,
7  wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an
8  entire want of care and a conscious and depraved indifference to the consequences of their conduct,
9  including to the health, safety, and welfare of their customers, and warrants an award of punitive
10  damages in an amount sufficient to punish the Defendants and deter others from like conduct.

11       220.    Plaintiff demands judgment against each Defendant for compensatory and punitive
12  damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court
13  deems proper.

14                          **FOURTH CAUSE OF ACTION**

15                   **NEGLIGENCE – FAILURE TO WARN**

16                   **(By Plaintiff Against Each Defendant)**

17       221.    Plaintiff incorporates each and every factual allegation set forth above.

18       222.    This claim is brought against Defendants Roblox and Snap.

19       223.    At all relevant times, each Defendant designed, developed, managed, operated,
20  tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed,
21  and benefited from its app used by Plaintiff.

22       224.    Plaintiff was a foreseeable user of each Defendant's app.

23       225.    Each Defendant knew, or by the exercise of reasonable care, should have known,
24  that use of its app was dangerous, harmful, and injurious when used in a reasonably foreseeable
25  manner by minors.

26       226.    Each Defendant knew, or by the exercise of reasonable care, should have known,
27  that ordinary minor users, such as Plaintiff, would not have realized the potential risks and dangers
28  of its app, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a

cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

227.    Had Plaintiff received proper or adequate warnings about the risks of each Defendant's app, Plaintiff would have heeded such warnings.

228.    Each Defendant knew or, by the exercise of reasonable care, should have known that its app posed risks of harm to youth. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their apps at the time of development, design, marketing, promotion, advertising, and distribution to Plaintiff.

229.    Because Defendants' conduct created the risk that child users of their apps would be subject to grooming, sexual abuse, and sexual exploitation, Defendants each owed a duty to all reasonably foreseeable users, including but not limited to minor users and their parents, to provide adequate warnings about the risk of using Defendants' apps that were known to Defendants, or that Defendants should have known through the exercise of reasonable care.

230.    In addition, as described above, each Defendant owed a special relationship duty to Plaintiff to protect her against harm caused by its app and employees or by other users.

231.    Each Defendant owed a heightened duty of care to minor users and their parents to warn about its app's risks because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by Defendants' apps because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

232.    Each Defendant breached its duty by failing to use reasonable care in providing adequate warnings to Plaintiff, such as failing to notify parents and the general public of the following, among others:

a.  Defendants fail to require that children have parental approval before signing up for an account;

b.  Defendants fail to screen users before allowing them on their apps;

c.  New users of Defendants' apps can identify themselves as minors, begin to use the app, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that Defendants can warn the users' parents or guardians;

d.  Defendants' apps' default safety settings allow adults and other strangers' accounts to find, "friend," and communicate with children's accounts;

e.  Defendants' parental control settings allowed children to modify their own parental control settings;

f.  Defendants' platforms recommend that adult users and other strangers "friend" and contact child accounts;

g.  Defendants fail to block the IP and MAC addresses of known abusers;

h.  Adult predators use Defendants' apps to target children for sexual exploitation, sextortion, and CSAM;

i.  Defendants' apps enable and increase risk of exposure to predators and can result in grooming, sexual abuse, and sexual exploitation, as well as their resultant physical and mental injuries;

j.  Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

k.  Usage of Defendants' apps can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

l.  Usage of Defendants' apps can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

m.  The likelihood and severity of harm is greater for children;

n.  The likelihood and intensity of these harmful effects is exacerbated by the interaction of each app's features with one another;

o.  Defendants fail to verify ages, allowing adult predators to pose as children on Defendants' apps;

p.  Defendants' failure to verify ages allows children to bypass parental controls, safety features, and default settings; and

q.  Others as set forth herein.

233.  A reasonable company under the same or similar circumstances as Defendants would have used reasonable care to provide adequate warnings to consumers, including the parents of minor users, as described herein.

234.  At all relevant times, each Defendant could have provided adequate warnings to prevent the harms and injuries described herein.

235.  As a direct and proximate result of each Defendant's breach of its duty to provide adequate warnings, Plaintiff was harmed and sustained the injuries set forth herein. Each Defendant's failure to provide adequate and sufficient warnings was a substantial factor in causing the harms to Plaintiff.

