BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROBLOX CHILD SEXUAL EXPLOITATION/ASSAULT LITIGATION | MDL Docket No. 3166 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s): Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of Ohio (Eastern Division) | 5:25-cv-01980 | Sara Lioi |
| Plaintiff(s):<br>Jane Doe a minor, by and through her guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation;<br>Snap Inc. | U.S. District Court Central District of California (Western Division - Los Angeles) | 2:25-cv-07154 | Alicia G. Rosenberg |
| Plaintiff(s): Jane G.C. Doe Jane A.C. Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Eastern District of Missouri (St. Louis) | 4:25-cv-01402 | Not yet assigned |
| Plaintiff(s):<br>Jane A.P. Doe<br>A Minor, By And Through Her Parent And Natural Guardian Jane L.P. Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Eastern District of Pennsylvania (Philadelphia) | 2:25-cv-4256 | Chad F. Kenney |

| Plaintiff(s): Jane Doe<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (Oakland) | 4:25-cv-03520 | Yvonne Gonzalez Rogers |
|---|---|---|---|
| Plaintiff(s): Jane Doe a minor, represented by her proposed court-appointed guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-04329 | Rita F. Lin |
| Plaintiff(s): John Doe Jane Doe<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-05753 | Jacqueline Scott Corley |
| Plaintiff(s): Jane Doe R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O.<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06087 | Rita F. Lin |
| Plaintiff(s): Jane Doe S.G as guardian and next friend of minor plaintiff Jane Doe<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06812 | Susan Illston |
| Plaintiff(s): Jane Doe M.P; Jane Doe D.P<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06886 | Vince Chhabria |

| Plaintiff(s):<br>Jane Doe GS 1 a minor by and through her parent, PARENT GS 1<br><br>Defendant(s): Roblox Corporation;<br>Meta Platforms, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07143 | Araceli Martinez-Olguin |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe, a minor; Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07174 | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Jane Doe I.V. as guardian and next friend of minor plaintiff, JANE DOE G.K.; JANE DOE G.K.<br><br>Defendant(s): Roblox Corporation; | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07192 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe a minor, by and through next friend Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07291 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe Z.P.;<br>Jane Doe B.E. as guardian and next friend of minor Plaintiff Jane Doe Z.P.<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07393 | Maxine M. Chesney |
| Plaintiff(s):<br>Jane Doe M.J.; Jane Doe T.J.<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07486 | Vince Chhabria |

3

| Plaintiff(s): Jane Doe A.L.; Jane Doe N.L. Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07676 | Jon S. Tigar |
|---|---|---|---|
| Plaintiff(s): Mary Doe; Jane Doe Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07686 | Richard Seeborg |
| Plaintiff(s): JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07852 | Thomas S. Hixson |
| Plaintiff(s): JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M. Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07859 | Thomas S. Hixson |
| Plaintiff(s): JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07899 | Kandis A. Westmore |
| Plaintiff(s): MARY DOE, as next friend of minor plaintiff, JANE DOE Defendant(s): Roblox Corporation; Snap, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07909 | Laurel Beeler |

4

| Plaintiff(s) / Defendant(s) | Court | Case No. | Judge |
|---|---|---|---|
| Plaintiff(s): M. S., individually and as the parent and next friend of minor, H.D. <br><br> Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07925 | Alex G. Tse |
| Plaintiff(s): Jane Doe individually as next friend of minor plaintiff John Doe <br><br> Defendant(s): Roblox Corporation; John Doe | U.S. District Court Northern District of Georgia (Atlanta) | 1:25-cv-04953 | Sarah E. Geraghty |
| Plaintiff(s): John Doe <br><br> Defendant(s): Roblox Corporation | U.S. District Court Northern District of Texas (Dallas) | 3:25-cv-02175 | Sam A. Lindsay |
| Plaintiff(s): Mary Doe as next friend of minor plaintiff, Jane Doe <br><br> Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Southern District of Texas (Galveston) | 3:25-cv-00128 | Jeffrey Vincent Brown |
| Plaintiff(s): Jane Doe as guardian and next friend of minor plaintiff, JOHN DOE <br><br> Defendant(s): Roblox Corporation | U.S. District Court Southern District of Texas (Brownsville) | 1:25-cv-00172 | Rolando Olvera |
| Plaintiff(s): J. S. individually and as the parent and next friend of minor D.H. <br><br> Defendant(s): Roblox Corporation | U.S. District Court Western District of Missouri (Springfield) | 6:25-cv-03254 | Roseann A. Ketchmark |

| Plaintiff(s):<br>AE, Individually;<br>AE as the parent and next of friend of minor GE<br><br>Defendant(s): Roblox Corporation | U.S. District Court<br>Western District of Oklahoma<br>(Oklahoma City) | 5:25-cv-00959 | Scott L. Palk |
|---|---|---|---|
| Plaintiff(s):<br>T.T. Next friend; D.H.<br>Defendant(s): Roblox Corporation; | U.S. District Court<br>Southern District of Iowa | 4:25-cv-00314 | Rebecca Goodgame Ebinger |
| Plaintiff(s):<br>Jane Doe<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | United States District Court<br>Western District of Michigan (Southern Division) | 2:25-cv-00208 | Paul L. Maloney |

Dated: September 23, 2025

Respectfully Submitted,

By: */s/ Melissa H. Nafash*
   Melissa H. Nafash
   **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
   405 E. 50th Street
   New York, NY 10022
   Tel: (212) 946-9305
   mnafash@milberg.com

   Gary M. Klinger
   Melinda Maxson
   **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
   227 W. Monroe Street, Suite 2100
   Chicago, IL 60606
   Tel: (866) 252-0878
   GKlinger@milberg.com
   mmaxson@milberg.com

   Alexander E. Wolf
   **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
   280 S. Beverly Drive, Penthouse

Beverly Hills, CA 90212
Tel: (858) 209-6941
awolf@milberg.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY, PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
Tel: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

*Counsel for Plaintiff*