**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROBLOX CHILD SEXUAL
EXPLOITATION/ASSAULT LITIGATION

MDL Docket No. 3166

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel

on Multidistrict Litigation, I hereby certify that a copy of the foregoing Memorandum, Schedule of

Actions, and this Proof of Service was served by First Class U.S. Mail or electronic mail on September

23, 2025 to the following:

**<u>Clerks of the Courts</u>**

Served via First Class U.S. Mail:

U.S. District Court
Northern District of California (Oakland)
1301 Clay Street, Suite 400 S
Oakland, CA 94612

U.S. District Court
Southern District of Texas (Galveston)
601 Rosenberg, Room 411
Galveston, TX 77550

U.S. District Court
Northern District of California (San Francisco)
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. District Court
Eastern District of Pennsylvania (Philadelphia)
601 Market Street, Room 2609
Philadelphia, PA 19106

U.S. District Court

U.S. District Court
Central District of California (Western Division
- Los Angeles)
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

U.S. District Court
Southern District of Texas (Brownsville)
600 E. Harrison Street, #101
Brownsville, TX 78520

U.S. District Court
Northern District of Texas (Dallas)
1100 Commerce Street, Room 1452
Dallas, TX 75242

U.S. District Court
Western District of Oklahoma (Oklahoma City)
200 NW 4th Street, Room 1210
Oklahoma City, OK 73102

U.S. District Court

Southern District of Iowa
111 Locust Street
Des Moines, IA 50309

U.S. District Court
Northern District of Georgia (Atlanta)
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

U.S. District Court
Western District of Missouri (Springfield)
400 E. 9th Street
Kansas City, MO 64106

Western District of Michigan (Southern
Division)
107 Federal Building
410 West Michigan Avenue
Kalamazoo, MI 49007

U.S. District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

U.S. District Court
Northern District of Ohio (Eastern Division)
2 South Main Street
Akron, Ohio 44308

## MARY DOE, as next friend of minor plaintiff, JANE DOE v. ROBLOX CORPORATION; DISCORD INC., 5:25-cv-01980 (N.D. OHIO)

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Bryan F. Aylstock
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

*Counsel for Plaintiff*

## JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; SNAP INC.; and DOES 1-50, inclusive, 2:25-cv-07154 (C.D. CA.)

Served via First Class Mail (counsel has not yet appeared):

Served via electronic mail:

Snap Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Snap Inc.*

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

William Smith
wsmith@anapolweiss.com
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: (202) 780-3014
Facsimile: (215) 875-7707

*Counsel for Plaintiff*

**JANE DOE G.C., as guardian and next friend of minor plaintiff, JANE DOE A.C., v. ROBLOX CORPORATION., 4:25-cv-01402 (E.D. MO.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Laci Whitley
Edward
Wallace
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: 312.261.6193
F: 312-275-8174
lmw@wallacemiller.com

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
Sara D. Beller
sara.beller@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Davis Cooper
davis@coopermasterman.com Joe Masterman
joe@cooperlawpartners.com
**COOPER MASTERMAN PLLC**
1717 Pennsylvania Ave., NW Ste. 1025
Washington, DC 20006
Telephone: (202) 866-0171

*Counsel for Plaintiff*

**JANE A.P. DOE, a minor, by and through her parent and natural guardian, JANE L. P. DOE, v. ROBLOX CORPORATION ; SNAP, INC.; and DOES 1-50, 2:25-cv-04256-CFK (E.D. PA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Melissa Fry Hague
Teresa Jauregui
**THE JOEL BIEBER FIRM**
Two Liberty Place
50 S 16th Street, Suite 1700
Philadelphia, PA 19102
Tel: 267-554-2414

mbernstein@cooley.com
rstevens@cooley.com

Mhague@joelbieber.com
Tjauregui@joelbieber.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Plaintiff*

*Counsel for Defendant Roblox Corporation*

Leah Godesky
Jonathan Schneller
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
lgodesky@omm.com
jschneller@omm.com

