Attachment to Notice of Appearance of J. Kirk Goza

**MDL No. 3166 IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION**

PARTIES REPRESENTED (indicate plaintiff or defendant—if representation includes more than one party, attach a separate list.)

SHORT CASE CAPTION(s) (Include District and Civil Action Nos.)

## Plaintiffs Represented

JANE DOE, a minor represented by her proposed court-appointed guardian ad litem, MARY DOE;

and

JANE DOE, a minor represented by her proposed court-appointed guardian ad litem, MARY DOE

## Short Case Captions

*Doe v. Roblox Corp. et al.*, No. 3:25-cv-7852 (N.D. Cal); and

*Doe v. Roblox Corp. et al.*, No. 3:25-cv-7174 (N.D. Cal)