BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL DOCKET NO. 3166 |

**INTERESTED PARTY PLAINTIFFS' RESPONSE IN SUPPORT OF THE MOTION TO TRANSFER AND CENTRALIZE RELATED CASES PURSUANT TO 28 U.S.C. § 1407**

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff(s): JANE DOE, a minor; MARY DOE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07852 | Thomas S. Hixson |
| Plaintiff(s): JANE DOE, a minor; MARY DOE<br><br>Defendant(s): Roblox Corporation; Snap Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07174 | Araceli Martinez-Olguin |

Dated: September 24, 2025

Respectfully Submitted

By: */s/ J. Kirk Goza*
Thomas P. Cartmell
Tyler W. Hudson
J. Kirk Goza
Zachery E. Galyon
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
tcarmell@wcllp.com
thudson@wcllp.com
jgoza@wcllp.com
zgalyon@wcllp.com
***Counsel for Interested Party Plaintiffs***