**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE: ROBLOX CORPORATION | ) | |
| CHILD SEXUAL EXPLOITATION | ) | MDL DOCKET NO. 3166 |
| AND ASSAULT LITIGATION | ) | |
|  | ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Memorandum, Schedule of Actions, and this Proof of Service was filed by the Court's CM/ECF system and was thereby electronically served on all registered users through the system's notice of electronic filing. I hereby further certify that a copy of the foregoing Memorandum, Schedule of Actions, and this Proof of Service was served by First Class U.S. Mail or electronic mail on September 24, 2025 to the following:

**MARY DOE, as next friend of minor plaintiff, JANE DOE v. ROBLOX CORPORATION; DISCORD INC., 5:25-cv-01980 (N.D. OHIO)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Bryan F. Aylstock
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
baylstock@awkolaw.com

*Counsel for Plaintiff*

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; SNAP INC.; and DOES 1-50, inclusive, 2:25-cv-07154 (C.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Served via electronic mail:

Snap Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Snap Inc.*

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

William Smith
wsmith@anapolweiss.com
**ANAPOL WEISS**
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: (202) 780-3014
Facsimile: (215) 875-7707

*Counsel for Plaintiff*

**JANE DOE G.C., as guardian and next friend of minor plaintiff, JANE DOE A.C., v. ROBLOX CORPORATION., 4:25-cv-01402 (E.D. MO.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Laci Whitley
Edward
Wallace
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T: 312.261.6193
F: 312-275-8174
lmw@wallacemiller.com

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
Sara D. Beller
sara.beller@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Davis Cooper
davis@coopermasterman.com Joe Masterman
joe@cooperlawpartners.com
**COOPER MASTERMAN PLLC**
1717 Pennsylvania Ave., NW Ste. 1025
Washington, DC 20006
Telephone: (202) 866-0171

*Counsel for Plaintiff*

**JANE A.P. DOE, a minor, by and through her parent and natural guardian, JANE L. P. DOE, v. ROBLOX CORPORATION ; SNAP, INC.; and DOES 1-50, 2:25-cv-04256-CFK (E.D. PA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Melissa Fry Hague
Teresa Jauregui
**THE JOEL BIEBER FIRM**
Two Liberty Place
50 S 16th Street, Suite 1700
Philadelphia, PA 19102
Tel: 267-554-2414

mbernstein@cooley.com
rstevens@cooley.com

Mhague@joelbieber.com
Tjauregui@joelbieber.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Plaintiff*

*Counsel for Defendant Roblox Corporation*

Leah Godesky
Jonathan Schneller
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
lgodesky@omm.com
jschneller@omm.com

*Counsel for Defendant Snap, Inc.*

**JANE DOE, v. ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive, 4:25-cv-03520 (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110

tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Sarah R. London
slondon@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Counsel for Plaintiff*

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-04329 (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mcberstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

**JOHN DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-05753 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

*Counsel for Plaintiff*

**JANE DOE R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O., v. ROBLOX CORPORATION; DISCORD, INC.; and DOES 1-50, inclusive, 3:25-cv-06087-RFL (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

*Counsel for Defendant Discord, Inc.*

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE S.G., as guardian and next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-06812-SI (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

*Counsel for Defendant Discord, Inc.*

*Counsel for Defendant Discord, Inc.*

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P., v. ROBLOX CORPORATION, 3:25-cv-06886-VC (N.D. CA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Plaintiff*

*Counsel for Defendant Roblox Corporation*

**JANE DOE GS 1, a minor by and through her parent, PARENT GS 1, v. ROBLOX CORPORATION and META PLATFORMS, INC., 3:25-cv-07143-AMO (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Meta Platforms, Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Meta Platforms, Inc.*

Served via electronic mail:

Ashley Simonsen
asimonsen@cov.com
Issac Chaput
ichaput@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067

*Counsel for Defendant Meta Platforms, Inc.*

Sarah R. London
slondon@girardsharp.com
Andrew Kaufman
akaufman@girardsharp.com
Isabel Velez
ivelez@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Counsel for Plaintiff*

