BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on September 24, 2025, a copy of the foregoing *Notice of Appearance* were electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on September 24, 2025, I caused the foregoing documents to be served *via electronic mail* or *first-class mail* on:

| *Jane Doe GS I v. Roblox Corporation, et al.; Case No. 3:25-cv-07143 (N.D. Cal.)* ||
|---|---|
| **Defendants:** ||
| *Via First Class Mail:*<br><br>Roblox Corporation<br> c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br><br>Meta Platforms, Inc.<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 | *Via Electronic Mail*<br><br>Ashley Simonsen<br>**COVINGTON & BURLING LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel: (424) 332-4782<br>Email: asimonsen@cov.com<br><br>Isaac D. Chaput (Bar No. 326923)<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Tel: (415) 591-6000<br>Email: ichaput@cov.com<br><br>*Counsel for Meta Platforms, Inc.* |

| *Jane Doe GS I v. Roblox Corporation, et al.; Case No. 3:25-cv-07143 (N.D. Cal.)* |
|---|
| **Defendants:** |
| Max A. Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP**<br>Embarcadero Center, 20th Floor<br>San Francisco, California 94111<br>Tel: (415) 693-2000<br>Email: mbernstein@cooley.com<br>Email: rstevens@cooley.com<br><br>*Counsel for Defendant Roblox Corporation* |

Dated: September 24, 2025

Respectfully submitted,

/s/ *Sarah R. London*

Sarah R. London
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com

*Counsel for Plaintiff Jane Doe GS 1*
*(Jane Doe GS I v. Roblox Corporation et al.*
*Case No. 3:25-cv-07143 (N.D. Cal.)*