**Attachment to Notice of Appearance of R. Stanley Gipe**

**MDL No. 3166 IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION**

PARTIES REPRESENTED (indicate plaintiff or defendant—if representation includes more than one party, attach a separate list.)

SHORT CASE CAPTION(s) (Include District and Civil Action Nos.)

**Plaintiffs Represented**

JANE DOE G.C., as guardian and next friend of minor plaintiff, JANE DOE A.C.

JANE DOE R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O.,

JANE DOE S.G., as guardian and next friend of minor plaintiff, JANE DOE

JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P.,

JANE DOE I.V., as guardian and next friend of minor plaintiff, JANE DOE G.K

JANE DOE B.E., as guardian and next friend of minor plaintiff, JANE DOE Z.P

JANE DOE M.J., as guardian and next friend of minor plaintiff, JANE DOE T.J.

JANE DOE A.L., as guardian and next friend of minor plaintiff, JANE DOE N.L

JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M.,

JANE DOE, individually, and as next friend of minor plaintiff, JOHN DOE,

JANE DOE, as guardian and next friend of minor plaintiff, JOHN DOE,

**Short Case Captions**

*Jane Doe G.C. et al v. Roblox Corp.,* 4-25-cv-01402 (E.D. Mo)

*Jane Doe R.M. et al v. Roblox Corp et al.*, 3:25-cv-06087 (N.D. Cal)

*Jane Doe S.G. et al v. Roblox Corp et al.,* 3:25-cv-06812 (N.D. Cal)

*Jane Doe D.P. et al v. Roblox Corp.,* 3:25-cv-06886 (N.D. Cal)

*Jane Doe I.V. et al v. Roblox Corp.,* 3:25-cv-07192 (N.D. Cal)

*Jane Doe B.E. et al v. Roblox Corp.,* 3:25-cv-07393 (N.D. Cal)

*Jane Doe M.J. et al v. Roblox Corp et al.,* 3:25-cv-07486 (N.D. Cal)

*Jane Doe A.L. et al v. Roblox Corp.,* 4:25-cv-07676 (N.D. Cal)

Jane Doe D.M. et al v. Roblox Corp. et al, 4:25-cv-07859 (N.D. Cal)

*Jane Doe, et al v. Roblox Corp. et al.,* 1:25-cv-04953 (N.D. GA)

*Jane Doe, et al v. Roblox Corp.,* 1:25-cv-00172 (S.D. TX)