BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROBLOX CHILD SEXUAL
EXPLOITATION/ASSAULT LITIGATION         MDL Docket No. 3166

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s): Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of Ohio (Eastern Division) | 5:25-cv-01980 | Sara Lioi |
| Plaintiff(s):<br>Jane Doe a minor, by and through her guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation;<br>Snap Inc. | U.S. District Court Central District of California (Western Division - Los Angeles) | 2:25-cv-07154 | Alicia G. Rosenberg |
| Plaintiff(s): Jane G.C. Doe Jane A.C. Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Eastern District of Missouri (St. Louis) | 4:25-cv-01402 | Rodney W. Sippel |
| Plaintiff(s):<br>Jane A.P. Doe<br>A Minor, By And Through Her Parent And Natural Guardian Jane L.P. Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Eastern District of Pennsylvania (Philadelphia) | 2:25-cv-4256 | Chad F. Kenney |

| Plaintiff(s): Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (Oakland) | 4:25-cv-03520 | Yvonne Gonzalez Rogers |
|---|---|---|---|
| Plaintiff(s): Jane Doe a minor, represented by her proposed court-appointed guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-04329 | Rita F. Lin |
| Plaintiff(s): John Doe Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-05753 | Jacqueline Scott Corley |
| Plaintiff(s): Jane Doe R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O.<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06087 | Rita F. Lin |
| Plaintiff(s): Jane Doe S.G as guardian and next friend of minor plaintiff Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06812 | Susan Illston |
| Plaintiff(s): Jane Doe M.P; Jane Doe D.P<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06886 | Vince Chhabria |

| Plaintiff(s):<br>Jane Doe GS 1 a minor by and through her parent, PARENT GS 1<br><br>Defendant(s): Roblox Corporation;<br>Meta Platforms, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07143 | Araceli Martinez-Olguin |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe, a minor; Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07174 | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Jane Doe I.V. as guardian and next friend of minor plaintiff, JANE DOE G.K.; JANE DOE G.K.<br><br>Defendant(s): Roblox Corporation; | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07192 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe a minor, by and through next friend Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07291 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe Z.P.;<br>Jane Doe B.E. as guardian and next friend of minor Plaintiff Jane Doe Z.P.<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07393 | Maxine M. Chesney |
| Plaintiff(s):<br>Jane Doe M.J.; Jane Doe T.J.<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07486 | Vince Chhabria |

3

| Plaintiff(s)/Defendant(s) | Court | Case Number | Judge |
|---|---|---|---|
| Plaintiff(s): Jane Doe A.L.; Jane Doe N.L. <br><br> Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07676 | Jon S. Tigar |
| Plaintiff(s): Mary Doe; Jane Doe <br><br> Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07686 | Richard Seeborg |
| Plaintiff(s): JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE <br><br> Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07852 | Thomas S. Hixson |
| Plaintiff(s): JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M. <br><br> Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07859 | Thomas S. Hixson |
| Plaintiff(s): JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE <br><br> Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07899 | Kandis A. Westmore |
| Plaintiff(s): MARY DOE, as next friend of minor plaintiff, JANE DOE <br><br> Defendant(s): Roblox Corporation; Snap, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07909 | Laurel Beeler |

| Plaintiff(s):<br>M. S., individually and as the parent and next friend of minor, H.D.<br><br>Defendant(s): Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07925 | Alex G. Tse |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe individually as next friend of minor plaintiff John Doe<br><br>Defendant(s): Roblox Corporation;<br>John Doe | U.S. District Court Northern District of Georgia (Atlanta) | 1:25-cv-04953 | Sarah E. Geraghty |
| Plaintiff(s): John Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of Texas (Dallas) | 3:25-cv-02175 | Sam A. Lindsay |
| Plaintiff(s):<br>Mary Doe<br>as next friend of minor plaintiff, Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Southern District of Texas (Galveston) | 3:25-cv-00128 | Jeffrey Vincent Brown |
| Plaintiff(s):<br>Jane Doe<br>as guardian and next friend of minor plaintiff, JOHN DOE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Southern District of Texas (Brownsville) | 1:25-cv-00172 | Rolando Olvera |
| Plaintiff(s):<br>J. S. individually and as the parent and next friend of minor D.H.<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Western District of Missouri (Springfield) | 6:25-cv-03254 | Roseann A. Ketchmark |

| Plaintiff(s):<br>AE, Individually;<br>AE as the parent and next of friend of minor GE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Western District of Oklahoma (Oklahoma City) | 5:25-cv-00959 | Scott L. Palk |
|---|---|---|---|
| Plaintiff(s):<br>T.T. Next friend; D.H.<br>Defendant(s): Roblox Corporation; | U.S. District Court Southern District of Iowa | 4:25-cv-00314 | Rebecca Goodgame Ebinger |
| Plaintiff(s):<br>Jane Doe<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | United States District Court Western District of Michigan (Southern Division) | 2:25-cv-00208 | Paul L. Maloney |

Dated: September 24, 2025　　　　　　　　　Respectfully Submitted,

**DOLMAN LAW GROUP**

By: */s/ Matthew A. Dolman*
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
Sara D. Beller
sara.beller@dolmanlaw.com
Deborah M. Schmitt
Deborah.schmitt@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Tel: (727) 451-6900; Fax: (727) 451-6907

*Counsel for Plaintiff Jane Doe G.C., As Guardian And Next Friend Of Minor Plaintiff, Jane Doe A.C*