**Schedule of Actions**

| Parties Represented | Short Case Captions |
|---|---|
| Jane Doe, a minor, by and through her guardian *ad litem*, Mary Doe | *Doe v. Roblox Corp., et al.*, 2:25-cv-07154 (C.D. Cal.) |
| Jane Doe | *Doe v. Roblox Corp., et al.*, 4:25-cv-03520 (N.D. Cal.) |
| Jane Doe, a minor, represented by her proposed court-appointed guardian *ad litem*, Mary Doe | *Doe v. Roblox Corp.*, 3:25-cv-04329 (N.D. Cal.) |
| John Doe, Jane Doe | *Doe v. Roblox Corp., et al.*, 3:25-cv-05753 (N.D. Cal.) |
| Mary Doe, as next friend of minor plaintiff, Jane Doe | *Doe v. Roblox Corp., et al.*, 3:25-cv-07909 (N.D. Cal.) |
| Mary Doe, as next friend of minor plaintiff, Jane Doe | *Doe v. Roblox Corp., et al.*, 3:25-cv-00128 (S.D. Tex.) |