BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL DOCKET NO. 3166 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 24, 2025, the undersigned filed a Notice of Appearance (Dkt. 6), through the CM/ECF system and that all registered parties were thereby served electronically by the CM/ECF system's notice of electronic filing. In addition, I hereby certify that on September 25, 2025 I have caused the following parties to be served via email and/or First-Class Mail:

*Jane Doe v. Roblox Corp.*, et al.;
Case No. 3:25-cv-07174 (N.D. Cal.)

**Attorney for Roblox Corporation**
*Via email*

Max Bernstein, Esq
**COOLEY LLP**
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
mbernstein@cooley.com

**Attorney for Snap, Inc.**
Leah Godesky
**O'MELVENY & MYERS**
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
lgodesky@omm.com

*Jane Doe v. Roblox Corp.*, *et al.*;
Case No. 3:25-cv-07852 (N.D. Cal)

*Via First Class Mail (counsel has not yet appeared)*

**Roblox Corporation**
c/o Corporation Service Company
2710 Gateway Oaks Drive
Sacramento, CA 95833

1

Dated: September 25, 2025        Respectfully Submitted

By: */s/ J. Kirk Goza*
Thomas P. Cartmell
Tyler W. Hudson
J. Kirk Goza
Zachery E. Galyon
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
tcarmell@wcllp.com
thudson@wcllp.com
jgoza@wcllp.com
zgalyon@wcllp.com
***Attorneys for Interested Party Plaintiffs Jane Doe 1 and Jane Doe 2***