BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL Docket No. 3166 |

**AMENDED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on September 29, 2025, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on September 29, 2025, I caused the foregoing Notice of Appearance to be served via First-Class mail or electronic mail on:

| *Doe v. Roblox Corp., et al.*, 2:25-cv-07154 (C.D. Cal.) ||
|---|---|
| Defendants: ||
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Roblox Corporation*<br><br>Snap Inc.<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Snap Inc.* | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 881-6500 |

1

| | |
|---|---|
| | Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation*<br><br>Leah Godesky<br>Jonathan Schneller<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 246-8501<br>lgodesky@omm.com<br>jschneller@omm.com<br><br>*Counsel for Defendant Snap, Inc.* |

***Doe v. Roblox Corp., et al.*, 4:25-cv-03520 (N.D. Cal.)**

**Defendants:**

| | |
|---|---|
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Roblox Corporation*<br><br>Discord Inc.<br>c/o C T Corporation System<br>330 N. Brand Blvd.<br>Suite 700<br>Glendale, CA 91203<br><br>*Defendant Discord Inc.* | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation*<br><br>Ambika Kumar<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>ambikakumar@dwt.com |

| | |
|---|---|
| | Adam S. Sieff<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>adamsieff@dwt.com<br><br>Sarah Burns<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415) 276-4892<br>sarahburns@dwt.com<br><br>*Counsel for Defendant Discord, Inc.* |
| ***Doe v. Roblox Corp.*, 3:25-cv-04329 (N.D. Cal.)** | |
| **Defendant:** | |
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Roblox Corporation* | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation* |
| ***Doe v. Roblox Corp., et al.*, 3:25-cv-05753 (N.D. Cal.)** | |
| **Defendants:** | |
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP** |

| | |
|---|---|
| Sacramento, CA 95833<br><br>*Defendant Roblox Corporation*<br><br>Discord Inc.<br>c/o C T Corporation System<br>330 N. Brand Blvd.<br>Suite 700<br>Glendale, CA 91203<br><br>*Defendant Discord Inc.* | 3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation*<br><br>Ambika Kumar<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>ambikakumar@dwt.com<br><br>Adam S. Sieff<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>adamsieff@dwt.com<br><br>Sarah Burns<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415) 276-4892<br>sarahburns@dwt.com<br><br>*Counsel for Defendant Discord, Inc.* |
| *Doe v. Roblox Corp., et al.*, 3:25-cv-07909 (N.D. Cal.) ||
| **Defendants:** ||
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP** |

| | |
|---|---|
| Sacramento, CA 95833<br><br>*Defendant Roblox Corporation*<br><br>Snap Inc.<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Snap Inc.* | 3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation*<br><br>Leah Godesky<br>Jonathan Schneller<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 246-8501<br>lgodesky@omm.com<br>jschneller@omm.com<br><br>*Counsel for Defendant Snap, Inc.* |
|  | *Doe v. Roblox Corp., et al.*, 3:25-cv-00128 (S.D. Tex.) |
|  | **Defendants:** |
| Via First-Class Mail:<br><br>Roblox Corporation<br>c/o Corporation Service Company<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833<br><br>*Defendant Roblox Corporation*<br><br>Discord Inc.<br>c/o C T Corporation System<br>330 N. Brand Blvd.<br>Suite 700<br>Glendale, CA 91203<br><br>*Defendant Discord Inc.* | Via electronic mail:<br><br>Max Bernstein<br>Ryan C. Stevens<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mbernstein@cooley.com<br>rstevens@cooley.com<br><br>Tiana Demas<br>**COOLEY LLP**<br>110 N. Wacker Drive, 42nd Floor<br>Chicago, IL 60606 |

|  | Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>tdemas@cooley.com<br><br>*Counsel for Defendant Roblox Corporation*<br><br>Ambika Kumar<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>ambikakumar@dwt.com<br><br>Adam S. Sieff<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>adamsieff@dwt.com<br><br>Sarah Burns<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415) 276-4892<br>sarahburns@dwt.com<br><br>*Counsel for Defendant Discord, Inc.* |
|---|---|

Date:   September 29, 2025               Respectfully submitted,


                                         By: */s/ Alexandra M. Walsh*
                                         Alexandra M. Walsh
                                         **ANAPOL WEISS**
                                         14 Ridge Square, NW, 3rd Floor
                                         Washington, DC 20016
                                         Telephone: (771) 224-8065
                                         Facsimile: (215) 735-2211
                                         awalsh@anapolweiss.com