**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL No. 3166<br><br>**SNAP INC. AND META PLATFORMS, INC.'S JOINDER TO ROBLOX AND DISCORD'S OPPOSITION TO MOTION TO TRANSFER** |

Snap Inc. ("Snap") and Meta Platforms, Inc. ("Meta") hereby file this joinder to Roblox and Discord's Opposition to Plaintiff's Motion to Transfer (Dkt. 136). By this filing, Snap and Meta join in and incorporate all related materials filed in support of the Opposition, and respectfully request the same relief described therein.

Although neither Snap nor Meta is a named Defendant in *Seitz v. Roblox Corp., et al.*, No. 2:25-cv-00166 (E.D. Ky.), they have a vested interest in the scope of this MDL, because that scope directly impacts the claims and discovery to which Snap and Meta are subject.

The consolidated cases should be limited to those alleging that a minor initially communicated with an adult perpetrator on Roblox and was then sexually exploited by that perpetrator, including through communications that moved to a secondary platform like Discord, Snapchat, or Instagram. The allegations in *Seitz* fall outside that scope, because they do not involve sexual exploitation of a minor by a third-party perpetrator.

When advocating for the formation of this MDL, Plaintiffs' counsel—indeed, the same lawyer representing Plaintiff Seitz—assured the Joint Panel on Multidistrict Litigation ("JPML") that there would be "very specific fences" around the cases to be centralized, namely those in which "Roblox was the initial point of access" for perpetrators seeking to sexually exploit minors. Dec. 4, 2025 Tr., *In re Roblox Corp. Child Sexual Exploitation and Assault Litig.* (J.P.M.L.), at 7:6-9. Plaintiffs' counsel emphasized that the cases were "similar" because "[a]ll involve children who were sexually assaulted or exploited" and "[a]ll involve allegations that

this sexual assault or exploitation was made possible by Roblox[.]" *Id.* at 3:10-13. The allegations in *Seitz* clearly fall outside that scope. Accordingly, Plaintiffs' counsel's strategic attempt to expand the scope of the MDL should be rejected and the Motion to Transfer denied.

Dated: April 7, 2026

**O'MELVENY & MYERS LLP**

*/s/ Leah Godesky*

Leah Godesky
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779
lgodesky@omm.com

Attorneys for Defendant
SNAP INC.

**COVINGTON & BURLING LLP**

*/s/ Isaac D. Chaput*

Isaac D. Chaput
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel.: (415) 591-7053
ichaput@cov.com

Attorneys for Defendant
META PLATFORMS, INC.