BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL DOCKET NO. 3166 |

**NOTICE OF RELATED ACTION**

Per Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, the undersigned respectfully provides notice of the potential tag-along listed in the attached Schedule of Action. The docket sheet and complaint for this action are attached as Exhibit A. On October 27, 2026, Roblox removed this case from state court after it was filed in the Superior Court of the State of California, County of San Mateo, Case No. 26-CIV-08396, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, on the basis of diversity jurisdiction. Plaintiff served Roblox that same day. Plaintiff's counsel has not contacted counsel for Roblox Corporation about the removal.

///

///

///

///

///

Dated: November 3, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION