BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION

**MDL NO. 3166**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judges |
|---|---|---|---|---|
| P.B. a minor, by and through their proposed Guardian ad Litem T.B. | Roblox Corporation; Discord Inc. | Northern District of California | 3:26-cv-12565 | Hon. Judge Lisa J. Cisneros |

Dated: November 3, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION