BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | **MDL NO. 3166** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Related Action, Schedule of Action, and this Proof of Service were served by First Class U.S. Mail or electronic mail on November 3, 2026 to the following:

Served via First Class Mail:

Clerk of the Court

United States District Court
312 N Spring Street
Los Angeles, CA 90012

//

//

//

//

Served via electronic mail:

Dennis Reich (SBN 69631)
Robert Binstock (Pro hac vice Forthcoming)
Anya Fuchs (SBN 215105)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
(713) 622-7271 (P) / (713) 623-8724
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com
afuchs@reichandbinstock.com

*Attorneys for Plaintiff*

Adam S. Sieff (SBN 302030)
adamsieff@dwt.com
Marcy Blattner Micale (SBN 319868)
marcymicale@dwt.com
Zoë N. McKinney (SBN 312877)
zoemckinney@dwt.com
DAVIS WRIGHT TREMAINE
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Fax: 213-633-6899

Xiang Li (SBN 291587)
xiangli@dwt.com
DAVIS WRIGHT TREMAINE
920 Fifth Avenue, Suite 3300
Seattle, WA 987104
Tel: 206-622-3150
Fax: 206-757-7777

*Attorneys for Defendant (Have Not Appeared)*
*DISCORD INC.*

Dated: November 3, 2026

Respectfully submitted,

**COOLEY LLP**

*/s/ Tiana Demas*
Tiana Demas (*pro hac vice*)

Attorneys for Defendant
ROBLOX CORPORATION