236.  As a direct and proximate result of each Defendant's failure to warn, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

237.  Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

238.  The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using Defendants' apps.

239.  The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and

displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

240.    Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### FIFTH CAUSE OF ACTION

### NEGLIGENCE – UNREASONABLE DESIGN

### (By Plaintiff Against Each Defendant)

241.    Plaintiff incorporates each and every factual allegation set forth above.

242.    This claim is brought against Defendants Roblox and Snap.

243.    At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its respective app used by Plaintiff.

244.    Each Defendant knew or, by the exercise of reasonable care, should have known, that its app was dangerous, harmful, and injurious when used by youth in a reasonably foreseeable manner.

245.    Each Defendant knew or, by the exercise of reasonable care, should have known that its respective app posed risks of harm to youth. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their apps at the time of the apps' development, design, marketing, promotion, advertising, and distribution to Plaintiff.

246.    Each Defendant knew, or by the exercise of reasonable care, should have known, that ordinary minor consumers such as Plaintiff would not have realized the potential risks and dangers of its app. Those risks include grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound

1    mental health issues for young consumers, including but not limited to depression, anxiety, suicidal

2    ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

3        247.    Each Defendant owed a duty to all reasonably foreseeable users to design a safe app.

4        248.    Each Defendant owed a heightened duty of care to minor users of its app because

5    children's brains are not fully developed, resulting in a diminished capacity to make responsible

6    decisions regarding contact with strangers online. Children are also more neurologically vulnerable

7    than adults to abusive contact facilitated by Defendants' apps because they have a hard time

8    distinguishing between patterns of genuine friendship and grooming relationships.

9        249.    Plaintiff was a foreseeable user of each Defendant's app.

10       250.    Each Defendant knew that minors such as Plaintiff would use its app.

11       251.    Each Defendant breached its respective duty in designing its app.

12       252.    Each Defendant breached its respective duty by failing to use reasonable care in the

13    design of its app by negligently designing the app with features that specifically allow predators to

14    find, groom, exploit, and abuse children, as described herein.

15       253.    Each Defendant breached its respective duty by designing an app that was less safe

16    to use than an ordinary consumer would expect when used in an intended and reasonably

17    foreseeable manner.

18       254.    Each Defendant breached its respective duty by failing to use reasonable care in the

19    design of its app by negligently designing its app with features as described above that created or

20    increased the risk of grooming, sexual abuse, and sexual exploitation for children, which can lead

21    to a cascade of negative effects, including but not limited to physical injury, damage to self-worth,

22    stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility

23    to future sexual exploitation, attachment issues, identity confusion, and profound mental health

24    issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-

25    harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

26       255.    Each Defendant breached its respective duty by failing to use reasonable care to use

27    cost-effective, reasonably feasible alternative designs, including changes to the harmful features,

28    and other safety measures, to minimize the harms described herein, including but not limited to:

a.  Requiring children have parental approval and a parent's email address to sign-up for an account;

b.  Effective parental controls;

c.  Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

d.  Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with the parent's explicit permission to message the adult user;

e.  Requiring adults to provide a phone number when signing up for an account;

f.  Pop-up safety notices within chats and games to warn users about inappropriate behavior;

g.  Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts;

h.  Banning IP and MAC addresses of accounts associated with known abusers;

i.  Controlled chat option;

j.  Providing a transcript of a child's communications to the parent;

k.  Implementing reporting protocols to allow users or visitors of Defendants' apps to report CSAM and adult predator accounts specifically without the need to create or log in to the apps prior to reporting;

l.  Robust age and identity verification;

m. Reasonable age restrictions;

n.  Separating adults from children by, for example, creating separate apps for children; and

o.  Others as set forth herein.

COMPLAINT AGAINST ROBLOX CORPORATION AND SNAP INC.                98

256.    Alternative designs that would reduce the dangerous features of Defendants' respective apps were available, would have served effectively the same purpose as Defendants' defectively designed apps, and would have reduced the gravity and severity of danger each Defendant's app posed minor Plaintiffs.