*Counsel for Defendant Snap, Inc.*

**JANE DOE, v. ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive, 4:25-cv-03520 (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110

tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Sarah R. London
slondon@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Counsel for Plaintiff*

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-04329 (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mcberstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

**JOHN DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-05753 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

*Counsel for Plaintiff*

**JANE DOE R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O., v. ROBLOX CORPORATION; DISCORD, INC.; and DOES 1-50, inclusive, 3:25-cv-06087-RFL (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

*Counsel for Defendant Discord, Inc.*

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE S.G., as guardian and next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-06812-SI (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

*Counsel for Defendant Discord, Inc.*

*Counsel for Defendant Discord, Inc.*

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P., v. ROBLOX CORPORATION, 3:25-cv-06886-VC (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Plaintiff*


*Counsel for Defendant Roblox Corporation*

**<u>JANE DOE GS 1, a minor by and through her parent, PARENT GS 1, v. ROBLOX
CORPORATION and META PLATFORMS, INC., 3:25-cv-07143-AMO (N.D. CA.)</u>**

Served via First Class Mail (counsel has not yet
appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*


Meta Platforms, Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Meta Platforms, Inc.*

Served via electronic mail:

Ashley Simonsen
asimonsen@cov.com
Issac Chaput
ichaput@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067

*Counsel for Defendant Meta Platforms, Inc.*

Sarah R. London
slondon@girardsharp.com
Andrew Kaufman
akaufman@girardsharp.com
Isabel Velez
ivelez@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Counsel for Plaintiff*

**<u>JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY
DOE, v. ROBLOX CORPORATION; SNAP, INC.; and DOES 1-50, inclusive, 3:25-cv-07174-
AMO (N.D. CA.)</u>**

Served via First Class Mail (counsel has not yet
appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive

Served via electronic mail:

Leah Godesky
Jonathan Schneller
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars

Sacramento, CA 95833

*Defendant Roblox Corporation*

8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
lgodesky@omm.com
jschneller@omm.com

*Counsel for Defendant Snap, Inc.*

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

**JANE DOE I.V., as guardian and next friend of minor plaintiff, JANE DOE G.K., v. ROBLOX CORPORATION, 3:25-cv-07192-JCS (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07291-RFL (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Devin Bolton
Aaron Freedman
**WEITZ & LUXENBERG PC**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
dbolton@weitzlux.com
afreedman@weitzlux.com

*Counsel for Plaintiff*

**JANE DOE B.E., as guardian and next friend of minor plaintiff, JANE DOE Z.P., v. ROBLOX CORPORATION, 3:25-cv-07393-MMC (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE M.J., as guardian and next friend of minor plaintiff, JANE DOE T.J., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07486-VC (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com

c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE A.L., as guardian and next friend of minor plaintiff, JANE DOE N.L., v. ROBLOX CORPORATION, 4:25-cv-07676-JST (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07686-RS (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.

Served via electronic mail:

**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
Email: kgrombacher@bradleygrombacher.com

*Counsel for Plaintiff*

c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

### JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; and DOES 1-50, inclusive, 4:25-cv-07852 (N.D. CA.)

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

### JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07859 (N.D. CA.)

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Glendale, CA 91203

*Counsel for Plaintiff*

*Defendant Discord Inc.*

### **JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-07899 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Anne Andrews, Esq. (SBN 103280) Sean Higgins, Esq. (SBN 266888) Robert Siko, Esq. (SBN 312856) ANDREWS & THORNTON
4701 Von Karman Ave., Ste 300
Newport Beach, CA, 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
survivor@andrewsthornton.com

*Counsel for Plaintiff*

### **MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and SNAP INC., 3:25-cv-07909 (N.D CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Snap Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Snap Inc.*

Served via electronic mail:

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

*Counsel for Plaintiff*

### **M.S., individually and as the parent and next friend of minor, H.D. v. ROBLOX CORPORATION; DISCORD INC., 3:25-cv-07925 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Served via electronic mail:

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

William J. Edelman
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Stree, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
wedelman@milberg.com