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; SNAP, INC.; and DOES 1-50, inclusive, 3:25-cv-07174-AMO (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive

Served via electronic mail:

Leah Godesky
Jonathan Schneller
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars

Sacramento, CA 95833

*Defendant Roblox Corporation*

8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
lgodesky@omm.com
jschneller@omm.com

*Counsel for Defendant Snap, Inc.*

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

**JANE DOE I.V., as guardian and next friend of minor plaintiff, JANE DOE G.K., v. ROBLOX CORPORATION, 3:25-cv-07192-JCS (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07291-RFL (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Served via electronic mail:

Devin Bolton
Aaron Freedman
**WEITZ & LUXENBERG PC**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
dbolton@weitzlux.com
afreedman@weitzlux.com

*Counsel for Plaintiff*

**JANE DOE B.E., as guardian and next friend of minor plaintiff, JANE DOE Z.P., v. ROBLOX CORPORATION, 3:25-cv-07393-MMC (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE M.J., as guardian and next friend of minor plaintiff, JANE DOE T.J., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07486-VC (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com

c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JANE DOE A.L., as guardian and next friend of minor plaintiff, JANE DOE N.L., v. ROBLOX CORPORATION, 4:25-cv-07676-JST (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07686-RS (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.

Served via electronic mail:

**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
Email: kgrombacher@bradleygrombacher.com

*Counsel for Plaintiff*

c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

## JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; and DOES 1-50, inclusive, 4:25-cv-07852 (N.D. CA.)

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Thomas P. Cartmell
tcartmell@wcllp.com
Tyler W. Hudson
thudson@wcllp.com
J. Kirk Goza
jgoza@wcllp.com
Tricia L. Campbell
tcampbell@wcllp.com
Zachery E. Galyon
zgalyon@wcllp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372

*Counsel for Plaintiff*

## JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07859 (N.D. CA.)

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700

Served via electronic mail:

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Glendale, CA 91203

*Defendant Discord Inc.*

*Counsel for Plaintiff*

### **JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-07899 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Anne Andrews, Esq. (SBN 103280) Sean Higgins, Esq. (SBN 266888) Robert Siko, Esq. (SBN 312856) ANDREWS & THORNTON
4701 Von Karman Ave., Ste 300
Newport Beach, CA, 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
survivor@andrewsthornton.com

*Counsel for Plaintiff*

### **MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and SNAP INC., 3:25-cv-07909 (N.D CA.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Snap Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Snap Inc.*

Served via electronic mail:

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

*Counsel for Plaintiff*

### **M.S., individually and as the parent and next friend of minor, H.D. v. ROBLOX CORPORATION; DISCORD INC., 3:25-cv-07925 (N.D. CA.)**

Served via First Class Mail (counsel has not yet appeared):

Served via electronic mail:

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Discord Inc.
c/o C T Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203

*Defendant Discord Inc.*

William J. Edelman
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
227 W. Monroe Stree, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
wedelman@milberg.com

*Counsel for Plaintiff*

**JANE DOE, individually, and as next friend of minor plaintiff, JOHN DOE, v. ROBLOX
CORPORATION and JOHN DOE, 1:25-cv-04953 (N.D. GA.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

R. Lee Page
lee@wefightyourbattle.com
**BATLE LAW, PLLC**
601 Cleveland Street, Suite 530
Clearwater, FL 33755
Telephone: (866) 922-8853

Sara D. Beller
sara.beller@dolmanlaw.com
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**JOHN DOE, v. ROBLOX CORPORATION, 3:25-cv-02175-L (N.D. TX.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Gary M. Klinger
Melinda Maxson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

Alexander E. Wolf
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: (872) 365-7060

Melissa Nafash
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: (212) 946-9305

GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com
rkassan@milberg.com
awolf@milberg.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY,
PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

*Counsel for Plaintiff*

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-00128 (S.D. TX.)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
adamsieff@dwt.com
*Counsel for Defendant Discord, Inc.*

Sarah Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415) 276-4892
sarahburns@dwt.com