257.    A reasonable company under the same or similar circumstances as each Defendant would have designed a safer app.

258.    At all relevant times, Plaintiff used each Defendant's app in the manner in which it was intended by each Defendant to be used.

259.    As a direct and proximate result of each Defendant's breached duties, Plaintiff was harmed. Each Defendant's design of its respective app was a substantial factor in causing Plaintiff's harms and injuries.

260.    Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

261.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using each Defendant's app.

262.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

263.    Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## SIXTH CAUSE OF ACTION

## NEGLIGENT UNDERTAKING

## (By Plaintiff Against Defendant Roblox)

264.    Plaintiff incorporates each and every factual allegation set forth above.

265.    This claim is brought against Defendant Roblox.

266.    Defendant rendered parental control services and account safety services to Plaintiff's mother.

267.    Defendant made numerous statements, as outlined above, claiming in substance that its parental controls and account safety services were highly effective at protecting users from the type of harm that Plaintiff suffered.

268.    Defendant knew, or reasonably should have known, that effective parental control and account safety services were necessary for the protection of minor users.

269.    Defendant's conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

270.    Defendant could have avoided Plaintiff's injuries with minimal cost, including, for example, by implementing parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

271.    Imposing a duty on Defendant would benefit the community at large.

272.    Imposing a duty on Defendant would not be burdensome because Defendant has the technological and financial means to avoid the risks of harm to children.

273.    Defendant owed a heightened duty of care to minor users and their parents to implement parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

274.    Plaintiff's mother relied on Defendant exercising reasonable care in undertaking to render parental control and account safety services.

275.    Defendant breached its duty of undertaking by failing to use reasonable care in rendering its parental control and account safety services to prevent child users from being contacted by adult accounts or strangers' accounts generally.

276.    Defendant failed to exercise reasonable care in rendering these parental control and account safety services.

277.    Defendant's failure to exercise reasonable care increased the risk of, and was a substantial factor in causing harm to Plaintiff.

278.    Plaintiff was harmed by her mother's reliance on Defendant to provide effective parental control and account safety services.

279.    Defendant's breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

280.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using Defendant's app.

281.    The conduct of Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages.

282.    Plaintiff demands judgment against Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## SEVENTH CAUSE OF ACTION

## STRICT LIABILITY – DESIGN DEFECT

### (By Plaintiff Against Each Defendant)

283.    Plaintiff incorporates each and every factual allegation set forth above.

284.    This claim is brought against Defendants Roblox and Snap.

285.    At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefitted from its product used by Plaintiff.

286.    These products were designed, manufactured, maintained, controlled, and distributed from the respective California headquarters of each Defendant.

287.    Each Defendant's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. These products are uniformly defective and pose the same danger to each minor user.

288.    Each Defendant's product is distributed and sold to the public through retail channels (*e.g.*, the Apple App "Store" and the Google Play "Store").

289.    Each Defendant's product is marketed and advertised to the public for the personal use of the end-user/consumer.

290.    Each Defendant defectively designed its product to allow children to come into contact with child predators. Children are particularly unable to appreciate the risks posed by the products.

291.    The defects in the design of each Defendant's product existed prior to the release of these products to Plaintiff and the public, and there was no substantial change to Defendants' products between the time of their upload by each Defendant to public or retail channels (*e.g.*, the App Store or Google Play) and the time of their distribution to Plaintiff via download or URL access.

292.    Plaintiff used these products as intended, and each Defendant knew or, by the exercise of reasonable care, should have known that Plaintiff would use these products without inspection for its dangerous nature.

293.    Each Defendant defectively designed its product to appeal to adult predators by making it easy to find children and enabled their contact, grooming, sexual exploitation, and sexual abuse of children, including Plaintiff.

294.    Each Defendant failed to test the safety of the features it developed and implemented for use on its product. When each Defendant did perform some product testing and had knowledge of ongoing harm, it failed to adequately remedy its product's defects or warn Plaintiff.