*Counsel for Plaintiff*

**JANE DOE, individually, and as next friend of minor plaintiff, JOHN DOE, v. ROBLOX CORPORATION and JOHN DOE, 1:25-cv-04953 (N.D. GA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

R. Lee Page
lee@wefightyourbattle.com
**BATLE LAW, PLLC**
601 Cleveland Street, Suite 530
Clearwater, FL 33755
Telephone: (866) 922-8853

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JOHN DOE, v. ROBLOX CORPORATION, 3:25-cv-02175-L (N.D. TX.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Gary M. Klinger
Melinda Maxson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

Alexander E. Wolf
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: (872) 365-7060

Melissa Nafash
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: (212) 946-9305

GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com
rkassan@milberg.com
awolf@milberg.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY,
PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-00128 (S.D. TX.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com
*Counsel for Defendant Discord, Inc.*

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Davis Cooper
Joseph Masterman
**COOPER MASTERMAN**
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Telephone: (202) 866-0171
davis@coopermasterman.com
joe@coopermasterman.com

*Counsel for Plaintiff*

**JANE DOE, as guardian and next friend of minor plaintiff, JOHN DOE, v. ROBLOX CORPORATION, 1:25-cv-00172 (S.D. TX.)**

Served via electronic mail:

Benigno Trey Martinez, III
Martinez/Tijerina, PLLC

Anthony J. Russo
anthony@therussofirm.com
Sara D. Beller
sara.beller@dolmanlaw.com

Brownsville, TX 78520
Tel: 956-550-4868
Fax: 956-621-0135
trey@mbmtlawfirm.com

*Counsel for Defendant Roblox Corporation*

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

---

**J.S. individually and as the parent and next friend of minor D.H. v. ROBLOX CORPORATION, 6:25-cv-03254-RK (W.D. Mo.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City
Plaza Suite 408
Garden City, NY 11530
Tel: 516-741-5600
Fax: 516-741-0128
rkassan@milberg.com

*Counsel for Plaintiff*

---

**A.E., individually and as the parent and next of friend of minor G.E., v. ROBLOX CORPORATION, 5:25-cv-00959 (W.D. OK.)**

Served via electronic mail:

Christopher M. Scaperlanda
Justin Cajindos
Tyler E. Ames
McAfee & Taft Profession Corporation
Two Leadership Square
211 N. Robinson Street
Oklahoma City, OK 73102
christopher.scaperlanda@mcafeetaft.com
justin.cajindos@mcafeetaft.com
tyler.ames@mcafeetaft.com

*Counsel for Defendant Roblox Corporation*

William B. Federman
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
wbf@federmanlaw.com
kpb@federmanlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY, PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606

P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
GKlinger@milberg.com
Melinda Maxson
mmaxson@milberg.com
Melissa Nafash
mnafash@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

*Counsel for Plaintiff*

**T.T., individually and as the parent and next friend of minor D.H., v. ROBLOX
CORPORATION, 4:25-cv-00314 (S.D. IA)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD &
WEESE, PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY,
PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
Melissa Nafash
Melinda Maxson

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

*Counsel for Plaintiffs*

**JANE DOE v. ROBLOX CORPORATION; DISCORD, INC., 2:25-cv-00208-PLM-MV (W.D. MI.)**

Served via electronic mail:

Elise H. Yu
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
734-222-1500 (phone)
734-222-1501 (fax)
elise.yu@afslaw.com

*Counsel for Defendant Roblox Corporation*

J. Michael Huget
HONIGMAN LLP
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4254
Fax: (734) 418-4255
mhuget@honigman.com

*Counsel for Defendant Discord, Inc.*

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY, PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
Melinda Maxson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

Melissa H. Nafash
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: (212) 946-9305
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

*Counsel for Plaintiff*

Dated: September 23, 2025

Respectfully Submitted,

By: */s/ Melissa H. Nafash*
Melissa H. Nafash
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10022
Tel: (212) 946-9305
mnafash@milberg.com

Gary M. Klinger
Melinda Maxson
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mmaxson@milberg.com

Alexander E. Wolf
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
awolf@milberg.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY, PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
Tel: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

***Counsel for Plaintiff***