*Counsel for Defendant Discord, Inc.*

Paige Boldt
pboldt@anapolweiss.com
Alexandra M. Walsh
awalsh@anapolweiss.com
Kristen Feden
kfeden@anapolweiss.com
D. Patrick Huyett
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

Davis Cooper
Joseph Masterman
**COOPER MASTERMAN**
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Telephone: (202) 866-0171
davis@coopermasterman.com
joe@coopermasterman.com

*Counsel for Plaintiff*

**JANE DOE, as guardian and next friend of minor plaintiff, JOHN DOE, v. ROBLOX CORPORATION, 1:25-cv-00172 (S.D. TX.)**

Served via electronic mail:

Benigno Trey Martinez, III
Martinez/Tijerina, PLLC

Anthony J. Russo
anthony@therussofirm.com
Sara D. Beller
sara.beller@dolmanlaw.com

Brownsville, TX 78520
Tel: 956-550-4868
Fax: 956-621-0135
trey@mbmtlawfirm.com

*Counsel for Defendant Roblox Corporation*

Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

*Counsel for Plaintiff*

**J.S. individually and as the parent and next friend of minor D.H. v. ROBLOX CORPORATION, 6:25-cv-03254-RK (W.D. Mo.)**

Served via First Class Mail (counsel has not yet appeared):

Roblox Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

*Defendant Roblox Corporation*

Served via electronic mail:

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City
Plaza Suite 408
Garden City, NY 11530
Tel: 516-741-5600
Fax: 516-741-0128
rkassan@milberg.com

*Counsel for Plaintiff*

**A.E., individually and as the parent and next of friend of minor G.E., v. ROBLOX CORPORATION, 5:25-cv-00959 (W.D. OK.)**

Served via electronic mail:

Christopher M. Scaperlanda
Justin Cajindos
Tyler E. Ames
McAfee & Taft Profession Corporation
Two Leadership Square
211 N. Robinson Street
Oklahoma City, OK 73102
christopher.scaperlanda@mcafeetaft.com
justin.cajindos@mcafeetaft.com
tyler.ames@mcafeetaft.com

*Counsel for Defendant Roblox Corporation*

William B. Federman
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
wbf@federmanlaw.com
kpb@federmanlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY, PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606

P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
GKlinger@milberg.com
Melinda Maxson
mmaxson@milberg.com
Melissa Nafash
mnafash@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

*Counsel for Plaintiff*

**T.T., individually and as the parent and next friend of minor D.H., v. ROBLOX
CORPORATION, 4:25-cv-00314 (S.D. IA)**

Served via electronic mail:

Max Bernstein
Ryan C. Stevens
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mbernstein@cooley.com
rstevens@cooley.com

Tiana Demas
**COOLEY LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
tdemas@cooley.com

*Counsel for Defendant Roblox Corporation*

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD &
WEESE, PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY,
PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
Melissa Nafash
Melinda Maxson

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

*Counsel for Plaintiffs*

**JANE DOE v. ROBLOX CORPORATION; DISCORD, INC., 2:25-cv-00208-PLM-MV (W.D. MI.)**

Served via electronic mail:

Elise H. Yu
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
734-222-1500 (phone)
734-222-1501 (fax)
elise.yu@afslaw.com

*Counsel for Defendant Roblox Corporation*

J. Michael Huget
HONIGMAN LLP
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4254
Fax: (734) 418-4255
mhuget@honigman.com

*Counsel for Defendant Discord, Inc.*

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
**STINAR GOULD GRIECO & HENSLEY,
PLLC**
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
Melinda Maxson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878

Melissa H. Nafash
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: (212) 946-9305
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

*Counsel for Plaintiff*

Dated: September 24, 2025

Respectfully Submitted

By: */s/ J. Kirk Goza*
Thomas P. Cartmell
Tyler W. Hudson
 J. Kirk Goza
 Zachery E. Galyon
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
tcarmell@wcllp.com
thudson@wcllp.com
jgoza@wcllp.com
zgalyon@wcllp.com
***Counsel for Interested Party Plaintiffs***