295.    Each Defendant's product is defective in design and poses a substantial likelihood of harm for the reasons set forth herein, because the products fail to meet the safety expectations of ordinary consumers when used in an intended or reasonably foreseeable manner, and because

the products are less safe than an ordinary consumer would expect when used in such a manner. Children and teenagers are among the ordinary consumers of Defendants' products. Indeed, each Defendant markets, promotes, and advertises its respective product to pre-teen and young consumers. Pre-teen and young consumers, and their parents and guardians, do not expect Defendants' products to expose them to predators when the products are used in their intended manner by their intended audience. They do not expect the features embedded by Defendants in their products to make it easy for child predators to sign-up for accounts and find children, groom children, and sexually exploit children. They do not expect Defendants' revenue and profits to be directly tied to predators' extortion of children.

296.    Each Defendant's product is likewise defectively designed in that it creates an inherent risk of danger; specifically, a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

297.    The risks inherent in the design of each Defendant's product significantly outweigh any benefits of such design.

298.    Defendants could have utilized cost-effective, reasonably feasible alternative designs, including changes to the problematic features described above, to minimize the harms described herein, including, but not limited to:

      a.  Requiring children have parental approval and a parent's email address to sign-up for an account;

      b.  Effective parental controls;

      c.  Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when

children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

d.  Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with the parent's explicit permission to message the adult user;

e.  Requiring adults to provide a phone number when signing up for an account;

f.  Pop-up safety notices within chats and games to warn users about inappropriate behavior;

g.  Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts;

h.  Banning IP and MAC addresses of accounts associated with known abusers;

i.  Controlled chat option;

j.  Providing a transcript of a child's communications to the parent;

k.  Implementing reporting protocols to allow users or visitors of Defendants' products to report child sex abuse material and adult predator accounts specifically without the need to create or log in to the products prior to reporting;

l.  Robust age and identity verification;

m.  Reasonable age restrictions;

n.  Separating adults from children by, for example, creating separate apps for children; and

o.  Others as set forth herein.

299.  Alternative designs were available that would prevent child predators from finding, grooming, and exploiting children, and which would have served effectively the same purpose of Defendants' products while reducing the gravity and severity of danger posed by those products' defects.

300.  Plaintiff used Defendants' respective products as intended or in reasonably foreseeable ways.

301.    The physical, emotional, and economic injuries of Plaintiff were reasonably foreseeable to Defendants at the time of their products' development, design, advertising, marketing, promotion, and distribution.

302.    Each Defendant's product was defective and unreasonably dangerous when it left each Defendant's respective possession and control. The defects continued to exist through the products' distribution to and use by consumers, including Plaintiff, who used the products without any substantial change in the products' condition.

303.    As manufacturers, designers and seller, each Defendant had a duty to inform themselves with the best knowledge of the risks and the defects of its product and each Defendant had such knowledge. Their victims, including Plaintiff, were powerless to protect themselves against unknown harms, and Defendants should bear the costs of their injuries.

304.    Plaintiff was injured as a direct and proximate result of each Defendant's respective defective designs as described herein. The defective design of the products used by Plaintiff was a substantial factor in causing harms to Plaintiff.

305.    As a direct and proximate result of each Defendant's respective product's defective design, Plaintiff suffered serious and dangerous injuries.

306.    As a direct and proximate result of each Defendant's product's defective design, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

307.    Plaintiff was injured from using both of Defendants' defective products through no fault of her own. The fact that Plaintiff was injured by using both of Defendants' products means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' products and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

308.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using Defendants' respective products.

309.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

310.    Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper

## EIGHTH CAUSE OF ACTION

## STRICT LIABILITY – FAILURE TO WARN

### (By Plaintiff Against Each Defendant)

311.    Plaintiff incorporates each and every factual allegation set forth above.

312.    This claim is brought against Defendants Roblox and Snap.

313.    At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefitted from its product used by Plaintiff.

314.    These products were designed, manufactured, maintained, controlled and distributed from the respective California headquarters of each Defendant.

315.    Each Defendant's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. These products are uniformly defective and pose the same danger to each minor user.

316.    Each Defendant's product is distributed and sold to the public through retail channels (*e.g.*, the Apple App "Store" and the Google Play "Store").

317.    Each Defendant sold and distributed its respective product to Plaintiff in a defective and unreasonably dangerous condition by failing to adequately warn about the risk of harm to youth as described herein, including a risk of grooming, sexual abuse, and sexual exploitation, which can

lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

318. Defendants were in the best position to know the dangers their products posed to consumers, including Plaintiff, as they had superior knowledge of the risks and dangers posed by their products and had exclusive knowledge of these risks at the time of development, design, marketing, promotion, advertising and distribution. Defendants had exclusive control of their products at all times relevant to this litigation.

319. Each Defendant's respective product is dangerous, to an extent beyond that contemplated by the ordinary user who used Defendants' products, because they enable predators to find, groom, abuse, and exploit children.

320. Each Defendant knew or, by the exercise of reasonable care, should have known that its respective product posed risks of harm to youth considering its own internal data and knowledge regarding its product at the time of development, design, marketing, promotion, advertising, and distribution.

321. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their products at the time of the products' development, design, marketing, promotion, advertising, and distribution to Plaintiff.

322. Defendants' products are defective and unreasonably dangerous because, among other reasons described herein, each Defendant failed to exercise reasonable care to inform users that, among other things:

        a. Sexual predators use Defendants' products to find, contact, groom and abuse children with alarming frequency;

        b. Sexual predators use Defendants' products to solicit, produce, and distribute CSAM with alarming frequency;

c. Sexual predators target young children for CSAM on Defendants' products with alarming frequency;

d. Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

e. Defendants' products are designed in a way that enables and increases risk of exposure to predators and resulting sexual exploitation;

f. Defendants' products cause grooming, sexual abuse, and sexual exploitation, and its resultant physical and mental injuries;

g. Use of Defendants' products can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

h. Use of Defendants' products can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

i. New users of Defendants' product can identify themselves as minors, begin to use the product, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that Defendants can warn the users' parents or guardians;

j. Defendants' failure to verify ages allows children to bypass parental controls, safety features, and default settings;

k. The likelihood and severity of harms is greater for children;

l. The likelihood and intensity of these harmful effects is exacerbated by the interaction of each product's features with one another; and

m. Others as set forth herein.

323. Plaintiff was a foreseeable user of each Defendant's product.

324. Ordinary minor users would not have recognized the potential risks of Defendants' products when used in a manner reasonably foreseeable to Defendants.

325.    Had Plaintiff received proper or adequate warnings or instructions as to the risks of using each Defendant's product, Plaintiff would have heeded the warnings and/or followed the instructions.

326.    Each Defendant's failures to adequately warn Plaintiff about the risks of their defective products were a proximate cause and a substantial factor in the injuries sustained by Plaintiff.

327.    Plaintiff was injured from using both of Defendants' defective products through no fault of her own. The fact that Plaintiff was injured by using both of Defendants' products means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' products and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

328.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using Defendants' products.

329.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

330.    Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants for the above-referenced claims and causes of action, and as follows:

1. Past, present, and future general damages, the exact amount of which has yet to be ascertained, in an amount which will confirm to proof at time of trial, to compensate Plaintiff for injuries sustained as a result of the use of Defendants' products,

including but not limited to physical pain and suffering, mental anguish, loss of enjoyment of life, emotional distress, and expenses for medical treatments;

2. Past, present, and future economic and special damages, according to proof at the time of trial;

3. Impaired earning capacity according to proof at the time of trial;

4. Medical expenses, past and future, according to proof at the time of trial;

5. Punitive or exemplary damages according to proof at the time of trial;

6. Attorneys' fees;

7. For costs of suit incurred herein;

8. Pre-judgment and post-judgment interest as provided by law;

9. For nonmonetary injunctive relief; and

10. For such other and further relief as the Court may deem just and proper.

## IX.    <u>DEMAND FOR A JURY TRIAL</u>

331.    Plaintiff hereby demands a trial by jury on all claims so triable.

Date:    July 31, 2025                                  Respectfully submitted,

**ANAPOL WEISS**

By: _____
William Smith (SBN 324235)
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: (202) 780-3014
Facsimile: (215) 875-7707
wsmith@anapolweiss.com

Alexandra M. Walsh*
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

Kristen Feden*
D. Patrick Huyett*
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
kfeden@anapolweiss.com
phuyett@anapolweiss.com

*Attorneys for Plaintiff and Her Proposed Guardian ad Litem*

*\*Pro Hac Vice* applications forthcoming